| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Kim D. Stephens, Esq., Bar #11984 <br> Tousley Brain Stephens PLLC <br> 1200 Fifth Avenue, Suite 1700 <br> Seattle, WA 98101 | | | | | |
| Telephone No: 206-682-5600 | FAX No: 860-537-4432 | | | | |
| Attorney for: Plaintiff(s) | | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | | |
| United States District Court - Western District Of Washington | | | | | |
| Plaintiff(s): Natalie Perkins, et al | | | | | |
| Defendant: Zillow Group, Inc., et al | | | | | |
| **AFFIDAVIT OF SERVICE** <br> **Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV01282SKV | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint

3. a. Party served:      Microsoft Corporation
   b. Person served:     Ellen Jones, Service of Process Intake Clerk

4. Address where the party was served:
   Corporation Service Company
   300 Deschutes Way S W
   Suite 208
   Tumwater, WA 98502

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Sep. 28, 2022 (2) at: 1:23PM

7. Person Who Served Papers:
   a. Cherry Dalrymple
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of WASHINGTON that the foregoing is true and correct.

9-29-2022 (Date)

(Signature)

8. STATE OF WASHINGTON, COUNTY OF Thurston
Subscribed and sworn to (or affirmed) before me on this 29th day of September, 2022 by Cherry Dalrymple proved to me on the basis of satisfactory evidence to be the person who appeared before me.

AFFIDAVIT OF SERVICE
Summons and Complaint

(Notary Signature)

kiste.239205