THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATALIE PERKINS and KENNETH HASSON, individually and on behalf themselves and of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ZILLOW GROUP, INC. and MICROSOFT CORPORATION,<br><br>　　　　　　Defendants. | No. 2:22-cv-01282-SKV<br><br>NOTICE OF APPEARANCE OF NICOLA MENALDO |

**TO:**　　The Clerk of Court; and

**TO:**　　All Parties and Their Counsel of Record

　　　　PLEASE TAKE NOTICE that Nicola Menaldo of Perkins Coie LLP hereby enters her appearance in this litigation on behalf of defendant Microsoft Corporation. Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

NOTICE OF APPEARANCE
(No. 2:22-cv-01282-SKV) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| DATED: October 18, 2022 | **PERKINS COIE LLP**<br><br>By: */s/ Nicola Menaldo*<br>Nicola Menaldo, WSBA # 44459<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101 3099<br>Telephone: 206.359.8000<br>Fax: 206.359.9000<br>Email: NicolaMenald@perkinscoie.com<br><br>***Attorneys for Defendant Microsoft Corporation*** |

NOTICE OF APPEARANCE
(No. 2:22-cv-01282-SKV) –2