THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATALIE PERKINS and KENNETH HASSON, individually and on behalf themselves and of all others similarly situated, | No. 2:22-cv-01282-SKV |
| Plaintiffs, | NOTICE OF APPEARANCE OF ANNA MOUW THOMPSON |
| v. | |
| ZILLOW GROUP, INC. and MICROSOFT CORPORATION, | |
| Defendants. | |

**TO:**    The Clerk of Court; and

**TO:**    All Parties and Their Counsel of Record

PLEASE TAKE NOTICE that Anna Mouw Thompson of Perkins Coie LLP hereby enters her appearance in this litigation on behalf of defendant Microsoft Corporation.  Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

NOTICE OF APPEARANCE
(No. 2:22-cv-01282-SKV) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1

2      DATED: October 18, 2022                    **PERKINS COIE LLP**

3
                                                By: */s/ Anna Mouw Thompson*
4                                                    Anna Mouw Thompson, WSBA #52418
                                                    **PERKINS COIE LLP**
5                                                    1201 Third Avenue, Suite 4900
                                                    Seattle, WA 98101 3099
6                                                    Telephone: 206.359.8000
                                                    Fax: 206.359.9000
7                                                    Email: AnnaThompson@perkinscoie.com

8                                                *Attorneys for Defendant Microsoft*
                                                *Corporation*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE
(No. 2:22-cv-01282-SKV) –2