THE HONORABLE S. KATE VAUGHAN

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

NATALIE PERKINS and KENNETH HASSON, individually and on behalf themselves and of all others similarly situated,

Plaintiffs,

v.

ZILLOW GROUP, INC. and MICROSOFT CORPORATION,

Defendants.

No. 2:22-cv-01282-SKV

STIPULATED MOTION TO EXTEND DEFENDANT MICROSOFT CORPORATION'S RESPONSIVE PLEADING DEADLINE

NOTE ON MOTION CALENDAR: OCTOBER 18, 2022

16

17    Plaintiffs Natalie Perkins and Kenneth Hasson collectively filed this putative class action

18    against Defendants Zillow Group, Inc. and Microsoft Corporation on September 12, 2022. Dkt.

19    # 1. Microsoft was served with the Complaint on September 28, 2022, *see* Dkt. # 9, and its

20    responsive pleading deadline is currently October 19, 2022. Microsoft's counsel was recently

21    retained in this case and requires additional time to investigate the claims and prepare Microsoft's

22    response to the complaint. Plaintiffs and Microsoft therefore agree and hereby stipulate to extend

23    the deadline for Defendant Microsoft's responsive pleading to December 8, 2022. Due to the

24    intervening holidays, should Microsoft file a motion to dismiss on or before the responsive

25    pleading deadline, Plaintiffs and Microsoft further agree and hereby stipulate to extend the

26

STIPULATED MOTION TO EXTEND
MICROSOFT'S RESPONSIVE PLEADING
DEADLINE AND [PROPOSED] ORDER – 1
(NO. 2:22-CV-01282-SKV)

1  deadline for Plaintiffs to respond to any motion to dismiss to January 19, 2023 and the deadline

2  for Microsoft to file a reply in support of any motion to dismiss to February 17, 2023.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO EXTEND
MICROSOFT'S RESPONSIVE PLEADING
DEADLINE AND [PROPOSED] ORDER – 2
(No. 2:22-cv-01282-SKV)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1 | DATED:  October 18, 2022

2

3 | **PERKINS COIE LLP**

4 | By: */s/ Nicola Menaldo*

5 |     Nicola Menaldo, WSBA # 44459
    Anna Mouw Thompson, WSBA #52418

6 |     **PERKINS COIE LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101 3099

7 |     Telephone: 206.359.8000
    Fax: 206.359.9000

8 |     Email: NicolaMenald@perkinscoie.com
    Email: AnnaThompson@perkinscoie.com

9

10 |     James G. Snell (*pro hac vice forthcoming*)
    **PERKINS COIE LLP**
    3150 Porter Drive

11 |     Palo Alto, CA 94304-1212
    Phone: 650.838.4300 / 1.866.737.5461

12 |     Fax: 650.838.4350
    Email: JSnell@perkinscoie.com

13

14 | ***Attorneys for Defendant Microsoft Corporation***

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO EXTEND
MICROSOFT'S RESPONSIVE PLEADING
DEADLINE AND [PROPOSED] ORDER – 3
(No. 2:22-cv-01282-SKV)

1    DATED:  October 18, 2022

2    **TOUSLEY BRAIN STEPHENS PLLC**

3

4    By: */s/ Joseph P. Guglielmo*
     ———————————————
     Kim D. Stephens, P.S., WSBA #11984

5    kstephens@tousley.com
     Jason T. Dennett, WSBA #30686

6    jdennett@tousley.com
     Kaleigh N. Boyd, WSBA #52684

7    kboyd@tousley.com
     **TOUSLEY BRIAN STEPHENS PLLC**

8    1200 Fifth Avenue, Suite 1700
     Seattle, Washington 98101

9    Telephone: 206.682.5600
     Fax: 206.682.2992

10
     Joseph P. Guglielmo, (*pro hac vice*)

11   Carey Alexander (*pro hac vice*)
     Ethan Binder (*pro hac vice*)

12   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
     The Helmsley Building

13   230 Park Avenue, 17th Floor
     New York, NY 10169

14   Telephone: (212) 223-6444
     Facsimile: (212) 223-6334

15   jguglielmo@scott-scott.com
     calexander@scott-scott.com

16   ebinder@scott-scott.com

17

E. Kirk Wood (*pro hac vice forthcoming*)
Sharika Robinson (*pro hac vice forthcoming*)
Marcela Jenkins (*pro hac vice forthcoming*)
**WOOD LAW FIRM, LLC**
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: (205) 908-4906
kirk@woodlawfirmllc.com
Gary F. Lynch (*pro hac vice forthcoming*)
Kelly K. Iverson (*pro hac vice forthcoming*)
Jamisen A. Etzel (*pro hac vice forthcoming*)
Elizabeth Pollock-Avery (*pro hac vice forthcoming*)

