THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATALIE PERKINS and KENNETH HASSON, individually and on behalf themselves and of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW GROUP, INC. and MICROSOFT CORPORATION,<br><br>Defendants. | No. 2:22-cv-01282-SKV<br><br>DEFENDANT MICROSOFT CORPORATION'S CORPORATE DISCLOSURE STATEMENT |

Under Federal Rule of Civil Procedure 7.1, Defendant Microsoft Corporation states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock

MICROSOFT'S CORPORATE
DISCLOSURE STATEMENT – 1
(NO. 2:22-CV-01282-SKV)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED: October 18, 2022

**PERKINS COIE LLP**

By: */s/ Nicola Menaldo*
　　Nicola Menaldo, WSBA # 44459
　　Anna Mouw Thompson, WSBA #52418
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101 3099
Telephone: 206.359.8000
Fax: 206.359.9000
Email: NicolaMenald@perkinscoie.com
Email: AnnaThompson@perkinscoie.com

James G. Snell (*pro hac vice forthcoming*)
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Phone: 650.838.4300 / 1.866.737.5461
Fax: 650.838.4350
Email: JSnell@perkinscoie.com

***Attorneys for Defendant Microsoft Corporation***

MICROSOFT'S CORPORATE
DISCLOSURE STATEMENT
(No. 2:22-cv-01282-SKV) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000