1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATALIE PERKINS et al.,

Plaintiff(s),

v.

ZILLOW GROUP INC et al.,

Defendant(s).

CASE NO.
2:22−cv−01282−RAJ

MINUTE ORDER REASSIGNING CASE

14  This action has been assigned to the Honorable Richard A. Jones, United States

15  District Judge. All future documents filed in this case must bear the cause number

16  2:22−cv−01282−RAJ and bear the Judge's name in the upper right hand

17  corner of the document.

18

19  DATED October 19, 2022

20

21

22

23

24

25

26

Ravi Subramanian
Clerk of Court

By:  /s/ Stefanie Prather
     Deputy Clerk