The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATALIE PERKINS and KENNETH HASSON, individually and on behalf of themselves and of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW GROUP, INC. and MICROSOFT CORPORATION,<br><br>Defendants. | NO.   2:22-cv-01282<br><br>**NOTICE OF APPEARANCE** |

TO: Clerk of Court

AND TO: All Parties and Their Counsel of Record

PLEASE TAKE NOTICE of the appearance in this action of James P. Savitt of SAVITT BRUCE & WILLEY LLP on behalf of Defendant Zillow Group, Inc.

All defenses, claims and rights are fully and expressly reserved, including without limitation defenses relating to service of process, sufficiency of process and personal or other jurisdiction.

Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel in addition to current counsel of record.

NOTICE OF APPEARANCE –1
No. 2:22-cv-01282

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

DATED: October 24, 2022.

**SAVITT BRUCE & WILLEY LLP**

By    *s/ James P. Savitt*
James P. Savitt, WSBA # 16847
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone:  206.749.0500
Facsimile:   206.749.0600
Email: jsavitt@sbwllp.com

*Attorneys for Defendant Zillow Group, Inc.*

NOTICE OF APPEARANCE –2
No. 2:22-cv-01282

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 24th day of October, 2022 at Seattle, Washington.

_Meghan Parker_
Meghan Parker

CERTIFICATE OF SERVICE
No. 2:22-cv-01282

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500