The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATALIE PERKINS and KENNETH HASSON, individually and on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW GROUP, INC. and MICROSOFT CORPORATION,<br><br>Defendants. | No. 2:22-cv-01282<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO STAY OR, IN THE ALTERNATIVE, TO, EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE<br><br>NOTE ON MOTION CALENDAR:<br>November 23, 2022 |

Plaintiffs Natalie Perkins and Kenneth Hasson ("Plaintiffs"), Defendant Zillow Group, Inc. ("Zillow"), and Defendant Microsoft Corporation ("Microsoft" and, with Zillow, "Defendants"), by and through their undersigned counsel, hereby stipulate and respectfully request that this Court enter an Order extending the deadline for Defendants' responsive pleading to sixty (60) days after the filing of an anticipated consolidated complaint or, in the alternative, extending the deadline for Defendants' responsive pleading, to February 6, 2023, which is seventy (70) days after Zillow's current deadline and sixty (60) days after Microsoft's current deadline:

1.   On September 12, 2022, Plaintiffs commenced this putative class action on behalf of a proposed nationwide class against Defendants. (Dkt. No. 1).

2.	On September 29, 2022, Zillow executed a Waiver of Service. Accordingly, its deadline to file a responsive pleading to the Complaint is November 28, 2022.

3.	On October 24, 2022, this Court granted Plaintiffs and Microsoft's Stipulated Motion to Extend Microsoft's Responsive Pleading Deadline until December 8, 2022. (Dkt. Nos. 14, 19).

4.	On October 19, 2022, Zillow filed a motion pursuant to 28 U.S.C. § 1407 for coordinated or consolidated pretrial proceedings (the "MDL Motion") with the United States Judicial Panel on Multidistrict Litigation (the "Panel") to transfer seven (7) related putative class actions pending outside this District in which Zillow is a defendant (collectively, the "Actions"). (*See* Dkt. No. 21). In its MDL Motion, Zillow requested that the Panel transfer and assign all Actions to the United States District Court for the Western District of Washington. *Id.*

5.	On November 8, 2022, the parties to all Actions (the "Parties"), through their respective counsel, met and conferred in good faith regarding Zillow's MDL Motion. The Parties in each action identified in Zillow's Motion pending in other districts agreed to seek transfer their respective actions to the United States District Court of Western District of Washington pursuant to 28 U.S.C § 1404(a). The Parties further agreed that they will seek to consolidate the transferred actions in the Western District of Washington, and will propose a schedule for motions to appoint interim class counsel pursuant to Fed. R. Civ. P. 23(g), followed by the filing of a consolidated complaint.

6.	On November 10, 2022, Zillow withdrew its MDL Motion in light of the Parties' agreement.

7.	On November 15, 2022, The Panel entered an Order deeming Zillow's MDL Motion as withdrawn.

8.	Zillow is working diligently with counsel for plaintiffs in the Actions to transfer those pending Actions to the Western District of Washington from five (5) different districts pursuant to 28 U.S.C. § 1404(a).

9. Certain of the Actions have already been transferred. *See, e.g.*, Order, *Popa v. Zillow Group, Inc.*, No. 2:22-cv-01287-WSS, ECF No. 21 (Nov. 21, 2022 W.D. Pa.) (transferring action to the Western District of Washington for all further proceedings).

10. Because a consolidated complaint is forthcoming in this action following transfer of the related Actions to this district and the appointment of interim class counsel, the Parties therefore respectfully request that this Court issue an Order extending Defendants' responsive pleading deadline to sixty (60) days after the filing of the anticipated consolidated complaint.

WHEREFORE, Plaintiffs Natalie Perkins and Kenneth Hasson, Defendant Zillow Group, Inc., and Defendant Microsoft Corporation respectfully request that this Court issue an Order extending Defendants' deadline to file a responsive pleading to sixty (60) days after the filing of the anticipated consolidated complaint, or in the alternative, extending Defendants' deadline to file a responsive pleading to February 6, 2023.

