HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Natalie Perkins, et al., <br><br>   Plaintiffs, <br><br> v. <br><br>Zillow Group, Inc., et al., <br><br>   Defendants. | CASE NO. CV22-1282RAJ <br><br><br> ORDER ON TRANSFER |

  The following order is made by the direction of the Honorable Richard A. Jones:

  This action is hereby transferred to the Honorable James L. Robart. All pleadings filed in the future shall bear case number CV22-1282JLR.

  Dated this 7th day of December, 2022.

           *Richard A. Jones*
           _____
           The Honorable Richard A. Jones
           United States District Judge

MINUTE ORDER – 1