The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATALIE PERKINS and KENNETH HASSON, individually and on behalf of themselves and of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW GROUP, INC., and MICROSOFT CORPORATION,<br><br>Defendants. | NO.   2:22-cv-01282-JLR<br><br>**DEFENDANT ZILLOW GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT** |

### **ZILLOW GROUP, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant Zillow Group, Inc. ("Zillow") discloses that it is a publicly traded Washington Corporation. It does not have a parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Corporate Disclosure Statement –1
No. 2:22-cv-01282-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

DATED: December 9, 2022.

**SAVITT BRUCE & WILLEY LLP**

By  *s/ James P. Savitt*
James P. Savitt, WSBA # 16847
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile:  206.749.0600
Email: jsavitt@sbwllp.com

**BUCHANAN INGERSOLL & ROONEY PC**

Samantha L. Southall (admitted *pro hac vice*)
50 South 16th Street Suite 3200
Philadelphia, PA  19102
Telephone: 215-665-8700
Facsimile:  215-665-8760
Email: samantha.southall@bipc.com

*Counsel for Defendant Zillow Group, Inc.*

Corporate Disclosure Statement –2
No. 2:22-cv-01282-JLR

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500


DATED: December 9, 2022.

**SAVITT BRUCE & WILLEY LLP**

By  *s/ James P. Savitt*
James P. Savitt, WSBA # 16847
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile:  206.749.0600
Email: jsavitt@sbwllp.com

**BUCHANAN INGERSOLL & ROONEY PC**

Samantha L. Southall (admitted *pro hac vice*)
50 South 16th Street Suite 3200
Philadelphia, PA  19102
Telephone: 215-665-8700
Facsimile:  215-665-8760
Email: samantha.southall@bipc.com

*Counsel for Defendant Zillow Group, Inc.*

Corporate Disclosure Statement –2
No. 2:22-cv-01282-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 9th day of December, 2022 at Seattle, Washington.

_____
Meghan Parker

Certificate of Service
No. 2:22-cv-01282-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500