

# United States District Court
# Western District of Washington

| | |
|---|---|
| Natalie Perkins and Kenneth Hasson | Case Number: 2:22-cv-01282 |
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| Zillow Group, Inc. and Microsoft Corporation | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Rachel K. Tack hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs Natalie Perkins and Kenneth Hasson

The particular need for my appearance and participation is:

Knowledge of facts related to the named Plaintiffs and the causes of action asserted in the action

I, Rachel K. Tack understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 01/04/2023            Signature of Applicant: s/ Rachel K. Tack

**Pro Hac Vice Attorney**

Applicant's Name: Rachel K. Tack

Law Firm Name: Zimmerman Reed LLP

Street Address 1: 1100 IDS Center

Address Line 2: 80 South 8th Street

City: Minneapolis    State: MN    Zip: 55402

Phone Number w/ Area Code: (612) 341-0400    Bar #: 399529    State: MN

Primary E-mail Address: rachel.tack@zimmreed.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address:

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Rachel K. Tack is unable to be present upon any date assigned by the court.

Date: 01/04/2023    Signature of Local Counsel: s/ Kim D. Stephens

Local Counsel's Name: Kim D. Stephens

Law Firm Name: Tousley Brain Stephens PLLC

Street Address 1: 1200 5th Avenue

Address Line 2: Suite 1700

City: Seattle    State: WA    Zip: 98101

Phone Number w/ Area Code: (206) 682-5600    Bar #: 11984



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed __01/04/2023_____ Signature s/__Rachel K. Tack_____

                                                          *(Pro Hac Vice applicant name)*