UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATALIE PERKINS, et al., | CASE NO. C22-1282JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ZILLOW GROUP, INC., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

In their joint motion to extend Defendants' deadline to respond to Plaintiffs' complaint, the parties stated that Defendant Zillow Group, Inc. ("Zillow") was working with counsel for plaintiffs in the related Zillow "session replay" software class actions to transfer those actions to the Western District of Washington and that a consolidated complaint would be filed following the transfer of those related actions. (Mot. to Extend (Dkt. # 24) ¶¶ 8-9.) Although the last of the related Zillow class actions was transferred

to the Western District of Washington on December 7, 2022, the parties have not yet moved to consolidate this case with the related actions pending before the Honorable James L. Robart. (*See generally* Dkt.); *see also Kauffman v. Zillow Group, Inc.*, No. C22-1694JLR (W.D. Wash.); *Conlisk v. Zillow Group, Inc.*, No. C22-1698JLR (W.D. Wash.); *Strelzin v. Zillow Group, Inc.*, No. C22-1695JLR (W.D. Wash.); *Huber v. Zillow Group, Inc.*, No. C22-1699JLR (W.D. Wash.); *Popa v. Zillow Group, Inc.*, Dkt. C22-1696JLR (W.D. Wash.); *Margulis v. Zillow Group, Inc.*, No. C22-1736JLR (W.D. Wash.); *Adams v. Zillow Group, Inc.*, No. C22-1737JLR (W.D. Wash.).

Accordingly, the court ORDERS the parties to file a joint status report by January 27, 2023, informing the court as to when the parties intend to file the anticipated consolidated complaint.

Filed and entered this 17th day of January, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk