# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| **JAMIE HUBER, individually and on behalf of all others similarly situated,**<br><br>Plaintiff<br><br>-against-<br><br>**ZILLOW GROUP, INC.,**<br><br>Defendant | Civil Case No.: 2:22-cv-01282-JLR<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel in the above-entitled action on behalf of Plaintiff Jamie Huber, and requests that all future papers and pleadings herein be served upon the undersigned attorney.

Dated: January 19, 2023

By: /s/ Michael Brubaker
Michael Brubaker, WSBA #49804
Brubaker Law Group PLLC
14506 NE 184th Place
Woodinville, WA 98072
(206) 335-8746
michael@brubakerlawgroup.com
ATTORNEYS FOR PLAINTIFF