Exhibit 3



# FIRM RESUME

www.scott-scott.com



# THE FIRM

Scott+Scott was founded in 1975 and has since grown into one of the most respected U.S.-based law firms specializing in the investigation and prosecution of complex consumer, securities, antitrust and other commercial actions in both the United States and Europe. Today, the Firm is comprised of more than 135 team members, including more than one hundred attorneys supported by a seasoned staff of paralegals, IT and document management professionals, financial analysts, and in-house investigators.

Scott+Scott's largest offices are in New York, NY and San Diego, CA, with additional U.S. offices located in Connecticut, Virginia, Ohio, and Arizona. The Firm's European offices are currently located in London, Amsterdam, and Berlin.

Scott+Scott's attorneys are recognized experts and leaders in complex litigation and corporate governance. They have been regular speakers on CLE panels and other educational conferences around the world.

Scott+Scott has extensive experience litigating cases on behalf of our individual and institutional and clients throughout the United States, having served as court-appointed lead or co-lead counsel in numerous consumer, securities, and antitrust class actions, as well derivative and other complex proceedings, in both state and federal courts. The Firm also represents large investors and numerous corporations in commercial and other litigation in courts within the European Union (EU) and the United Kingdom.



# CONSUMER LITIGATION

Scott+Scott's Consumer Practice Group consists of some of the premier advocates in the area of consumer protection and has litigated and secured some of the most significant consumer protection settlements on behalf of its clients, resulting in hundreds of millions of dollars to class members. The Firm's Consumer Practice Group has attorneys dedicated to three primary areas: Data Breach/Data Privacy Litigation, Healthcare and Pharmaceutical Litigation, and Consumer Protection Litigation.

## DATA BREACH/DATA PRIVACY

Scott+Scott has extensive experience litigating data privacy and data breach class actions advancing cutting-edge legal theories. The Firm has achieved some of the largest recoveries in this area and currently serves in a leadership capacity in a number of data privacy and data breach class actions, including:

• *In re Equifax, Inc. Customer Data Security Breach Litigation*, No. 1:17-md-02800 (N.D. Ga.) (claims on behalf of financial institutions injured as a result of the 2017 Equifax data breach that exposed the personal and financial information of approximately 150 million U.S. consumers; preliminary approval of settlement valued at $32.5 million);

• *In re Google Assistant Privacy Litigation*, No. 5:19-cv-04286 (N.D. Cal.) (class action on behalf of consumers alleging privacy violations whereby Google Assistant records and discloses their private confidential communications without consent);

• *Lopez v. Apple Inc.*, No. 4:19-cv-04577 (N.D. Cal.) (class action on behalf of consumers and their minor children alleging privacy violations by Apple through its Siri application); and

• *In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 2:19-md-02904 (D.N.J.) (claims on behalf of consumers involving data breach of personal information).

Recently, in settling a class action against The Wendy's Co. involving a breach of personal and financial information, the court, in approving the $50 million dollar settlement, noted that Scott+Scott and its attorneys demonstrated ***"very significant experience in these types of class actions and in data breach litigation"* and that the attorneys *"brought to the table an incredible wealth of knowledge, was always prepared, really was thorough and professional in everything that was provided to the Court."*** *First Choice Federal Credit Union v. The Wendy's Co.*, No. 2:16-cv-00506, Transcript at 32 (W.D. Pa. Nov. 6, 2019).

**Additional data privacy and data breach settlements achieved by Scott+Scott for its clients include**:

• *In re Arkansas Federal Credit Union v. Hudson's Bay Co*., No. 1:19-cv-4492 (S.D.N.Y.) (lead counsel, $5.1 million settlement on behalf of consumers involving data breach of payment card information). In granting final approval of the settlement, the Court acknowledged that



Scott+Scott's attorneys "have extensive experience in litigating data breach class actions in federal courts" and commended Scott+Scott for a "job well done."

