# Exhibit 4



**Attorneys**

MAILING ADDRESS
PO Box 34628, PMB 75109 Seattle, WA 98124-1628

PHYSICAL & PACKAGES
1200 Fifth Avenue, Suite 1700, Seattle, WA 98101-3147

TEL (206) 682-5600   |   FAX (206) 682-2992

**TOUSLEY BRAIN STEPHENS PLLC** has prosecuted numerous multi-million dollar class actions, including the following representative cases in the areas of product liability, data privacy, consumer protection, telephone consumer protection act, and securities:

**Data Privacy**

- Appointed as co-lead and interim class counsel in *In re Dominion Dental Services USA, Inc. Data Breach Litigation*, pending in the Eastern District of Virginia. The lawsuit alleged that Dominion Dental Services and other affiliated companies allowed a nine-year long data breach, allowing hackers access to the personal, medical, and financial information of nearly three million individual subscribers. The case settled for monetary relief in excess of $3 million and injunctive relief valued at approximately $2,769,500.

- Appointed lead counsel in *In re Premera Blue Cross Customer Data Security Breach Litigation*, multi-district litigation pending in the U.S. District Court for the District of Oregon. The lawsuit alleges that Premera allowed a massive breach of its data systems, permitting hackers access to the personal, medical, and financial information of more than 11 million Premera subscribers and employees. The court approved a $74 million in compensation and data security enhancement settlement, making it the greatest per capita class recovery in a health care data breach.

- Co-lead counsel in *Armon v. Washington State Univ.*, Superior Court, King County, Washington. This data breach case involved a stolen hard drive containing personal information of over one million individuals. The court approved a $5.26 million settlement, plus injunctive relief.

- Served on the plaintiffs' steering committee in multi-district litigation to prosecute claims of financial institutions in the *In re The Home Depot, Inc. Customer Data Security Breach Litigation*, No. 14-md-02583 (N.D. Georgia) related to its 2014 data breach. The financial institutions sought to recover losses they incurred in reissuing cancelled credit cards and paying fraud claims. Hon. Thomas W. Thrash, Jr., United States District Court Judge for the Northern District of Georgia, granted final approval to a $43.5 million settlement to cover financial institution losses, attorneys' fees and costs.

- Liaison counsel in *Veridian Credit Union v. Eddie Bauer LLC*, No. 17-cv-00356 (W.D. Wash). We represented a class of financial institutions related to the losses they suffered as a result of Eddie Bauer's data breach. Judge Robart granted preliminary approval of a $9.5 million settlement.

**Securities**

- Appointed settlement class counsel and lead class counsel in *Colacurcio, et al. v. Insight Venture Partners VII, L.P., et al.*, where we represented a class of investors who sold shares of Smartsheet Inc. stock in a tender offer, alleging defendants failed to disclose material information about the company's plans to conduct an IPO in connection with their offer to buy the plaintiffs' stock. The court granted final approval of a $26.2 million settlement.

- As sole class counsel in *Johnson v. Amgen Boulder, Inc.*, U.S. District Court, Western District of Washington, we represented a national class that invested approximately $50 million with the world's largest biotechnology company to fund the development of a genetically engineered molecule. That case settled for payments totaling $82 million.

- As sole class counsel in *Trimble et al. v. Holmes Harbor Sewer District et al.*, Superior Court, Island County, Washington, we represented a national class of bondholders. We achieved a 100% recovery for investors who had purchased unlawfully issued bonds through several broker dealers.

- As sole class counsel in *Wolf et al. v. Asiamerica et al.*, U.S. District Court, Western District of Washington, Washington, we represented a national class in a securities fraud action against an international leveraged buy-out corporation. The case settled for approximately 120% of the class's investment, plus attorneys' fees and costs.

- As liaison counsel in *In re Washington Mutual Mortgage-Backed Securities* Litigation, U.S. District Court, Western District of Washington, we represented a class of purchasers of mortgage-backed certificates issued and underwritten by Washington Mutual and related entities. The named Plaintiffs alleged that the defendants violated federal securities laws by misrepresenting the underwriting procedures used to originate the mortgage loan collateral. The case settled for $26 million.

