HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation*<br><br>This Document Refers to: All Actions | Master File No. 2:22-cv-01282-RAJ<br><br>**PLAINTIFFS' TIME AND EXPENSE RECORDKEEPING PROTOCOL** |

Pursuant to this Court's Order, dated February 22, 2023, Plaintiffs' Interim Co-Lead Counsel ("Co-Lead Counsel") submit the following Time and Expense Record Keeping Protocol to be followed by all attorneys' assigned work on behalf of plaintiffs in this matter:

Each firm shall submit detailed monthly time and expenses to Co-Lead Counsel. All time should be reported at the billing rates in effect at the reporting firm during the month(s) for which it is reporting. Reports for the preceding month will be due on the 10th day of each month (or next business day thereafter if the 10th day falls on a weekend or holiday) and shall be sent via email to [Dan@lcllp.com] copying Co-Lead Counsel. These reports shall be combined and submitted to the Court *in camera* on a quarterly basis.

The first report shall be made on May 10, 2023, and shall reflect each reporting firm's detailed time and expenses from inception of the case through April 30, 2023. Co-Lead Counsel will disseminate an Excel spreadsheet template and Category Codes to use for this initial report and going forward. The template will include a time tab and an expense tab. Each firm shall include

PLAINTIFFS' TIME AND EXPENSE
RECORDKEEPING PROTOCOL
No. 2:22-cv-01282-JLR

1

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

in the first report the identity of the appropriate contact person for time and expense reporting purposes.

All timekeeping and expense submissions shall comply with the following rules:

1) All billed time must be authorized in advance by Co-Lead Counsel. To this end, each time entry shall indicate from whom the work assignment was received. Interim Co-Lead Counsel will not assign work to firms that are not current in their monthly time and expense reports. All work performed in this case after the filing of this protocol without specific authorization of Interim Co-Lead Counsel will not be compensable. This includes reading and reviewing correspondence and pleadings, appearances at hearings or depositions and travel time and expenses related to such appearances, which have not been authorized by Interim Co-Lead Counsel. Interim Co-Lead Counsel may choose not, in whole or in part, to submit to the Court time and expenses incurred prior to appointment of Interim Co-Lead Counsel, depending on whether such time contributed to the advancement of the litigation as a whole.

2) All billed time must be in 1/10th hour increments. Time entries must include an indication of who assigned the work, in the appropriate column on the spreadsheet.

3) Time records may not be "block-billed," but instead must separately record specific tasks and the appropriate Category Codes, even if performed on the same day, and be detailed enough so that any reader would understand the work that was performed. If the task involved a meeting, lengthy substantive email conversation, or conference call, the time entry should describe who else was involved (at a minimum, by identifying the pertinent committee) and the specific topics of the conversation.

2

PLAINTIFFS' TIME AND EXPENSE
RECORDKEEPING PROTOCOL
No. 2:22-cv-01282-JLR

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

4) Time spent "reading and reviewing" emails and pleadings, "conferring," or "research" will be disallowed unless tied to a specific, assigned task and described with particularity.

5) Tasks should be assigned to billers with appropriate experience and rates for the type of work performed. For example, senior partners should not be billing time at their full rates for formatting documents, printing, mailing, document review, or performing administrative-level tasks. These types of tasks should be delegated when possible to administrative assistants, paralegals and junior associates, as appropriate.

6) No firm should employ "contract" or hourly attorneys for work on this case without prior written approval from Co-Lead Counsel. Before any such attorneys are approved for work, the employing firm must disclose the rate such attorneys will actually be paid and the rate the employing firm intends to list on its time reports. Co-Lead Counsel has discretion to cap or normalize the submitted rates for all such work, and unreasonable margins will not be permitted.

7) All reported expenses must be specifically described and dated, and each firm must maintain all receipts and provide them to Co-Lead Counsel upon request. All expenses must be reasonable and justifiable to the Court and class members. For instance, barring exceptional circumstances or a very specific case-related rationale, Co-Lead Counsel will not permit reimbursement requests for Common Expenses that were not approved in advance by Co-Lead Counsel (see below); first-class air travel; luxury ground transportation; expensive hotel rooms or suites; meals in excess of $50/person; alcohol purchases; or entertainment.

