THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation*<br><br>The Document Refers to: All Actions | Master File No. 2:22-cv-01282-JLR  **JLR**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL DISCLOSURES**<br><br>NOTE ON MOTION CALENDAR: March 23, 2023 |

Plaintiffs Natalie Perkins, Kenneth Hasson, Jamie Huber, David Kauffman, Mark Conlisk, Michael Dekhtyar, Ashley Popa, Jill Strelzin, Jill Adams, Jill Adams, as natural mother and next friend of her minor child, H.A, and Ryan Margulis (collectively "Plaintiffs") and Defendants Zillow Group, Inc. ("Zillow") and Microsoft Corporation ("Microsoft") (collectively with Zillow, "Defendants"), by and through their undersigned counsel, hereby stipulate that the time to exchange Initial Disclosures shall be extended through and including April 24, 2023, and in support thereof allege as follows:

1. On February 24, 2023, this Court entered an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. (Doc. No. 39). Pursuant to this Order, the parties are required to exchange Initial Disclosures on March 24, 2023.

JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING INITIAL
DISCLOSURES –1
No. 2:22-cv-01282-JLR

2. Pursuant to this Court's January 18, 2023 Order (Doc. No. 33), Plaintiffs shall file a consolidated amended complaint or designate an operative complaint no later than April 10, 2023.

3. The parties held a Rule 26(f) conference on March 8, 2023. They continue to meet and confer regarding the contents of a Combined Joint Status Report and Discovery Plan, which will be filed with the Court on March 31, 2023.

4. The parties agree to exchange Initial Disclosures on April 24, 2023 so that those disclosures may address any issues raised by the anticipated consolidated amended complaint. The parties had originally contemplated that Rule 26(f) related deadlines would be extended until after Plaintiffs filed a consolidated amended complaint. (*See* Doc. No. 33 at ¶10 (k)).

5. The extension is not for the purpose of delay and will not cause prejudice to the respective parties.

6. Therefore, the parties, through counsel of record, hereby move for and stipulate to the following proposed order:

### [~~PROPOSED~~] ORDER

a. It is hereby ordered that the time for the parties to exchange Initial Disclosures is extended through and including April 24, 2023.

Dated this 23rd day of March, 2023.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND
[~~PROPOSED~~] ORDER REGARDING INITIAL
DISCLOSURES –2
No. 2:22-cv-01282-JLR

IT IS SO STIPULATED.

DATED: March 23, 2023                                   Respectfully submitted,

| | |
|---|---|
| */s/ Joseph P. Guglielmo* | */s/ James P. Savitt* |
| Joseph P. Guglielmo | James P. Savitt |
| (admitted *pro hac vice*) | **SAVITT BRUCE & WILLEY LLP** |
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | 1425 Fourth Avenue, Suite 800 |
| The Helmsley Building | Seattle, WA 98101 |
| 230 Park Avenue, 17th Floor | (206) 749-0500 |
| New York, NY 10169 | jsavitt@sbwllp.com |
| Telephone: (212) 223-6444 | |
| Facsimile: (212) 223-6334 | */s/ Samantha L. Southall* |
| jguglielmo@scott-scott.com | Samantha L. Southall |
| calexander@scott-scott.com | (admitted *pro hac vice*) |
| ebinder@scott-scott.com | **BUCHANAN INGERSOLL & ROONEY PC** |
| | 50 South 16th Street, Suite 3200 |
| */s/ Gary F. Lynch* | Philadelphia, PA 19102 |
| Gary F. Lynch | (215) 665-8700 |
| (admitted *pro hac vice*) | samantha.southall@bipc.com |
| **LYNCH CARPENTER, LLP** | |
| 1133 Penn Avenue, 5th Floor | *Counsel for Defendant Zillow Group* |
| Pittsburgh, PA 15222 | |
| 412-322-9243 | */s/ James G. Snell* |
| gary@lcllp.com | James G. Snell |
| elizabeth@lcllp.com | (admitted *pro hac vice*) |
| | **PERKINS COIE** |
| | 1201 3rd Avenue, Suite 4900 |
| | Seattle, WA 98101 |
| */s/ Kim D. Stephens* | jsnell@perkinscoie.com |
| Kim D. Stephens, P.S., WSBA #11984 | |
| kstephens@tousley.com | Nicola Menaldo, WSBA No. 44459 |
| **TOUSLEY BRAIN STEPHENS PLLC** | Anna Mouw Thompson, WSBA No. 52418 |
| | **PERKINS COIE** |
| 1200 Fifth Avenue, Suite 1700 | 1201 3rd Avenue, Suite 4900 |
| Seattle, Washington 98101 | Seattle, WA 98101 |
| Telephone: 206.682.5600 | nmendaldo@perkinscoie.com |
| Fax: 206.682.2992 | annathompson@perkinscoie.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant Microsoft Corporation* |

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING INITIAL DISCLOSURES** –3
No. 2:22-cv-01282-JLR