The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation* <br><br> This Document Refers to: All Actions | Master File No. 2:22-cv-01282-JLR <br><br> **PRAECIPE** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs Natalie Perkins, Kenneth Hasson, Jamie Huber, David Kauffman, Ashley Popa, Jill Strelzin, Jill Adams, Jill Adams as natural mother and next friend of her minor child, H.A., and Ryan Margulis (collectively "Plaintiffs"), individually and on behalf of themselves and all others similarly situated, hereby submit this Praecipe to make the following correction to Plaintiffs' Consolidated, Amended Class Action Complaint (Dkt. 44):

The attorneys, Kate M. Baxter-Kauf and Karen Hanson Riebel, and the firm of Lockridge Grindal Nauen P.L.L.P., were inadvertently added as signatories and representatives for the Plaintiffs. Please replace the signature pages for Dkt. 44 with the attached amended version, removing the above-named counsel. The Plaintiffs remain represented by all other attorneys listed. Ms. Baxter-Kauf, Ms. Hanson Riebel and Lockridge Grindal Nauen P.L.L.P. will also submit a Notice of Withdrawal to complete the record.

//

//

TOUSLEY BRAIN STEPHENS PLLC

By: *s/ Kim D. Stephens, P.S.*
Kim D. Stephens, P.S., WSBA #11984
kstephens@tousley.com
*s/ Jason T. Dennett*
Jason T. Dennett, WSBA #30686
jdennett@tousley.com
*s/ Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA #52684
kboyd@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: 206.682.5600
Fax: 206.682.2992

Joseph P. Guglielmo, (*pro hac vice* forthcoming)
Carey Alexander (*pro hac vice* forthcoming)
Ethan Binder (*pro hac vice* forthcoming)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com
ebinder@scott-scott.com

E. Kirk Wood (*pro hac vice* forthcoming)
Sharika Robinson (*pro hac vice* forthcoming)
Marcela Jenkins (*pro hac vice* forthcoming)
**WOOD LAW FIRM, LLC**
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: (205) 908-4906
kirk@woodlawfirmllc.com

Gary F. Lynch (*pro hac vice* forthcoming)
Kelly K. Iverson (*pro hac vice* forthcoming)
Jamisen A. Etzel (*pro hac vice* forthcoming)
Elizabeth Pollock-Avery (*pro hac vice* forthcoming)
Nicholas A. Colella (*pro hac vice* forthcoming)
Patrick D. Donathen (*pro hac vice* forthcoming)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor

PRAECIPE - 2
4860-5036-1948, v. 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Pittsburgh, Pennsylvania 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
gary@lcllp.com
kelly@lcllp.com
jamisen@lcllp.com
elizabeth@lcllp.com
nickc@lcllp.com
patrick@lcllp.com

Tiffany Marko Yiatras (*pro hac vice* forthcoming*)*
**CONSUMER PROTECTION LEGAL, LLC**
308 Hutchinson Road
Ellisville, Missouri 63011-2029
Tele: (314) 541-0317
Email: tiffany@consumerprotectionlegal.com

Bryan L. Bleichner (*pro hac vice* forthcoming)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue S, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com

Joshua B. Swigart (*pro hac vice* forthcoming)
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
Telephone: (866) 219-3343
Josh@SwigartLawGroup.com

Daniel G. Shay (*pro hac vice* forthcoming)
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
Telephone: (619) 222-7429
DanielShay@TCPAFDCPA.com

Ari H. Marcus (pro hac vice)
Joseph H. Kanee (*pro hac vice* forthcoming)
**MARCUS ZELMAN LLC**
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Facsimile: (732) 298-6256
Ari@marcuszelman.com

PRAECIPE - 3
4860-5036-1948, v. 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

joseph@marcuszelman.com
Brian C. Gudmundson (*pro hac vice*)
Rachel K. Tack (*pro hac vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
rachel.tack@zimmreed.com

Jonathan M. Jagher
**FREED KANNER LONDON**
**& MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: (610) 234-6486
jjagher@fklmlaw.com

Douglas A. Millen
Michael E. Moskovitz
**FREED KANNER LONDON**
**& MILLEN LLC**
2201 Waukegan Road, Ste. 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com

*Attorneys for Plaintiffs and the Putative Class*

PRAECIPE - 4
4860-5036-1948, v. 1

# ATTACHMENT 1

1      I.     Granting such other relief as the Court deems just and proper.

2                           **DEMAND FOR JURY TRIAL**

3      Plaintiffs, on behalf of themselves and the Classes, demand a trial by jury of any and all

4 issues in this action so triable of right.

5      DATED this 10th day of April, 2023.

6                           TOUSLEY BRAIN STEPHENS PLLC

7               By: *s/ Kim D. Stephens, P.S.*
                 Kim D. Stephens, P.S., WSBA #11984
8                  kstephens@tousley.com
                 *s/ Jason T. Dennett*
9                  Jason T. Dennett, WSBA #30686
                 jdennett@tousley.com
                 *s/ Kaleigh N. Boyd*
10                 Kaleigh N. Boyd, WSBA #52684
                 kboyd@tousley.com
11                 1200 Fifth Avenue, Suite 1700
                 Seattle, Washington 98101
12                 Telephone: (206) 682-5600
                 Fax: (206) 682-2992

