# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation*<br><br>This Document Refers to: All Actions | Master File No. 2:22-cv-01282-JLR<br><br>**NOTICE OF WITHDRAWAL OF KATE M. BAXTER-KAUF AND KAREN HANSON RIEBEL** |

PLEASE TAKE NOTICE that Kate M. Baxter-Kauf and Karen Hanson Riebel of Lockridge Grindal Nauen P.L.L.P., 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota 55401, hereby withdraw their appearances in the above-captioned matter, previously entered on behalf of Plaintiffs Jill Adams and minor H.A. against Defendant Zillow Group, Inc.  Plaintiffs Jill Adams a minor H.A. will continue to be represented by court-appointed lead counsel in this matter and all other listed counsel in this matter.

DATED:  April 8, 2023

Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: /s/ Kate M. Baxter-Kauf
Kate M. Baxter-Kauf
Karen Hanson Riebel
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com
khriebel@locklaw.com