**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation*<br><br>This Document Refers to: All Actions | Master File No. 2:22-cv-01282-JLR<br><br>**PRAECIPE** |

Praecipe - 1

Lockridge Grindal Nauen PLLP
100 Washington Ave S, Ste 2200
Minneapolis, MN 55401

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs Natalie Perkins, Kenneth Hasson, Jamie Huber, David Kauffman, Ashley Popa, Jill Strelzin, Jill Adams, Jill Adams as natural mother and next friend of her minor child, H.A., and Ryan Margulis (collectively "Plaintiffs"), individually and on behalf of themselves and all others similarly situated, hereby submit this Praecipe to make the following correction to the Notice of Withdrawal filed on April 10, 2023 (Dkt. 46):

Attorney Karen Hanson Riebel inadvertently omitted a separate signature line for Attorney Riebel, such that her Notice of Withdrawal of Counsel was not signed pursuant to L.R. 83.2. Please replace the signature page for Dkt. 46 with the attached amended version, which includes a signature line for both withdrawing counsel.

DATED:  April 11, 2023           Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: /s/ Kate M. Baxter-Kauf
By: /s/ Karen Hanson Riebel           .
Kate M. Baxter-Kauf
Karen Hanson Riebel
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com
khriebel@locklaw.com

# ATTACHMENT 1

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation*<br><br>This Document Refers to: All Actions | Master File No. 2:22-cv-01282-JLR<br><br>**NOTICE OF WITHDRAWAL OF KATE M. BAXTER-KAUF AND KAREN HANSON RIEBEL** |

PLEASE TAKE NOTICE that Kate M. Baxter-Kauf and Karen Hanson Riebel of Lockridge Grindal Nauen P.L.L.P., 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota 55401, hereby withdraw their appearances in the above-captioned matter, previously entered on behalf of Plaintiffs Jill Adams and minor H.A. against Defendant Zillow Group, Inc.  Plaintiffs Jill Adams a minor H.A. will continue to be represented by court-appointed lead counsel in this matter and all other listed counsel in this matter.

DATED:  April 10, 2023		Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: /s/ Kate M. Baxter-Kauf
By: /s/ Karen Hanson Riebel                .
Kate M. Baxter-Kauf
Karen Hanson Riebel
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com
khriebel@locklaw.com