THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation*<br><br>This Document Refers to: All Actions | Master File No. 2:22-cv-01282-JLR<br><br>**MOTION FOR OVERLENGTH FILING PURSUANT TO LOCAL CIVIL RULE 7**<br><br>NOTE ON MOTION CALENDAR: May 31, 2023 |

Pursuant to Local Civil Rule ("LCR") 7(f), Defendants Microsoft Corporation and Zillow Group, Inc. request leave to file over-length briefs in support of their motions to dismiss Plaintiffs' Consolidated Class Action Complaint, which are due on June 6, 2023.

This action involves nine individually named plaintiffs, two defendants, a putative nationwide class pursuing two claims under Washington law, five alternative statewide classes pursuing nine alternative claims under the laws of four other states, and complex questions of statutory interpretation. The usual word limit of 8,400, *see* LCR 7(e)(3), is not sufficient in this case; and so Defendants respectfully seek leave to file opening briefs of 11,900 words each— i.e., 3,500 words over the limit. Plaintiffs take no position on this motion.

This expanded word limit is commensurate with or less than those approved by this Court in other complex cases, including cases less complex than that here. *See, e.g.*, *California Expanded Metal Pros. Co. v. Klein*, Case No. C18-0659JLR, 2021 WL 4078072, at *1 (W.D. Wash. Sept. 8, 2021) (Robart, J.) (allowing 50 pages, or approximately 17,500 words for opening brief in case involving five patent- and contract-related claims brought by two

MOTION FOR OVERLENGTH FILING –1
No. 2:22-cv-01282-JLR

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

plaintiffs against two defendants); *see also*, *e.g.*, *McMahon v. World Vision, Inc.*, No. 2:21-CV-00920, Dkt. No. 21, at *1 (W.D. Wash. Apr. 5, 2023) (Robart, J.) (allowing 10,500 words for opening brief in case involving only one plaintiff, one defendant, and two causes of action).

Accordingly, Defendants respectfully ask the Court to grant leave for Defendants to file their forthcoming motions to dismiss Plaintiffs' Consolidated Amended Complaint consistent with a 11,900 word limit.

*/s/ Anna Mouw Thompson*
Nicola Menaldo, WSBA No. 44459
Anna Mouw Thompson, WSBA No. 52418
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
nmendaldo@perkinscoie.com
annathompson@perkinscoie.com

James G. Snell
(admitted *pro hac vice*)
**PERKINS COIE LLP**
3150 Porter Dr.
Palo Alto, CA 94304
jsnell@perkinscoie.com

*Counsel for Defendant Microsoft Corporation*

/s/ *Samantha L. Southall*
James P. Savitt, WSBA # 16847
SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue, Suite 800
Seattle, WA 98101
(226) 749-0500
jdsavitt@sbwllp.com

Samantha L. Southall
(admitted *pro hac vice*)
**BUCHANAN INGERSOLL & ROONEY PCs**
50 South 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700
samantha.southall@bipc.com

*Counsel for Defendant Zillow Group, Inc.*

MOTION FOR OVERLENGTH FILING –2
No. 2:22-cv-01282-JLR

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000