THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

|  |  |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation*<br><br>This Document Refers to: All Actions | Master File No. 2:22-cv-01282-JLR<br><br>[PROPOSED] ORDER PERMITTING OVERLENGTH FILING<br><br>NOTE ON MOTION CALENDAR:<br>May 31, 2023 |

This matter comes before the Court on Defendants' Motion for Overlength Filing Pursuant to Local Civil Rule 7(f) (the "Motion"), on which Plaintiffs take no position. The Court, for good cause shown, hereby grants the Motion.

**IT IS HEREBY ORDERED THAT:**

A limit of 11,900 words shall apply to the briefing on Defendants' forthcoming motions to dismiss Plaintiffs' Consolidated Amended Complaint:

DATED: 31 May 2023

Honorable James L. Robart
United States District Judge

[PROPOSED] ORDER ON OVERLENGTH FILING –1
No. 2:22-cv-01282-JLR

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000