The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation*,<br><br>This Document Refers to: All Actions | NO.   2:22-cv-01282-JLR<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING ZILLOW GROUP, INC.'S MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: June 30, 2023 |

Having considered Defendant Zillow Group, Inc.'s ("Zillow") Motion to Dismiss Consolidated Amended Complaint for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6), any opposition thereto, and all papers and arguments submitted to the Court, it is hereby **ORDERED** that Plaintiffs' Consolidated Amended Complaint is dismissed with prejudice as to Zillow.

//
//
//
//
//
//
//

ORDER GRANTING ZILLOW'S MOTION TO DISMISS
CONSOLIDATED AMENDED COMPLAINT – PAGE 1
No. 2:22-cv-01282-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**IT IS SO ORDERED**.

DATED this _____ day of _____, 2023.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

**SAVITT BRUCE & WILLEY LLP**

By: */s/ James P. Savitt*
James P. Savitt, WSBA # 16847
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile:  206.749.0600
Email: jsavitt@sbwllp.com

**BUCHANAN INGERSOLL & ROONEY PC**
Samantha L. Southall (admitted *pro hac vice*)
50 South 16th Street Suite 3200
Philadelphia, PA  19102
Telephone: 215-665-8700
Facsimile:  215-665-8760
Email: samantha.southall@bipc.com

*Attorneys for Defendant Zillow Group, Inc.*

ORDER GRANTING ZILLOW'S MOTION TO DISMISS
CONSOLIDATED AMENDED COMPLAINT – PAGE 2
No. 2:22-cv-01282-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500