THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  *In Re: Zillow Group, Inc. Session*      Master File No. 2:22-cv-01282-JLR
10 *Replay Software Litigation*
                                            [PROPOSED] ORDER GRANTING
11 This Document Refers to: All Actions      DEFENDANT MICROSOFT
                                            CORPORATION'S MOTION TO
12                                           DISMISS CONSOLIDATED
                                            AMENDED COMPLAINT

13                                           NOTE ON MOTION CALENDAR:
                                            June 30, 2023
14

15         Pending before this Court is Defendant Microsoft Corporation's Motion to Dismiss

16 Consolidated Amended Compliant (the "Motion") for failure to state a claim pursuant to Federal

17 Rule of Civil Procedure 12(b)(6). Having considered the briefs and all other materials submitted

18 by the parties, the arguments of counsel, and all other matters, and good cause appearing:

19         IT IS HEREBY ORDERED THAT that the Motion is granted. Plaintiffs' claims against

20 Microsoft are hereby DISMISSED WITH PREJUDICE.

21         IT IS SO ORDERED.

22

23 Dated: _____      _____

24                                     HONORABLE JAMES L. ROBART
                                       United States District Judge
25

26

[PROPOSED] ORDER GRANTING MICROSOFT'S
MOTION TO DISMISS
(No. 2:22-cv-01282-JLR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1    Respectfully submitted this 6th day of June, 2023.

2                                              Presented by:

3
                                               By: */s/ James G. Snell*
4                                              James G. Snell (*pro hac vice*)
                                               **Perkins Coie LLP**
5                                              3150 Porter Drive
                                               Palo Alto, California 94304-1212
6                                              Telephone: +1.650.838.4300
                                               JSnell@perkinscoie.com
7
                                               Nicola C. Menaldo (SBN WA 44459)
8                                              Anna M. Thompson (SBN WA 52418)
                                               **PERKINS COIE LLP**
9                                              1201 Third Avenue, Suite 4900
                                               Seattle, WA  98101-3099
10                                             Telephone:  206.359.8000
                                               Facsimile:  206.359.9000
11                                             NMenaldo@perkinscoie.com
                                               AnnaThompson@perkinscoie.com
12
                                               *Attorneys for Defendant*
13                                             *Microsoft Corporation*

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING MICROSOFT'S                    **Perkins Coie LLP**
MOTION TO DISMISS                                        1201 Third Avenue, Suite 4900
(No. 2:22-cv-01282-JLR)                                  Seattle, Washington 98101-3099
                                                         Phone: +1.206.359.8000
                                                         Fax: +1.206.359.9000