THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

*In Re: Zillow Group, Inc. Session Replay
Software Litigation*

Master File No. 2:22-cv-01282-JLR

11

**STIPULATION AND [PROPOSED]
ORDER REGARDING MOTION TO
DISMISS BRIEFING SCHEDULE**

This Documents Refers to: All Actions

12

13

**Note on Motion Calendar: June 21, 2023**

14

15        On April 7, 2023, Plaintiffs filed their Amended Class Action Complaint (ECF No. 44)

16   against Defendants Zillow Group, Inc. ("Zillow") and Microsoft Corp. ("Microsoft").  On June 6,

17   2023, Defendants Zillow and Microsoft filed their respective Motions to Dismiss (ECF Nos. 53

18   and 54).  The Motions are currently noted for June 30, 2023 and Plaintiffs' opposition to the motion

19   is due June 26, 2023.  By and through their respective counsel, the parties stipulated to—and now

20   jointly and respectfully request that the Court approve—an extension of the briefing schedule for

21   Plaintiffs to file their opposition to the Motions to Dismiss to **July 31, 2023** and for Defendants to

22   file any reply to **September 8, 2023**.

23

24        An extension may be justified at the discretion of the Court if the request for an extension

25   is timely and the request is not made in bad faith or for an improper purpose.  Good cause exists

26

to grant the stipulation.  The parties agree that this request is supported by good cause.  This action involves nine individually named plaintiffs, two defendants, a putative nationwide class pursuing two claims under Washington law, five alternative statewide classes pursuing nine alternative claims under the laws of four other states, and complex questions of statutory interpretation. Pursuant to L.C.R. 7, Defendants were each previously granted leave (ECF No. 52) permitting an overlength filing in the amount of 11,900 words, an increase of 3,500 words.  Thus, Plaintiffs and Defendants seek extensions to the response and reply times given the complexity and the length of the responsive and forthcoming oppositions.  Extending the foregoing deadline will not impact other deadlines in this case.  In view of the number, complexity, and importance of the issues raised by Defendants' two motions to dismiss, the parties agree that Plaintiffs' opposition to both motions shall be due on **July 31, 2023**.  The parties further agree that Defendants' replies shall be due on **September 8, 2023**, with re-noting of the motion for September 8, 2023.

DATED this 21th day of June, 2023.

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo
(admitted *pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

/s/ Gary F. Lynch
Gary F. Lynch
(admitted *pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor

/s/ James P. Savitt
James P. Savitt
**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue, Suite 800
Seattle, WA 98101
(226) 749-0500
jdsavitt@sbwllp.com

/s/ Samantha L. Southall
Samantha L. Southall
(admitted *pro hac vice*)
**BUCHANAN INGERSOLL & ROONEY PC**
50 South 16th Street, Suite 3200

1   Pittsburgh, PA 15222                      Philadelphia, PA 19102
2   412-322-9243                              (215) 665-8700
    gary@lcllp.com                            samantha.southall@bipc.com
3
    _/s/ Kim D. Stephens_____             *Counsel for Defendant Zillow Group*
4   Kim D. Stephens, P.S., WSBA #11984
    **TOUSLEY BRAIN STEPHENS PLLC**           _/s/ Nicola Menaldo_____
5   1200 Fifth Avenue, Suite 1700             Nicola Menaldo
    Seattle, Washington 98101                 Anna Mouw Thompson
6   Telephone: 206.682.5600                   **PERKINS COIE**
    Fax: 206.682.2992                         1201 3rd Avenue, Suite 4900
7   kstephens@tousley.com                     Seattle, WA 98101
                                              nmendaldo@perkinscoie.com
8

9   *Counsel for Plaintiffs*                  _/s/ James G. Snell_____
                                              James G. Snell
10                                            (admitted *pro hac vice*)
                                              **PERKINS COIE**
11                                            1201 3rd Avenue, Suite 4900
                                              Seattle, WA 98101
12                                            jsnell@perkinscoie.com

13
                                              *Counsel for Defendant Microsoft Corporation*
14

15

16          **SO ORDERED.**

17

18          Dated this __ day of _____, 2023

19

20                                    _____
                                      THE HONORABLE JAMES L. ROBART
21

22

23

24

25

26