THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation*<br><br>This Documents Refers to: All Actions | Master File No. 2:22-cv-01282-JLR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>**Note on Motion Calendar: June 21, 2023** |

On April 7, 2023, Plaintiffs filed their Amended Class Action Complaint (ECF No. 44) against Defendants Zillow Group, Inc. ("Zillow") and Microsoft Corp. ("Microsoft"). On June 6, 2023, Defendants Zillow and Microsoft filed their respective Motions to Dismiss (ECF Nos. 53 and 54). The Motions are currently noted for June 30, 2023 and Plaintiffs' opposition to the motion is due June 26, 2023. By and through their respective counsel, the parties stipulated to—and now jointly and respectfully request that the Court approve—an extension of the briefing schedule for Plaintiffs to file their opposition to the Motions to Dismiss to **July 31, 2023** and for Defendants to file any reply to **September 8, 2023**.

An extension may be justified at the discretion of the Court if the request for an extension is timely and the request is not made in bad faith or for an improper purpose. Good cause exists

to grant the stipulation. The parties agree that this request is supported by good cause. This action involves nine individually named plaintiffs, two defendants, a putative nationwide class pursuing two claims under Washington law, five alternative statewide classes pursuing nine alternative claims under the laws of four other states, and complex questions of statutory interpretation. Pursuant to L.C.R. 7, Defendants were each previously granted leave (ECF No. 52) permitting an overlength filing in the amount of 11,900 words, an increase of 3,500 words. Thus, Plaintiffs and Defendants seek extensions to the response and reply times given the complexity and the length of the responsive and forthcoming oppositions. Extending the foregoing deadline will not impact other deadlines in this case. In view of the number, complexity, and importance of the issues raised by Defendants' two motions to dismiss, the parties agree that Plaintiffs' opposition to both motions shall be due on **July 31, 2023**. The parties further agree that Defendants' replies shall be due on **September 8, 2023**, with re-noting of the motion for September 8, 2023.

DATED this 21th day of June, 2023.

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo
(admitted *pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

/s/ Gary F. Lynch
Gary F. Lynch
(admitted *pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor

/s/ James P. Savitt
James P. Savitt
**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue, Suite 800
Seattle, WA 98101
(226) 749-0500
jdsavitt@sbwllp.com

/s/ Samantha L. Southall
Samantha L. Southall
(admitted *pro hac vice*)
**BUCHANAN INGERSOLL & ROONEY PC**
50 South 16th Street, Suite 3200

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE  - 2
NO. 2:22-CV-01282-JLR

| | |
|---|---|
| Pittsburgh, PA 15222<br>412-322-9243<br>gary@lcllp.com | Philadelphia, PA 19102<br>(215) 665-8700<br>samantha.southall@bipc.com |

*/s/ Kim D. Stephens*
Kim D. Stephens, P.S., WSBA #11984
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: 206.682.5600
Fax: 206.682.2992
kstephens@tousley.com

*Counsel for Plaintiffs*

*Counsel for Defendant Zillow Group*

*/s/ Nicola Menaldo*
Nicola Menaldo
Anna Mouw Thompson
**PERKINS COIE**
1201 3rd Avenue, Suite 4900
Seattle, WA 98101
nmendaldo@perkinscoie.com

*/s/ James G. Snell*
James G. Snell
(admitted *pro hac vice*)
**PERKINS COIE**
1201 3rd Avenue, Suite 4900
Seattle, WA 98101
jsnell@perkinscoie.com

*Counsel for Defendant Microsoft Corporation*

**SO ORDERED.**

Dated this 21st day of June, 2023

THE HONORABLE JAMES L. ROBART
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE - 3
NO. 2:22-CV-01282-JLR