UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation*<br><br>This Document Refers to: All Actions | Master File No. 2:22-cv-01282-JLR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFF RYAN MARGULIS** |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFF RYAN MARGULIS

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan Margulis ("Plaintiff"), through Plaintiff's undersigned counsel, hereby voluntarily dismisses his claims without prejudice. This motion is made prior to the filing by any defendant of an answer or motion for summary judgment.

DATED this 11th day of July, 2023.

> /s/Joseph Guglielmo
> Joseph P. Guglielmo
> (admitted *pro hac vice*)
> **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
> The Helmsley Building
> 230 Park Avenue, 17th Floor

New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

*/s/Gary F. Lynch*
Gary F. Lynch
(admitted *pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
gary@lcllp.com

*/s/Kim D. Stephens*
Kim D. Stephens, P.S., WSBA #11984
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: 206.682.5600
Fax: 206.682.2992
kstephens@tousley.com

*Counsel for Plaintiffs*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFF RYAN MARGULIS - 2
NO. 2:22-CV-01282-JLR