THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation*<br><br>This Document Refers to: All Actions | Master File No. 2:22-cv-01282-JLR<br><br>**[PROPOSED] ORDER PERMITTING OVERLENGTH FILING**<br><br>NOTE ON MOTION CALENDAR: September 5, 2023 |

This matter comes before the Court on Defendants' Unopposed Motion for Overlength Filing Pursuant to Local Civil Rule 7(f) (the "Motion"). The Court, for good cause shown, hereby grants the Motion.

**IT IS HEREBY ORDERED THAT:**

A limit of 6,000 words shall apply to Defendants' forthcoming reply briefs in support of their motions to dismiss Plaintiffs' Consolidated Amended Complaint:

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2023.

_____
The Honorable James L. Robart
United States District Judge

---

[PROPOSED] ORDER ON UNOPPOSED MOTION FOR
OVERLENGTH FILING –1
No. 2:22-cv-01282-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

PRESENTED BY:

**SAVITT BRUCE & WILLEY LLP**

By: *s/ James P. Savitt*
James P. Savitt, WSBA # 16847
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
Telephone: (206) 749-0500
Facsimile: (206) 749-0600
Email: jsavitt@sbwllp.com

**BUCHANAN INGERSOLL & ROONEY PC**

Samantha L. Southall (admitted *pro hac vice*)
50 South 16th Street Suite 3200
Philadelphia, PA 19102
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
Email: samantha.southall@bipc.com

*Counsel for Defendant Zillow Group, Inc.*

[PROPOSED] ORDER ON UNOPPOSED MOTION FOR OVERLENGTH FILING –2
No. 2:22-cv-01282-JLR

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Case 2:22-cv-01282-JLR   Document 60-1   Filed 09/05/23   Page 3 of 3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 5th day of September, 2023 at Seattle, Washington.

_____
Meghan Parker

CERTIFICATE OF SERVICE
No. 2:22-cv-01282-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500