Nicholas A. Colella (*pro hac vice forthcoming*)
Patrick D. Donathen (*pro hac vice forthcoming*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
gary@lcllp.com
kelly@lcllp.com
jamisen@lcllp.com
elizabeth@lcllp.com
nickc@lcllp.com
patrick@lcllp.com

***Attorneys for Plaintiffs and the Putative Class***

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO EXTEND
MICROSOFT'S RESPONSIVE PLEADING
DEADLINE AND [PROPOSED] ORDER – 4
(No. 2:22-cv-01282-SKV)

1

## [PROPOSED] ORDER

2      This matter comes before the Court on the Plaintiffs' and Defendant Microsoft

3 Corporation's Stipulated Motion to Extend Microsoft's Responsive Pleading Deadline to

4 December 8, 2022, Plaintiffs' Response Deadline to January 19, 2023, and Defendants' Reply

5 Deadline to February 17, 2023. The Court hereby GRANTS the Stipulated Motion.

6      **IT IS SO ORDERED.**

7      DATED this _____ day of _____, 2022.

8

9
                                    _____
                                    THE HONORABLE S. KATE VAUGHAN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER – 5
(NO. 2:22-CV-01282-SKV)

1    PRESENTED BY:

2    **PERKINS COIE LLP**

3

     By: */s/ Nicola Menaldo*
4    _____
         Nicola Menaldo, WSBA # 44459
         Anna Mouw Thompson, WSBA #52418
5        **PERKINS COIE LLP**
         1201 Third Avenue, Suite 4900
6        Seattle, WA 98101 3099
         Telephone: 206.359.8000
7        Fax: 206.359.9000
         Email: NicolaMenald@perkinscoie.com
8        Email: AnnaThompson@perkinscoie.com

9        James G. Snell (*pro hac vice*
         *forthcoming*)
10       **PERKINS COIE LLP**
         3150 Porter Drive
11       Palo Alto, CA 94304-1212
         Phone: 650.838.4300 / 1.866.737.5461
12       Fax: 650.838.4350
         Email: JSnell@perkinscoie.com
13

14   ***Attorneys for Defendant Microsoft***
     ***Corporation***
15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER
(No. 2:22-cv-01282-SKV) –6

1    **TOUSLEY BRAIN STEPHENS PLLC**

2

3

4    By: */s/ Joseph P. Guglielmo*
     Kim D. Stephens, P.S., WSBA #11984
     kstephens@tousley.com
5    Jason T. Dennett, WSBA #30686
     jdennett@tousley.com
6    Kaleigh N. Boyd, WSBA #52684
     kboyd@tousley.com
7    **TOUSLEY BRIAN STEPHENS PLLC**
     1200 Fifth Avenue, Suite 1700
8    Seattle, Washington 98101
     Telephone: 206.682.5600
9    Fax: 206.682.2992

10   Joseph P. Guglielmo, (*pro hac vice*)
     Carey Alexander (*pro hac vice*)
11   Ethan Binder (*pro hac vice*)
     **SCOTT+SCOTT ATTORNEYS**
12   **AT LAW LLP**
     The Helmsley Building
13   230 Park Avenue, 17th Floor
     New York, NY 10169
14   Telephone: (212) 223-6444
     Facsimile: (212) 223-6334
15   jguglielmo@scott-scott.com
     calexander@scott-scott.com
16   ebinder@scott-scott.com

17

E. Kirk Wood (*pro hac vice forthcoming*)
Sharika Robinson (*pro hac vice forthcoming*)
Marcela Jenkins (*pro hac vice forthcoming*)
**WOOD LAW FIRM, LLC**
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: (205) 908-4906
kirk@woodlawfirmllc.com
Gary F. Lynch (*pro hac vice forthcoming*)
Kelly K. Iverson (*pro hac vice forthcoming*)
Jamisen A. Etzel (*pro hac vice forthcoming*)
Elizabeth Pollock-Avery (*pro hac vice forthcoming*)

Nicholas A. Colella (*pro hac vice forthcoming*)
Patrick D. Donathen (*pro hac vice forthcoming*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
gary@lcllp.com
kelly@lcllp.com
jamisen@lcllp.com
elizabeth@lcllp.com
nickc@lcllp.com
patrick@lcllp.com

***Attorneys for Plaintiffs and the Putative Class***

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER
(No. 2:22-cv-01282-SKV) –7