DATED: November 23, 2022

**SAVITT BRUCE & WILLEY LLP**

By: */s/ James P. Savitt*
    James P. Savitt, WSBA # 16847
    **SAVITT BRUCE & WILLEY LLP**
    1425 Fourth Avenue Suite 800
    Seattle, Washington 98101-2272
    Telephone: 206.749.0500
    Facsimile: 206.749.0600
    Email: jsavitt@sbwllp.com

    Samantha L. Southall (*pro hac vice*)
    **BUCHANAN INGERSOLL & ROONEY PC**
    50 South 16th Street Suite 3200
    Philadelphia, PA 19102
    Telephone: 215-665-8700
    Facsimile: 215-665-8760
    Email: samantha.southall@bipc.com

*Counsel for Defendant Zillow Group, Inc.*

DATED: November 23, 2022

**PERKINS COIE LLP**

By: */s/ Nicola Menaldo*
    Nicola Menaldo, WSBA # 44459
    Anna Mouw Thompson, WSBA #52418
    **PERKINS COIE LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101 3099
    Telephone: 206.359.8000
    Fax: 206.359.9000
    Email: NicolaMenaldo@perkinscoie.com
    Email: AnnaThompson@perkinscoie.com

    James G. Snell (*pro hac vice*)
    **PERKINS COIE LLP**
    3150 Porter Drive Palo Alto, CA 94304-1212
    Phone: 650.838.4300 / 1.866.737.5461
    Fax: 650.838.4350
    Email: JSnell@perkinscoie.com

*Counsel for Defendant Microsoft Corporation*

| | |
|---|---|
| DATED: November 23, 2022 | E. Kirk Wood (*pro hac vice* forthcoming) |
| | Sharika Robinson (*pro hac vice* forthcoming) |
| **TOUSLEY BRAIN STEPHENS PLLC** | Marcela Jenkins (*pro hac vice* forthcoming) |
| By: */s/ Kim D. Stephens* | **WOOD LAW FIRM, LLC** |
|     Kim D. Stephens, P.S., WSBA #11984 | P. O. Box 382434 |
|     kstephens@tousley.com | Birmingham, AL 35238-2434 |
|     Jason T. Dennett, WSBA #30686 | Telephone: (205) 908-4906 |
|     jdennett@tousley.com |  kirk@woodlawfirmllc.com |
|     Kaleigh N. Boyd, WSBA #52684 | |
|     kboyd@tousley.com | Gary F. Lynch (*pro hac vice* forthcoming) |
|     **TOUSLEY BRAIN STEPHENS PLLC** | Kelly K. Iverson (*pro hac vice* forthcoming) |
|     1200 Fifth Avenue, Suite 1700 | Jamisen A. Etzel (*pro hac vice* forthcoming) |
|     Seattle, Washington 98101 | Elizabeth Pollock-Avery (*pro hac vice* forthcoming) |
|     Telephone: 206.682.5600 | |
|     Fax: 206.682.2992 | Nicholas A. Colella (*pro hac vice* forthcoming) |
|     Joseph P. Guglielmo, (*pro hac vice*) | Patrick D. Donathen (*pro hac vice* forthcoming) |
|     Carey Alexander (*pro hac vice*) | |
|     Ethan Binder (*pro hac vice*) | **LYNCH CARPENTER LLP** |

4

STIPULATED MOTION TO STAY OR, IN THE ALTERATIVE, TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE
No. 2:22-cv-01282

159163255.1

| | |
|---|---|
| **SCOTT + SCOTT ATTORNEYS AT LAW LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br>Facsimile: (212) 223-6334<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com<br>ebinder@scott-scott.com | 1133 Penn Avenue, 5th Floor<br>Pittsburgh, Pennsylvania 15222<br>Telephone: 412-322-9243<br>Facsimile: 412-231-0246<br>gary@lcllp.com<br>kelly@lcllp.com<br>jamisen@lcllp.com<br>elizabeth@lcllp.com<br>nickc@lcllp.com<br>patrick@lcllp.com |

*Counsel for Plaintiffs and the Putative Class*

## **ORDER**

Based on the parties' stipulated motion, and having considered the matter, IT IS ORDERED that Defendants' deadline to serve and file a responsive pleading is extended to sixty (60) days after the filing of the anticipated consolidated complaint by plaintiffs in this action.

DATED THIS \_\_\_\_ day of November, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on November 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 23rd day of November 2022 at Seattle, Washington.

_____
Meghan Parker