• *The Home Depot, Inc., Customer Data Security Breach Litig.*, MDL No. 2583 (N.D. Ga.) (co-lead counsel; $27.25 million settlement on behalf of financial institutions involving data breach and theft of the personal and financial information of over forty million credit and debit card holders);

• *In re Target Corp. Customer Data Security Breach Litig.*, MDL No. 2522 (D. Minn.) ($59 million settlement on behalf of financial institutions injured by theft of sensitive payment card information);

• *Greater Chautauqua Federal Credit Union v. Kmart Corporation*, No. 1:15-cv-02228 (N.D. Ill.) (settlement valued at $13.4 million on behalf of financial institutions injured by the theft of sensitive payment card information); and

• *WinSouth Credit Union v. Mapco Express, Inc*., No. 3:14-cv-01573 (M.D. Tenn.) (largest per dollar per card recovery involving payment card data breach brought on behalf of a class of financial institutions).

# CONSUMER PROTECTION LITIGATION

Over the past decade, Scott+Scott has litigated a number of diverse cases and fought for rights of consumers to be treated fairly and equitably. The Firm has achieved significant settlements that have protected consumers' rights and recovered substantial monetary benefits, including:

• *The Vulcan Society, Inc. v. The City of New York*, No. 1:07-cv-02067 (E.D.N.Y.) ($100 million settlement and significant injunctive relief was obtained for a class of black applicants who sought to be New York City firefighters, but were denied or delayed employment due to racial discrimination);

• *In re Providian Financial Corp. Credit Card Terms Litigation*, MDL No. 1301 (E.D. Pa.) ($105 million settlement was achieved on behalf of a class of credit card holders who were charged excessive interest and late charges on their credit cards);

• *In re Pre-Filled Propane Tank Marketing & Sales Practices Litigation*, MDL No. 2086 (W.D. Mo.) ($37 million settlement obtained on behalf of class of propane purchasers who alleged defendants overcharged the class for under-filled propane tanks);

• *Murr v. Capital One Bank (USA)*, N.A., No. 1:13-cv-01091 (E.D. Va.) ($7.3 million settlement on behalf of class of consumers who were misled into accepting purportedly 0% interest credit card offers); and

• *Gunther v. Capital One, N.A.*, No. 2:09-cv-02966 (E.D.N.Y.) (settlement resulting in class members receiving 100% of their damages in case alleging consumers were improperly charged undeliverable mail fees).



# ATTORNEY BIOGRAPHIES

## JOSEPH P. GUGLIELMO

**PRACTICE EMPHASIS**

Joseph P. Guglielmo represents clients in consumer, antitrust and privacy litigation in federal and state courts throughout the United States.

**ADMISSIONS**

United States Supreme Court; United States Courts of Appeal: First, Second, Third, Sixth, Eighth, Ninth and Eleventh Circuits; United States District Courts: Southern, Eastern and Northern Districts of New York, Districts of Massachusetts, Connecticut, and Colorado, Northern District of Illinois, Eastern District of Wisconsin; States of New York and Massachusetts; and the District of Columbia.

**EDUCATION**

Catholic University of America (J.D., 1995; B.A., cum laude, 1992; Certificate of Public Policy)

**HIGHLIGHTS**

Mr. Guglielmo is a partner in the firm's New York office and was recognized for his efforts representing New York University in obtaining a monumental temporary restraining order seeking the recovery of over $200 million from a Bernard Madoff feeder fund. Specifically, in approving the settlement, New York State Supreme Court Justice Richard B. Lowe III stated, "Scott+Scott has demonstrated a remarkable grasp and handling of the extraordinarily complex matters in this case. The extremely professional and thorough means by which NYU's counsel has litigated this matter has not been overlooked by this Court."