**Product Liability**

- Appointed co-lead class counsel in *Glenn v. Hyundai*, U.S. District Court for the Central District of California to represent a nationwide class of people who purchased Hyundai vehicles with panoramic sunroofs. Plaintiffs alleged the

sunroofs were prone to spontaneous shattering. The settlement, which significantly extended the sunroof warranty for the class vehicles, provided for free repairs and reimbursed past repair costs, as well as $200 cash for anyone who experienced sunroof shattering, and a $1,000 trade in allowance was valued at over $30 million.

- As co-lead counsel in the *In re Louisiana-Pacific Inner Seal Siding* class action, U.S. District Court, District of Oregon, we initially settled one of the largest product liability class action settlements in the United States for $275 million. In November 1998, this settlement was augmented by additional commitments for a total of more than $500 million, over $240 million of which was paid to Washington residents.

- As co-lead counsel in the *Richison v. American Cemwood Corp.*, Superior Court, San Joaquin County, California, we settled this litigation, related to defective shingles, creating a guaranteed $105-million settlement fund for a national class in the first phase of litigation. The second phase, against Cemwood's insurers, created an additional $83-million settlement fund in 2003.

- As co-lead counsel in the *Behr Wood Sealants* settlement, Superior Court, San Joaquin County, California, we created a national settlement fund in 2003 of up to $107.5 million, plus $25 million in attorneys' fees.

- As co-lead counsel for the plaintiff class in *Clemans v. New Werner Co, et al.*, U.S. District Court, Western District of Washington, we successfully obtained free replacement ladders for a national class of approximately 300,000 consumers. The class alleged that Werner pull-down attic ladders were unreasonably dangerous because of defective hinges. The settlement was valued

at $48 million dollars.

- Co-counsel for national class of homeowners with allegedly defective roofing shingles in *In re IKO Roofing Shingle Products Liability Litigation*, U.S. District Court, Central District of Illinois; 757 F.3d 599 (USCA 7th Cir. 2014). The settled for extended warranties, replacement shingles or cash value of replacement shingles all with an estimated value of $30 million.

- As co-counsel for a health benefits trust in *Neurontin Marketing Sales Practices and Products Liability Litigation*, MDL 1629, we represented a national class alleging that in an effort to boost profits, Pfizer, Inc. and Warner-Lambert Co. sold the drug Neurontin for uses for which it was neither approved by the U.S. Food and Drug Administration nor medically effective. Pfizer Inc. agreed to pay $325 million to resolve the class's claim that Pfizer defrauded insurers and other healthcare benefit providers by its off label marketing of Neurontin.

- As co-lead counsel in *Delay v. Hurd Millwork Co.*, Superior Court, Spokane County, Washington, we represented a Western States class of individuals that purchased windows allegedly filled with inert gas. The case settled for $5.3 million.

- As sole class counsel in *Barrett v. PABCO*, Superior Court, King County, Washington, a national roofing shingles product liability case, we settled the case on an unlimited claims-made basis in 2006. That settlement more than doubled the value of compensation available to homeowners under a Washington State Attorney General Consent Decree, and opened claims to every qualified homeowner in the nation, including those who were not original purchasers of the roofing product.

- As co-lead counsel in *Grays Harbor Christian School v. Carrier Corporation,* U.S. District Court, Western District of Washington, we successfully represented national consumers to whom Carrier allegedly sold defective high efficiency furnaces. The case settled on a national and international basis when Carrier agreed to compensate consumers for past failures and fix the alleged defect for free in the future. Three million consumers were covered under the settlement, which was valued at more than $300 million.

- As co-lead counsel in *Zwicker v. General Motors, Inc.,* U.S. District Court, Western District of Washington, we represented more than four million consumers who purchased vehicles with defective speedometers. The court granted final settlement approval, which entitles most class members to have their speedometers fixed for free.