3

PLAINTIFFS' TIME AND EXPENSE
RECORDKEEPING PROTOCOL
No. 2:22-cv-01282-JLR

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

8) Co-Lead Counsel may, in its discretion, completely disallow any time or expense billed in violation of these rules, reduce the hourly rates or amount reimbursed, or reduce the number of hours permitted.

9) To the extent practical and time allowing, Co-Lead Counsel will audit billings from all counsel on a quarterly basis and disallow billings which Co-Lead Counsel do not believe are appropriate before submitting a fee application or an *in camera* report to the Court. Co-Lead Counsel will examine—and re-examine—all time in a comprehensive way before any fee application is submitted to determine, based upon a complete picture of how the case was prosecuted, how each firm's time should be treated.

10) If a fee is awarded, the allocation of the fee between the participating firms will be made by Co-Lead Counsel. In allocating any fee, Co-Lead Counsel will be guided by the concept that each firm will be rewarded for the value it has contributed to the results obtained for the clients. Each firm's lodestar will be a substantial factor in determining value, but it will not be the only factor and will not necessarily be the most important factor. Among other things, how efficiently a firm has handled its responsibilities will be given significant weight.

**Litigation Fund/ Expenses**

Co-Lead Counsel will establish an account from which common expenses will be paid. Common expenses include such matters as filing and service costs; deposition and court reporter fees; the cost of creating and operating a document depository; administrative expenses, such as the expenses associated with meetings and conference calls; expert and consultant fees and expenses; fees for e-discovery, copying, and coding (done outside a firm); witness expenses; fees for independent investigators; bank charges; and such other common expenses approved by Co-

4

PLAINTIFFS' TIME AND EXPENSE
RECORDKEEPING PROTOCOL
No. 2:22-cv-01282-JLR

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Lead Counsel. No one other than Co-Lead Counsel shall incur common expenses. Bills for common expenses should be sent for payment to Co-Lead Counsel. Any common expense in excess of $2,500 will require advance approval from Co-Lead Counsel before the expense is incurred and/paid.

All firms shall report on a monthly basis all non-common expenses for which they may seek reimbursement. Non-common expenses shall be reported at cost without any markups. The following expenses are not reimbursable and should not be reported: fax charges; postage; long distance telephone charges; in-house photocopying; computerized legal research; and secretarial or clerical overtime. Any exceptions to this policy must be approved in writing by Co-Lead Counsel.

Dated: March 1, 2023

**TOUSLEY BRAIN STEPHENS PLLC**

By:  */s/ Kim D. Stephens*
Kim D. Stephens, P.S., WSBA #11984
kstephens@tousley.com
Jason T. Dennett, WSBA #30686
jdennett@tousley.com
Kaleigh N. Boyd, WSBA #52684
kboyd@tousley.com
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: 206.682.5600
Fax: 206.682.2992

Joseph P. Guglielmo, (*pro hac vice*)
Carey Alexander (*pro hac vice*)
Ethan Binder (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com
ebinder@scott-scott.com

5

PLAINTIFFS' TIME AND EXPENSE
RECORDKEEPING PROTOCOL
No. 2:22-cv-01282-JLR

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | E. Kirk Wood (*pro hac vice forthcoming*) |
| 2 | Sharika Robinson (*pro hac vice forthcoming*) |
|   | Marcela Jenkins (*pro hac vice forthcoming*) |
| 3 | **WOOD LAW FIRM, LLC** |
|   | P. O. Box 382434 |
| 4 | Birmingham, AL 35238-2434 |
|   | Telephone: (205) 908-4906 |
| 5 | kirk@woodlawfirmllc.com |
| 6 | Gary F. Lynch (*pro hac vice*) |
|   | Elizabeth Pollock-Avery (*pro hac vice*) |
| 7 | **LYNCH CARPENTER, LLP** |
|   | 1133 Penn Avenue, 5th Floor |
| 8 | Pittsburgh, Pennsylvania 15222 |
|   | Telephone: 412-322-9243 |
|   | Facsimile: 412-231-0246 |
| 9 | gary@lcllp.com |
|   | elizabeth@lcllp.com |

6

PLAINTIFFS' TIME AND EXPENSE
RECORDKEEPING PROTOCOL
No. 2:22-cv-01282-JLR

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992