13                 Joseph P. Guglielmo, (*pro hac vice*)
                 Carey Alexander (*pro hac vice*)
14                 Ethan S. Binder (*pro hac vice*)
                 **SCOTT+SCOTT ATTORNEYS**
15                 **AT LAW LLP**
                 The Helmsley Building
16                 230 Park Avenue, 17th Floor
                 New York, NY 10169
17                 Telephone: (212) 223-6444
                 Facsimile: (212) 223-6334
18                 jguglielmo@scott-scott.com
                 calexander@scott-scott.com
19                 ebinder@scott-scott.com

20                 E. Kirk Wood (*pro hac vice* forthcoming)
                 Sharika Robinson (*pro hac vice* forthcoming)
21                 Marcela Jenkins (*pro hac vice* forthcoming)
                 **WOOD LAW FIRM, LLC**
22                 P. O. Box 382434
                 Birmingham, AL 35238-2434
23                 Telephone: (205) 908-4906

CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT - 65

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | kirk@woodlawfirmllc.com |
| | marcelaj@blalocklegal.com |
| 2 | |
| | Gary F. Lynch (*pro hac vice*) |
| 3 | Kelly K. Iverson (*pro hac vice*) |
| | Jamisen A. Etzel (*pro hac vice*) |
| 4 | Elizabeth Pollock-Avery (*pro hac vice*) |
| | Nicholas A. Colella (*pro hac vice*) |
| 5 | Patrick D. Donathen (*pro hac vice* ) |
| | **LYNCH CARPENTER, LLP** |
| 6 | 1133 Penn Avenue, 5th Floor |
| | Pittsburgh, Pennsylvania 15222 |
| 7 | Telephone: (412) 322-9243 |
| | Facsimile: (412) 231-0246 |
| 8 | gary@lcllp.com |
| | kelly@lcllp.com |
| 9 | jamisen@lcllp.com |
| | elizabeth@lcllp.com |
| 10 | nickc@lcllp.com |
| | patrick@lcllp.com |
| 11 | |
| | Tiffany Marko Yiatras (*pro hac vice* forthcoming*)* |
| 12 | CONSUMER PROTECTION LEGAL, LLC |
| | 308 Hutchinson Road |
| 13 | Ellisville, Missouri 63011-2029 |
| | Tele: (314) 541-0317 |
| 14 | Email: tiffany@consumerprotectionlegal.com |
| | |
| 15 | Bryan L. Bleichner (*pro hac vice* forthcoming) |
| | **CHESTNUT CAMBRONNE PA** |
| 16 | 100 Washington Avenue S, Suite 1700 |
| | Minneapolis, MN 55401 |
| 17 | Telephone: (612) 339-7300 |
| | Fax: (612) 336-2940 |
| 18 | bbleichner@chestnutcambronne.com |
| | |
| 19 | Joshua B. Swigart (*pro hac vice* forthcoming) |
| | **SWIGART LAW GROUP, APC** |
| 20 | 2221 Camino del Rio S, Ste 308 |
| | San Diego, CA 92108 |
| 21 | Telephone: (866) 219-3343 |
| | Josh@SwigartLawGroup.com |
| 22 | |
| | Daniel G. Shay (*pro hac vice* forthcoming) |
| 23 | **LAW OFFICE OF DANIEL G. SHAY** |
| | 2221 Camino del Rio S, Ste 308 |

CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT - 66

|  |  |
|---|---|
| 1 | San Diego, CA 92108 |
|  | Telephone: (619) 222-7429 |
| 2 | DanielShay@TCPAFDCPA.com |
| 3 | Ari H. Marcus  (*pro hac vice*) |
|  | Joseph H. Kanee (*pro hac vice* forthcoming) |
| 4 | **MARCUS ZELMAN LLC** |
|  | 701 Cookman Avenue, Suite 300 |
| 5 | Asbury Park, New Jersey 07712 |
|  | Telephone: (732) 695-3282 |
| 6 | Facsimile: (732) 298-6256 |
|  | Ari@marcuszelman.com |
| 7 | joseph@marcuszelman.com |
| 8 | Brian C. Gudmundson (*pro hac vice*) |
|  | Rachel K. Tack (*pro hac vice*) |
| 9 | **ZIMMERMAN REED LLP** |
|  | 1100 IDS Center |
| 10 | 80 South 8th Street |
|  | Minneapolis, MN  55402 |
| 11 | Telephone: (612) 341-0400 |
|  | Facsimile: (612) 341-0844 |
| 12 | brian.gudmundson@zimmreed.com |
|  | rachel.tack@zimmreed.com |
| 13 |  |
|  | Jonathan M. Jagher |
| 14 | **FREED KANNER LONDON** |
|  | **& MILLEN LLC** |
| 15 | 923 Fayette Street |
|  | Conshohocken, Pennsylvania 19428 |
| 16 | Telephone: (610) 234-6486 |
|  | jjagher@fklmlaw.com |
| 17 |  |
|  | Douglas A. Millen |
| 18 | Michael E. Moskovitz |
|  | **FREED KANNER LONDON** |
| 19 | **& MILLEN LLC** |
|  | 2201 Waukegan Road, Ste. 130 |
| 20 | Bannockburn, IL 60015 |
|  | Telephone: (224) 632-4500 |
| 21 | dmillen@fklmlaw.com |
|  | mmoskovitz@fklmlaw.com |
| 22 | *Attorneys for Plaintiffs and the Putative Class* |
| 23 |  |

CONSIDATED AMENDED CLASS ACTION
COMPLAINT - 67

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992