Mr. Guglielmo currently serves in a leadership capacity in a number of complex class actions, including: Forth v. Walgreen Co, Inc., No. 1:17-cv-02246 (N.D. Ill.) (lead counsel, asserting claims on behalf of nationwide class of consumers and third-party payers alleging overcharges for prescription drugs); Stafford v. Rite Aid Corporation, 3:18-cv-00152 (S.D. Cal.) (lead counsel, asserting claims that Rite Aid overcharged customers for prescription drugs); In Re: Disposable Contact Lens Antitrust Litigation, No. 3:15-md-2626 (M.D. Fla.)(co-lead counsel, settlements obtained in excess of $45 million on behalf of a class of contact lens purchasers alleging violations of the antitrust laws); Arkansas Federal Credit Union v. Hudson Bay, No. 1:19-cv-4492-PKC (S.D.N.Y.) (lead counsel, claims on behalf of financial institutions arising out of data breach);; Sohmer v. UnitedHealth Group Inc., No. 18-cv-03191 (JNE/BRT) (D. Minn.) (co-lead counsel, claims on behalf of ERISA plan participants alleging overcharge for pharmaceutical copayments); Negron v. Cigna Corporation, No. 3:16-cv-1702 (WWE) (D. Conn.) (chair of



executive committee, claims on behalf of ERISA plan participants involving overcharge of copayments for prescription drugs); McPherson v. American Bank Systems, Inc., 5:20-cv-01307-G (W.D. Okla.) (co-lead counsel, claims involving disclosure of personal and financial information resulting from data breach); In re Sonic Corp. Customer Data Security Breach Litig., 17-ml-2807 (N.D. Ohio) (Plaintiffs' Steering Committee, claims on behalf of financial institutions involving breach of payment card information); and In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litigation, No. 19-md-2904 (D.N.J.), Plaintiffs' Steering Committee, claims on behalf of consumers involving data breach of personal information.

Mr. Guglielmo was recently a member of the settlement team and signatory of a $92 million settlement in In re TikTok, Inc., Consumer Privacy Litigation, No. 1:20-cv-04699 (N.D. Ill.), involving violations of privacy claims on behalf of consumers. Mr. Guglielmo was also actively involved in In re Foreign Exchange Benchmark Rates Antitrust Litigation, No. 1:13-cv-07789-LGS (S.D.N.Y), where settlements in excess of $2 billion have been obtained on behalf of purchasers of foreign exchange instruments who alleged violations of federal antitrust laws.

Throughout Mr. Guglielmo's career, he has achieved significant victories and obtained numerous settlements for his clients, including: In re Equifax, Inc. Customer Data Security Breach Litigation, No. 1:17-md-02800 (N.D. Ga.) (claims on behalf of financial institutions injured as a result of the 2017 Equifax data breach that exposed the personal and financial information of approximately 150 million U.S. consumers, preliminary approval of settlement valued at $32.5 million); In re The Home Depot, Inc., Customer Data Security Breach Litigation, MDL No. 2583 (N.D. Ga.) ($27.25 million settlement on behalf of financial institutions involving data breach and the theft of the personal and financial information of over 40 million credit and debit card holders); First Choice Federal Credit Union v. The Wendy's Company, No. 16-cv-00506 (W.D. Pa.) ($50 million settlement on behalf of financial institutions involving data breach and the theft of the personal and financial information of over 18.5 million credit and debit card holders); In re Target Corporation Customer Data Security Breach Litigation, MDL No. 2522 (D. Minn.) ($59 million settlement on behalf of financial institutions injured by the theft of sensitive payment card information); Veridian Credit Union v. Eddie Bauer LLC, No. 2:17-CV-00356-JLR (W.D. Wash.) ($9.8 million settlement on behalf of financial institutions arising out of data breach of payment card information); Winsouth Credit Union v. Mapco Express Inc., No. 3:14-cv-1573 (M.D. Tenn.) (settlement of the largest dollar-per-card recovery on behalf of financial institutions involving data breach of credit and debit card information).