- As co-lead counsel in *Splater et al. v. Thermal Ease Hydronic Systems, Inc. et al.*, Superior Court, King County, Washington, we represented a class of Washington consumers with defective tubing in their homes and obtained a seven-figure settlement for our clients.

- As co-lead class counsel in *Stanley and Betty Pelletz v. Weyerhaeuser Company et al.,* U.S. District Court, Western District of Washington, we represented a class of consumers who alleged that their ChoiceDek decking was defective because it developed black and gray mold spots throughout the decking and railing. The settlement allows class members a free deck cleaning along with application of a mold inhibitor and deck replacement or a full refund if the cleaning does not work.

- As co-lead counsel in *Ross, et al. v. Trex Company, Inc.*, U.S. District Court, Northern District of California, we represented a national class of building owners with Trex decking products that delaminated, flaked and crumbled. Allegations related to that defect settled with class members receiving replacement product or cash.

- As co-lead class counsel in *Mahan v. Trex Company, Inc.*, U.S. District Court, Northern District of California, we represented a national class of building owners with Trex decking products that grew mold and mildew internally. The settlement provided three tiers of cash and product relief to affected homeowners.

- As co-lead counsel in *Carideo v. Dell*, U.S. District Court, Western District of Washington, we represented a class of Dell computer owners whose laptop computers overheated. The case settled with class members receiving partial reimbursement for the cost of their laptop.

- As co-lead counsel *In Re: Monsanto Company Genetically-Engineered Wheat Litigation*, MDL 2473, related to the release of Round-up resistant wheat, we successfully obtained a settlement for soft white wheat farmers in the Pacific Northwest related to the May 2013 discovery of genetically-modified wheat on an Eastern Oregon farm, which resulted in market disruptions to the exports of soft white wheat. Monsanto agreed to pay $2.5 million into a settlement fund for farmers and wheat growers in Washington, Oregon, and Idaho.

**Consumer**

- Appointed class counsel in *Gonzalez v. Banner Bank*, representing a class of accountholders who were charged excessive overdraft fees. The court approved a settlement of over $1,000,000.

- Appointed sole class counsel in *Ikuseghan v. Multicare Health System*, U.S. District Court for the Western District of Washington to represent a nationwide class asserting Telephone Consumer Protection Act (TCPA) claims.  In approving the settlement and fee award, the court noted that "class counsel obtained an extraordinarily good result for the class following an arm's-length negotiation. Under the approved settlement, class members will receive as much as they would have received had they successfully litigated their claims under the TCPA. This recovery is significantly superior to other TCPA class action settlements that have been approved in this Circuit."  With individual class member recoveries ranging from $2,500 to over $19,000 per approved claim, the settlement is believed to be the largest individual class member recovery in any TCPA case.

- As co-lead counsel in *Nelson v. Appleway Chevrolet, Inc.*, Superior Court, Spokane County, Washington; 160 Wn.2d 173 (2007), we successfully represented purchasers of vehicles, parts, and services against certain automobile dealers in Washington who were illegally charging purchasers Business and Occupation tax.  The class members received full refunds of all illegally collected taxes in addition to attorneys' fees and costs after the Washington Supreme Court affirmed the trial court judgment.

- As co-lead counsel in *Cole v. Wells Fargo Bank N.A.*, U.S. District Court, Western District of Washington, we successfully settled this case on behalf of a national class of consumers charged excessive fees on their accounts. Class members received full refunds of all excessive fees, together with interest, attorneys' fees and costs. Judge Lasnik, W.D. WA, noted this settlement was an example of the kind of justice class actions could achieve.

- As co-lead counsel in *Michael Spafford, Jr. v. Echostar Communications, Corporation*, U.S. District Court, Western District of Washington, we successfully obtained an injunction on behalf of Washington consumers prohibiting defendant from using automatic dialing and announcing devices to sell satellite television subscriptions and equipment in violation of Washington law.