Mr. Guglielmo was one of the principals involved in the litigation and settlement of In re Managed Care Litigation, MDL No. 1334 (S.D. Fla.), which included settlements with Aetna, CIGNA, Prudential, Health Net, Humana, and WellPoint, providing monetary and injunctive benefits exceeding $1 billion and played a leading role and obtained substantial recoveries for his clients including Love v. Blue Cross and Blue Shield Ass'n, No. 03-cv-21296 (S.D. Fla.), which resulted



in settlements of approximately $130 million and injunctive benefits valued in excess of $2 billion; In re Insurance Brokerage Antitrust Litigation, MDL No. 1897 (D.N.J.), settlements in excess of $180 million; Valle v. Popular Community Bank, No. 653936/2012 (N.Y. Supreme Ct.), $5.2 million settlement on behalf of consumers, In re Pre-Filled Propane Tank Marketing and Sales Practices Litigation, MDL No. 2086 (W.D. Mo.), consumer settlements in excess of $40 million; Bassman v. Union Pacific Corp., No. 97-cv-02819 (N.D. Tex.), $35.5 million securities class action settlement; Garcia v. Carrion, No. CV 11-1801 (D.P.R.), substantial corporate governance reforms; Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass-Through Certificates, No. 09-cv-00037 (W.D. Wash.), $26 million securities class action settlement, Murr v. Capital One Bank (USA), N.A., No. 13-cv-1091 (E.D. Va.), $7.3 million settlement pending on behalf of class of consumers who were misled into accepting purportedly 0% interest offers, and Howerton v. Cargill, Inc., No. 13-cv-00336 (D. Haw.), $6.1 million settlement obtained on behalf of class of consumers who purchased Truvia, purported to be deceptively marketed as "all-natural." Mr. Guglielmo was the principle litigator and obtained a significant opinion from the Hawaii Supreme Court in Hawaii Medical Association v. Hawaii Medical Service Association, 113 Hawaii 77 (Haw. 2006), reversing the trial court's dismissal and clarifying rights for consumers under the state's unfair competition law.

Mr. Guglielmo lectures on electronic discovery and was a member of the Steering Committee of Working Group 1 of the Sedona Conference®, an organization devoted to providing guidance and information concerning issues such as discovery and production issues, as well as areas focusing on antitrust law, complex litigation, and intellectual property, and a member of the drafting team responsible for the Sedona Principles, Third Edition.  Presently, Mr. Guglielmo serves on the board of the Advanced eDiscovery Institute at Georgetown University Law Center. He is a frequent speaker on electronic discovery issues.  Mr. Guglielmo was also recognized for his achievements in litigation by his selection to The National Law Journal's "Plaintiffs' Hot List." In 2021, Mr. Guglielmo was recognized by Super Lawyers as a top Antitrust lawyer in the New York metro area, was named by Who's Who in Legal Litigation: Leading Practitioner-E-Discovery (2021).  Mr. Guglielmo was also named by Lawdragon in 2021 as one of the 500 Leading Plaintiff Financial Lawyers.

Mr. Guglielmo is also a member of the following associations: District of Columbia Bar Association, New York State Bar Association, and American Bar Association.



# ERIN GREEN COMITE

**PRACTICE EMPHASIS**

Erin Green Comite litigates complex class actions throughout the United States, representing the rights of shareholders, employees, consumers, and other individuals harmed by corporate misrepresentation and malfeasance.

**ADMISSIONS**

State of Connecticut; United States Courts of Appeal: Second, Third, Ninth, and Eleventh Circuits; United States District Courts: Southern District of New York, District of Connecticut, Northern District of Illinois, Eastern District of Wisconsin, and the District of Colorado.

**EDUCATION**

University of Washington School of Law (J.D., 2002); Dartmouth College (B.A., magna cum laude, 1994)

**HIGHLIGHTS**

Ms. Comite is a partner in the firm's Connecticut office and currently serves in a leadership role in a number of complex class actions including: First Choice Federal Credit Union v. The Wendy's Company, No. 16-cv-00506 (W.D. Pa.), co-lead counsel on behalf of financial institutions arising out of data breach; In re Arby's Restaurant Group, Inc. Litigation, No. 17-mi-55555 (N.D. Ga.), member of Plaintiffs' Executive Committee on behalf of financial institutions arising out of a data breach, In re Equifax, Inc. Customer Data Security Breach Litigation, MDL No. 2800 (N.D. Ga.), chair of law and briefing committee; Forth v. Walgreen Co, Inc., No. 1:17-cv-02246 (N.D. Ill.), co-lead counsel, asserting claims on behalf of class of consumers alleging overcharge for medically necessary, covered prescription drugs; and Aquilina v. Certain Underwriters at Lloyd's London, No. 1:18-cv-00496 (D. Haw.), co-lead counsel, alleging that insurers, brokers, and agents improperly steered insureds into surplus lines insurance.

Recently, Ms. Comite has played a significant role in the prosecution of consumer class cases such as: In re The Home Depot, Inc., Customer Data Security Breach Litigation, MDL No. 2583 (N.D. Ga.) ($27.25 million settlement) and In re Target Corporation Customer Data Security Breach Litigation, MDL No. 2522 (D. Minn.) ($59 million settlement), two of the largest data breaches impacting consumer personal data to date; Greater Chautauqua Federal Credit Union v. Kmart Corp., No. 15-cv-02228 (N.D. Ill.), Chair of the Plaintiffs' Steering Committee ($8.1 million settlement); Morrow v. Ann, Inc., No. 1:16-cv-03340 (S.D.N.Y.) ($7.1 million settlement); Howerton v. Cargill, Inc., No. 13-cv-00336 (D. Haw.) ($6.1 settlement); Murr v. Capital One Bank (USA), N.A., No. 13-cv-1091 (E.D. Va.) ($7.3 million settlement); and In re Nutella Mktg. & Sales Practices Litigation, No. 11-cv-01086 (D.N.J.) ($2.5 million settlement).



Ms. Comite's appellate victories in consumer class actions include Nunes v. Saks Inc., 2019 WL 2305039 (9th Cir. May 30, 2019); Chavez v. Nestle USA, Inc., 511 F. App'x 606 (9th Cir. 2013) (achieving a reversal of dismissal); and In re Nutella Mktg. & Sales Practices Litigation, 589 F. App'x 53 (3d Cir. 2014) (defending settlement from professional objectors).

Since joining Scott+Scott in 2002, she has litigated such cases as In re Priceline.com Securities Litigation ($80 million settlement); Schnall v. Annuity and Life Re (Holdings) Ltd. ($27 million settlement); and In re Qwest Communications International, Inc. (settlement obtaining $25 million for the company and achieving corporate governance reforms aimed at ensuring board independence).

While Ms. Comite is experienced in all aspects of complex pre-trial litigation, she is particularly accomplished in achieving favorable results in discovery disputes. In Hohider v. United Parcel Service, Inc., Ms. Comite spearheaded a nearly year-long investigation into every facet of UPS's preservation methods, requiring intensive, full-time efforts by a team of attorneys and paralegals well beyond that required in the normal course of pre-trial litigation. Ms. Comite assisted in devising the plan of investigation in weekly conference calls with the Special Master, coordinated the review of over 30,000 documents that uncovered a blatant trail of deception and prepared dozens of briefs to describe the spoliation and its ramifications on the case to the Special Master. In reaction to UPS's flagrant discovery abuses brought to light through the investigation, the Court conditioned the parties' settlement of the three individual ADA cases on UPS adopting and implementing preservation practices that passed the approval of the Special Master.

Prior to entering law school, Ms. Comite served in the White House as Assistant to the Special Counsel to President Clinton. In that capacity, she handled matters related to the White House's response to investigations, including four independent counsel investigations, a Justice Department task force investigation, two major oversight investigations by the House of Representatives and the Senate, and several other congressional oversight investigations.

Ms. Comite's volunteer activities have included assisting immigrant women, as survivors of domestic violence, with temporary residency applications as well as counseling sexual assault survivors. Currently, Ms. Comite supports Connecticut Children's Medical Center and March of Dimes/March for Babies.



# CAREY ALEXANDER

**PRACTICE EMPHASIS**

Carey Alexander prosecutes complex consumer class actions with a focus on deceptive pricing and data breach litigation.

**ADMISSIONS**

State of New York; United States Court of Appeals for the Ninth Circuit; United States District Courts: Southern, Eastern and Western Districts of New York; Northern District of Illinois; Eastern District of Wisconsin; the District of Colorado; and the District of Connecticut.

**EDUCATION**

St. John's University School of Law (J.D., magna cum laude, 2012); Skidmore College (B.A., 2004)

**HIGHLIGHTS**

Mr. Alexander is a partner in the firm's New York office and has worked closely with the leadership teams steering numerous class actions, including:

• *In re Equifax, Inc., Customer Data Security Breach Litig.,* No. 1:17-md-2800 (N.D. Ga.) (member of the Plaintiffs' Coordination and Discovery Committee);

• *First Choice Federal Credit Union v. The Wendy's Co.,* No. 2:16-cv-506 (W.D. Pa.) (settlement valued at $50 million);

• *Morrow v. Ann Inc.,* No. 1:16-cv-3340 (S.D.N.Y.) (settlement valued at $7.1 million); and

• *Ark. Fed. Credit Union v. Hudson's Bay Co.*, No. 1:19-cv-04492-PKC (S.D.N.Y.) (settlement valued at $5.1 million).

Mr. Alexander serves as an appointed member of the New York City Bar Association's Consumer Affairs Committee and as a volunteer Arbitrator in New York City's Small Claims Court.

During law school, Mr. Alexander served as Associate Managing Editor of the St. John's Law Review. His student note, Abusive: Dodd–Frank Section 1031 and the Continuing Struggle to Protect Consumers, 85 St. John's L. Rev. 1105 (2012), has been cited in judicial opinions and several legal journals, including the Harvard Law Review.

Before joining the bar, Mr. Alexander served as an editor of the widely acclaimed consumer-advocacy blog The Consumerist. He also served as a policy advisor to the Bronx Borough President and worked as part of the National Campaign to Restore Civil Rights.

Mr. Alexander has been recognized on the Super Lawyers New York Metro Rising Stars list from 2016 – 2022.



## AMANDA M. ROLON

**ADMISSIONS**

State of New York; United States District Courts: Southern District of New York and Eastern District of New York.

**EDUCATION**

University of Iowa College of Law (J.D.)

**HIGHLIGHTS**

Amanda Marie Rolon is Litigation Associate in the consumer class action group where she advocates for consumers who have been wronged by deceptive and unfair business practices.

Prior to joining Scott+Scott, Amanda was an Assistant Corporation Counsel with the Special Federal Litigation Division of the New York City Law Department where she defended the City of New York and its law enforcement officials in federal actions primarily alleging Section 1983 constitutional and civil rights violations.

## ETHAN S. BINDER

**ADMISSIONS**

State of New York and New Jersey; United States District Courts: Southern District of New York and Eastern District of New York; New Jersey.

**EDUCATION**

New York Law School (J.D., 2019); State University of New York at Binghamton (B.A., 2015)

**HIGHLIGHTS**

Mr. Binder is an associate in the firm's New York office, specializing in consumer litigation and class actions in both federal and state courts.

While in law school, Mr. Binder was the Executive Editor of the Moot Court Association and a member of the Trial Competition Team.

Prior to joining Scott+Scott, Mr. Binder served as an Assistant District Attorney in the Economic Crimes Bureau of the Bronx County District Attorney's Office, where he gained extensive experience investigating and prosecuting felonies involving high-value larcenies, schemes to defraud the public/government, and identity theft.