The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

No.      2:22-cv-01282-JLR

*In Re: Zillow Group, Inc. Session Replay Software Litigation,*

This Document Refers to: All Actions

**ZILLOW GROUP, INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT**

NOTE ON MOTION CALENDAR: SEPTEMBER 8, 2023

ORAL ARGUMENT REQUESTED

# **TABLE OF CONTENTS**

INTRODUCTION ................................................................................................................ 1

ARGUMENT ..................................................................................................................... 1

I.      PLAINTIFFS FAIL TO SATISFY RULE 8. ........................................................... 1

II.     PLAINTIFFS' WIRETAPPING CLAIMS FAIL. ..................................................... 3

      A.      The Washington Claim (Count I) Fails. ............................................. 3

            1.      Plaintiffs Consented To Zillow's Terms And Conditions. ..................... 4

            2.      There Were No Private Communications. ............................................... 5

            3.      Plaintiffs Did Not Allege Zillow Recorded Communications. .............. 5

            4.      Plaintiffs Allege No Facts Supporting Their Purported Damages. ........ 6

      B.      The Pennsylvania Claim (Count III) Fails. ......................................... 7

      C.      The Illinois Claim (Count V) Fails. ................................................... 10

      D.      The Missouri Claim (Count VIII) Fails. ............................................. 11

      E.      The California Claim (Count XI) Fails. .............................................. 12

            1.      Plaintiff Did Not Allege Zillow Aided and Abetted Microsoft. ........... 12

            2.      Zillow Did Not Intercept A Private Electronic Communication In Transit. ................................................................................................... 13

III.    PLAINTIFFS' COMMON LAW CLAIMS FAIL. ..................................................... 14

      A.      Plaintiffs Fail To Allege Zillow Engaged In "Highly Offensive" Conduct. ............................................................................................. 14

IV.    PLAINTIFFS' CONSUMER FRAUD CLAIMS FAIL. ............................................. 15

      A.      The Illinois Claim (Count VI) Fails. ................................................. 15

      B.      The Missouri Claim (Count IX) Fails. .............................................. 16

CONCLUSION ................................................................................................................ 17

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO
DISMISS – Page i
No. 2:22-cv-01282-JLR

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## <u>TABLE OF AUTHORITIES</u>

**Cases**                                                                                             **Page(s)**

*Allen v. Quicken Loans Inc.*,
    2018 WL 5874088 (D.N.J. Nov. 9, 2018) ............................................................................11

*Beldrock v. Microsoft Corp.*,
    No. 2:22-cv-01082-JLR, Dkt. 71 (W.D. Wash. Apr. 24, 2023) ...........................................2

*Busse v. Motorola, Inc.*,
    813 N.E.2d 1013 (Ill. App. Ct. 2004) ................................................................................15

*Caldwell v. Boeing Co.*,
    2018 WL 2113980 (W.D. Wash. May 8, 2018) ................................................................6-7

*Cook v. GameStop, Inc.*,
    2023 WL 5529772 (W.D. Pa. Aug. 28, 2023) ............................................................. *passim*

*In re DoubleClick Inc. Priv. Litig.*,
    154 F. Supp. 2d 497 (S.D.N.Y. 2001) ...............................................................................11

*Fabbrini v. City of Dunsmuir*,
    544 F. Supp. 2d 1044 (E.D. Cal. 2008) ................................................................................3

*In re Facebook, Inc. Internet Tracking Litig.*,
    956 F.3d 589 (9th Cir. 2020) .............................................................................................14

*Garcia v. Build.com, Inc.*,
    2023 WL 4535531 (S.D. Cal. July 13, 2023) .......................................................................3

*Goldstein v. Costco Wholesale Corp.*,
    559 F. Supp. 3d 1318 (S.D. Fla. 2021) ............................................................................8, 9

*In re Google Inc. Cookie Placement Consumer Privacy Litig.*,
    806 F.3d 125 (3d Cir. 2015) ...........................................................................................8, 14

*In re Google Location Hist. Litig.*,
    514 F. Supp. 3d 1147 (N.D. Cal. 2021) .............................................................................14

*Grant Cnty. Fire Prot. Dist. No. 5 v. City of Moses Lake*,
    83 P.3d 419 (Wash. 2004) ....................................................................................................7

*In re Hopper*,
    4 Wash. App. 2d 838 (Wash. Ct. App. 2018).......................................................................5

*Jackson v. Charlie's Chevrolet, Inc.*,
    664 S.W.2d 675 (Mo. App. 1984) ......................................................................................16

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO
DISMISS – Page ii
No. 2:22-cv-01282-JLR

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

*Katz-Lacabe v. Oracle Am., Inc.*,
   2023 WL 2838118 (N.D. Cal. Apr. 6, 2023) ........................................................................11

*Lightoller v. Jetblue Airways Corp.*,
   2023 WL 3963823 (S.D. Cal. June 12, 2023) ........................................................................7

*Mayhall v. Amazon Web Servs. Inc.*,
   2022 WL 2718091 (W.D. Wash. May 24, 2022) (R. & R. adopted, 2023 WL
   2728292 (W.D. Wash. Mar. 31, 2023)) ..........................................................................2, 3

*McCarthy v. Amazon.com, Inc.*,
   No. 2:23-cv-00263-JLR, Dkt. 60 (W.D. Wash. June 27, 2023) ............................................17

*McCoy v. Alphabet*,
   2021 WL 405816 (N.D. Cal. Feb. 2, 2021) ............................................................................4

*McKee v. Gen. Motors Co.*,
   601 F. Supp. 3d 901 (W.D. Wash. 2022) ..............................................................................7

*In re Nickelodeon Consumer Priv. Litig.*,
   827 F.3d 262 (3d Cir. 2016) ........................................................................................11, 14

*Nordstrom, Inc. v. Tampourlos*,
   733 P.2d 208 (Wash. 1987) ....................................................................................................6

*Popa v. Harriet Carter Gifts, Inc.*,
   426 F. Supp. 3d 108 (W.D. Pa. 2019) ..............................................................................7, 15

*Revitch v. New Moosejaw, LLC*,
   2019 WL 5485330 (N.D. Cal. Oct. 23, 2019) ........................................................................9

*Rockford Mem'l Hosp. v. Havrilesko*,
   368 Ill. App. 3d 115, 858 N.E.2d 56 (Ill. App. Ct. 2006) ....................................................16

*Rodriguez v. Google LLC*,
   2022 WL 214552 (N.D. Cal. Jan. 25, 2022) ........................................................................13

*Russo v. Microsoft Corp.*,
   2021 WL 2688850 (N.D. Cal. June 30, 2021) ........................................................................7

*Savetsky v. Pre-Paid Legal Servs., Inc.*,
   2015 WL 604767 (N.D. Cal. Feb. 12, 2015) ..........................................................................4

*Straubmuller v. Jetblue Airways Corp.*,
   2023 WL 5671615 (D. Md. Sept. 1, 2023) ..............................................................................7

*Vanzant v. Hill's Pet Nutrition, Inc.*,
   934 F.3d 730 (7th Cir. 2019) ................................................................................................16

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO
DISMISS – Page iii
No. 2:22-cv-01282-JLR

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

*Vasil v. Kiip, Inc.*,
    2018 WL 1156328 (N.D. Ill. Mar. 5, 2018) ...........................................................10

*Williams v. DDR Medica, LLC, et al.*,
    2023 WL 5352896 (N.D. Cal. Aug. 18, 2023) ....................................................14

*In re Zynga Priv. Litig.*,
    750 F.3d 1098 (9th Cir. 2014) ...........................................................................8

**Statutes**

18 Pa. C.S. § 5702 ...................................................................................................8, 9

18 U.S.C. § 2510 ......................................................................................................8, 9

Cal. Penal Code § 631 ............................................................................................9, 12

Mo. Ann. Stat. § 407.025.1 ......................................................................................16

**Other Authorities**

Mark Huffner, *Is 'session replay software' a privacy threat or just improving
    your web experience*, Consumer Affairs (Oct. 25, 2022),
    https://www.consumeraffairs.com/news/is-session-replay-software-a-
    privacy-threat-or-just-improving-your-web-experience-102522.html ...................5

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

### INTRODUCTION

Plaintiffs' Opposition does not refute any of the proof put forth by Zillow that the Amended Complaint is comprised of nothing more than bald legal conclusions and generalities. It does not explain why the Amended Complaint focuses on how Microsoft's Clarity software *could* theoretically operate, rather than pleading facts concerning Zillow's alleged use of Clarity during Plaintiffs' website visits.  It does not address Zillow's argument that, by Plaintiffs' concessions in their Amended Complaint, Washington law applies to all of their claims.  And it does not address the numerous cases Zillow has cited that foreclose those claims.

What Plaintiffs' Opposition does instead is advance internally inconsistent arguments, cast about mischaracterizations of the Amended Complaint and the law, and rely upon readily distinguishable and inapposite cases.

The Amended Complaint does not satisfy Rule 8 by plausibly alleging wiretapping or state law tort claims, let alone satisfy Rule 9(b)'s standard for consumer fraud claims.  Plaintiffs' attempt to use their Opposition to amend the insufficient Amended Complaint is also improper and unavailing.  Amendment would be futile, and the Federal Rules compel dismissal with prejudice.

### ARGUMENT

### I.    PLAINTIFFS FAIL TO SATISFY RULE 8.

Zillow's Motion demonstrates that the Amended Complaint lacks factual allegations about *Zillow's actual use* (if any) of session replay code.  Rather than address this deficiency in the Opposition, Plaintiffs instead insist the Amended Complaint does contain detailed allegations that Zillow "implanted" session replay code on Plaintiffs' browsers without their consent.  (Opp. at 3-4.)  But insisting does not make it so.

The Court need not take Zillow's word for it.  The Opposition's citations to the Amended Complaint speak for themselves:

- Paragraph 35 describes how session replay code *generally* operates but does not mention Plaintiffs or Zillow.

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO
DISMISS – Page 1
No. 2:22-cv-01282-JLR

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

- Paragraphs 60 and 68 describe how Microsoft's Clarity *may* operate but does not mention Plaintiffs or Zillow.

- Paragraphs 81 and 82 conclude, without factual support, that Zillow used Microsoft's session replay code on its website, "captured" Plaintiffs' communications, "sent [the communications] to various Session Replay Providers", and allowed Microsoft "obtain certain information about [Plaintiffs'] devices…"

- Paragraphs 83, 84, and 85 are three unidentified, undated screenshots purporting to be examples of Zillow's use of session replay code. The allegations do not state what page or subpage of Zillow's website they purportedly capture. Most importantly, the screenshots do not bear any relation to *Plaintiffs' interactions with Zillow's website*.

- Paragraph 96, premised on the unidentified images in paragraphs 84 and 85, concludes that Plaintiffs did not consent to "Defendants' interception of their Website Communications…"

These generalized and conclusory allegations "are insufficient, without more, to raise Plaintiffs' claim[s] above the level of speculation and into plausibility." *Beldrock v. Microsoft Corp.*, No. 2:22-cv-01082-JLR, Dkt. 71, at *8 (W.D. Wash. Apr. 24, 2023) (Robart, J.); *see Cook v. GameStop, Inc.*, 2023 WL 5529772, at *7 (W.D. Pa. Aug. 28, 2023) (dismissing WESCA claim since "[i]t's not enough for [plaintiff] to allege the potential capabilities of the Session Replay Code. Rather, she needed to allege that [defendant], in fact, harnessed the capabilities she describes, and it had the result of capturing the contents of specific communications.").

Compounding this error, the Amended Complaint improperly uses group pleading. "A complaint which lumps together [two] defendants in one broad allegation generally fails to satisfy the notice requirement of Rule 8(a)(2)." *Mayhall v. Amazon Web Servs. Inc.*, 2022 WL 2718091, at *5 (W.D. Wash. May 24, 2022) (R. & R. adopted, 2023 WL 2728292 (W.D. Wash. Mar. 31, 2023)) (citation omitted). Plaintiffs' retort that they have given Zillow "fair notice" of the claims against it is incorrect. (Opp. at 4.) For example, while Plaintiffs argue in their Opposition that Zillow and Microsoft "are alleged to be entities who acted in concert in their wrongful conduct," (Opp. at 4), no such allegation appears in the Amended Complaint. (*See, e.g.*, Am. Compl. at ¶ 277 ("At all relevant times to this complaint, Defendants intercepted components of Plaintiff's…private electronic communications and transmissions when Plaintiff…accessed

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS – Page 2
No. 2:22-cv-01282-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Zillow's website…").)[1]  Even if Plaintiffs had pled concerted activity in the Amended Complaint, it would be an insufficient legal conclusion.

Similarly, only Counts I, VIII, and IX identify the defendants against which those the claims are asserted.  (*See* Am. Compl. at ¶¶ 120, 230-31, 246-47.)  The remaining Counts fail to identify against whom they are asserted.  They instead sometimes plead against "Defendants" (*see* Counts II, VII, X, and XI) and sometimes against "Zillow" (*see* Counts III, IV, V, and VI). This deficient pleading practice is unlike *Mayhall* – where the two defendants were alleged to be jointly owned, shared servers and infrastructure, and were represented by the same counsel (none of which is alleged, or even true, here) – and it fails to give notice of the claims Plaintiffs specifically assert against Zillow.

Last, this Court should reject Plaintiffs' procedurally improper and substantively futile attempts to amend the Amended Complaint through their Opposition.  *See Fabbrini v. City of Dunsmuir*, 544 F. Supp. 2d 1044, 1050 (E.D. Cal. 2008) (citing *Car Carriers, Inc. v. Ford Motor Co.*, 745 F.2d 1101, 1107 (7th Cir. 1984) ("[I]t is axiomatic that the complaint may not be amended by the briefs in opposition to a motion to dismiss.")).  Plaintiffs' improper attempts to amend through their Opposition, even if taken at face value, are nothing more than irrelevant legal conclusions.  Dismissal with prejudice should follow.

## II.     PLAINTIFFS' WIRETAPPING CLAIMS FAIL.

### A.     The Washington Claim (Count I) Fails.

Plaintiffs' WPA claim fails for at least four reasons: (i) Plaintiffs consented to Zillow's Terms and Conditions;[2] (ii) Plaintiffs have not sufficiently alleged a private communication; (iii)

---

[1]     This allegation does not put Zillow on notice of Plaintiff Kauffman's California wiretapping claim.  This allegation does not assist Plaintiffs because it points to Zillow's own conduct, and, at best, suggests that Zillow employs a third-party software service as a tool to record its own data, which is not actionable under California law.  *See Garcia v. Build.com, Inc.*, 2023 WL 4535531, at *5 (S.D. Cal. July 13, 2023) (citations omitted).

[2]     Plaintiffs' motion to strike Zillow's current Terms of Use and Privacy Policy is baseless. Zillow's current Terms of Use and Privacy Policy are applicable because of Plaintiffs' own reference to and reliance upon them in the Amended Complaint (*see* Am. Compl. at ¶¶ 18, 98, 113).  In any event, the same substantive information is contained in the previous Terms of Use

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO
DISMISS – Page 3
No. 2:22-cv-01282-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

to the extent there were private communications, Plaintiffs have not sufficiently alleged Zillow intercepted them; and (iv) Plaintiffs have not sufficiently alleged they suffered any purported injury.  (*See* MTD at 9-16.)

### 1.    Plaintiffs Consented To Zillow's Terms And Conditions.

Plaintiffs argue they did not consent to the use of session replay software because it was disclosed in a "privacy policy tucked away at the bottom of Zillow's website[.]" (Opp. at 9 citing *Savetsky v. Pre-Paid Legal Servs., Inc.*, 2015 WL 604767, at *3 (N.D. Cal. Feb. 12, 2015).)  But the case upon which Plaintiffs rely, *Savetsky*, involved the enforcement of an arbitration agreement contained in a hyperlinked page titled "Learn More."  *Id.* at *4.  The plaintiff there was not presented with the terms and conditions that contained the arbitration provision until *after* purchasing the defendant's services.  *Id.*  *Savetsky* held the plaintiff could not be on inquiry notice where the terms at issue were not located on the defendant's website.  *Id.* at *5.

By contrast, Plaintiffs' admitted and continued use of the Zillow website, allegedly over multiple years, evinces their implied consent to Zillow's Terms of Use and Privacy Policy.  Plaintiffs themselves allege and admit that they expressly **relied** on Zillow's Terms of Use.  (*See, e.g.*, Am. Compl. at ¶ 250 ("Plaintiffs…accepted that offer by…relying on the Terms of Use of [Zillow's] Website."); *see* MTD at 13-14.)  Unlike *Savetsky*, Zillow is not seeking to enforce an arbitration agreement which would waive Plaintiffs' Seventh Amendment rights.  Rather, it is asking this Court to enforce the very policy upon which Plaintiffs admittedly relied.  (*See* MTD at 4, 11, 14; *see also* Exhibit A; Exhibit B; Exhibit C; Exhibit D.)

---

and Privacy Policy Plaintiffs submitted.  (*Compare* Exhibit A (Terms of Use updated September 23, 2023), *with* Exhibit B (Terms of Use updated January 12, 2021); *compare* Exhibit C (Privacy Policy effective January 2023), *with* Exhibit D (Privacy Policy effective March 7, 2022).)  It is just presented in a slightly different format.  (*Id.*)  As Plaintiffs concede, the current Terms of Use and Privacy Policy are integral to Plaintiffs' claims and are incorporated by reference into the Amended Complaint.  *See McCoy v. Alphabet*, 2021 WL 405816, at *2 (N.D. Cal. Feb. 2, 2021).

## 2.  There Were No Private Communications.

Plaintiffs are adamant they have sufficiently alleged their "communications with Zillow were private and are protected under the WPA." (Opp. at 6.)  Yet, once again, the cited paragraphs of the Amended Complaint tell a different story:

- Paragraph 28 refers to a May 2020 publication that Plaintiffs describe as indicating "that most website visitors will assume their detailed interactions will be used only by the website and will not be shared with a party they know nothing about." Neither the paragraph nor the publication refers to Plaintiffs or Zillow.

- Paragraph 29 refers to undated "privacy polls and studies" without a source and does not mention Plaintiffs or Zillow.

- Paragraph 30 refers to a May 2017 publication on ConsumerReports.org and does not mention Plaintiffs or Zillow.

- Paragraph 31 refers to a November 2019 Pew Research Center study and does not mention Plaintiffs or Zillow.

- Paragraph 32 refers to a May 2021 wired.co.uk article related to Apple iPhone users and does not mention Plaintiffs or Zillow.

- Paragraph 48 contains a quotation from an alleged data privacy and compliance solutions professional related to session replay code but does not mention Plaintiffs or Zillow.[3]

These allegations contain no facts which "manifest a subjective intention" that Plaintiffs' alleged communications with Zillow would be private or that their alleged expectation of privacy "is reasonable based on the duration and subject matter of the communication, the location of the communication, and the presence of potential third parties." *See In re Hopper*, 4 Wash. App. 2d 838, 845 (Wash. Ct. App. 2018) (citations omitted).

## 3.  Plaintiffs Did Not Allege Zillow Recorded Communications.

While Plaintiffs correctly contend that the WPA applies to improper recording of communications, they again ask this Court to allow their procedurally futile attempt to amend

---

[3]  In addition to Plaintiffs' cherry-picked quotations, the article referenced in Paragraph 48 states that the use of session replay code "is likely fully legal[.]" Mark Huffner, *Is 'session replay software' a privacy threat or just improving your web experience*, Consumer Affairs (Oct. 25, 2022), https://www.consumeraffairs.com/news/is-session-replay-software-a-privacy-threat-or-just-improving-your-web-experience-102522.html. The article also quotes another privacy advocate who stated that "session replay was mainly used for troubleshooting and diagnostics. It's useful for finding chokepoints where users are getting stuck or confused." *Id.*

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS – Page 5
No. 2:22-cv-01282-JLR

**Savitt Bruce & Willey llp**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

through their Opposition.   The Opposition claims that "Plaintiffs alleged that Clarity was recording communications between them and Zillow."  (Opp. at 9.)  Yet neither this allegation – nor any facts supporting it – appear in the Amended Complaint.  (*See* Am. Compl. at ¶¶ 116-27.) Rather, the Amended Complaint only contains the legal conclusion that Plaintiffs' "intercepted Website Communications constitute 'private communications' within the meaning of the [WPA]."  (Am. Compl. at ¶ 122.)

Plaintiffs' fact-free assertion that a recording took place – whether stated in the Opposition or in a subsequent pleading – is wholly insufficient under Rule 8.  Plaintiffs have filed eight separate complaints and a Consolidated Amended Complaint.  If they had facts supporting these allegations, they would have raised them by now.

### 4.       Plaintiffs Allege No Facts Supporting Their Purported Damages.

Plaintiffs' argument concerning damages attempts to switch the standard by which they should be measured.  Zillow's Motion demonstrates that Plaintiffs have not sufficiently alleged they suffered concrete injuries as the WPA requires.  In response, the Opposition discusses a different statute, the Washington Consumer Protection Act ("WCPA") and, once again, relies upon conclusory allegations.  Under either standard, Plaintiffs' claim of damages is insufficient.

The WCPA provides for nonquantifiable injuries because, unlike the WPA, "the act allows for injunctive relief, clearly implying that injury without monetary damages will suffice."  *See Nordstrom, Inc. v. Tampourlos*, 733 P.2d 208, 211 (Wash. 1987); *compare* RCW 19.86.090 (permitting claimant alleging violations of WCPA to "bring a civil action…to enjoin further violations"), *with* RCW 9.73.060 (permitting claimant alleging violations of WPA to bring a civil action alleging injuries to "his or her business, his or her person [including mental pain or suffering], or his or her reputation.").

Plaintiffs, however, cannot even satisfy the irrelevant WCPA standard permitting nonquantifiable injuries because they only rely upon generalized, fact-free, and conclusory statements of mental and emotional harm.  (*See, e.g.*, Am. Compl. at ¶ 138.)  Conclusory allegations that a plaintiff "suffered humiliation, mental anguish, emotional, and physical

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS – Page 6
No. 2:22-cv-01282-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

distress" are insufficient (*see* MTD at 14-17), and "[t]he court need not accept these generalized allegations as true." *Caldwell v. Boeing Co.*, 2018 WL 2113980, at *10 (W.D. Wash. May 8, 2018); *see also Russo v. Microsoft Corp.*, 2021 WL 2688850, at *3 (N.D. Cal. June 30, 2021) (dismissing WPA claim because plaintiff failed to allege a concrete injury, noting the alleged injuries were "generically stated" and "far too sparse and conclusory to make the claim of personal injury plausible."); *Cook*, 2023 WL 5529772 at *3-6 (same as to WESCA); *Straubmuller v. Jetblue Airways Corp.*, 2023 WL 5671615 (D. Md. Sept. 1, 2023) (same as to Maryland's wiretapping law); *Lightoller v. Jetblue Airways Corp.*, 2023 WL 3963823 (S.D. Cal. June 12, 2023) (same as to CIPA).[4]

Further, while Plaintiffs now claim they purportedly have "concerns" about electronic privacy (Opp. at 11), "even well-founded concern is not enough to give rise to tort liability.  Such liability requires conduct that may outrage or cause mental suffering, shame or humiliation to a person of ordinary sensibilities." *Popa v. Harriet Carter Gifts, Inc.*, 426 F. Supp. 3d 108, 122-23 (W.D. Pa. 2019).  Similarly, Plaintiffs' claimed "economic damages" – deprivation "of the economic value of [Plaintiffs'] interactions with Zillow's website" (Am. Compl. at ¶¶ 106, 138, 140; Opp. at 11) – are "only a potential injury that may or may not occur at some unknown point in the future." *See McKee v. Gen. Motors Co.*, 601 F. Supp. 3d 901, 909 (W.D. Wash. 2022).  This is insufficient as a matter of law. *Id.*

## B.     The Pennsylvania Claim (Count III) Fails.[5]

Plaintiffs Popa and Huber argue their Pennsylvania claim survives because the Amended Complaint describes the interception of the "contents" of the alleged communications.  (Opp. at 11-13.)  In support of this argument, these plaintiffs incorrectly rely upon readily distinguishable

---

[4]     Washington courts similarly require plaintiffs assert an "injury in fact" to satisfy standing requirements, with "substantial rather than speculative or abstract" allegations. *Grant Cnty. Fire Prot. Dist. No. 5 v. City of Moses Lake*, 83 P.3d 419, 423 (Wash. 2004).

[5]     Plaintiffs Popa and Huber do not dispute that Washington law applies.  (*See* MTD at 16; Opp. at 11-13.)

cases to argue that the information they allegedly entered into form fields on Zillow's website was "content."[6]

WESCA defines "intercept" the same as the Federal Wiretap Act: the "[a]ural or other acquisition of the contents of any wire, electronic or oral communication through the use of any electronic, mechanical or other device."  18 U.S.C. § 2510(4); 18 Pa. C.S. § 5702.  Similarly, courts interpreting the meaning of "contents" in WESCA and the Federal Wiretap Act distinguish between "a record or other information pertaining to a ... customer" – "record information" – and the contents – *i.e.*, "substance, purport, or meaning" – of the communication itself.  *In re Zynga Priv. Litig.*, 750 F.3d 1098, 1106 (9th Cir. 2014); *see also* 18 Pa. C.S. § 5702.

Critically, "'[c]ontents' does *not* include record information."  *In re Zynga*, 750 F.3d at 1106 (emphasis added).  In *Google Inc. Cookie Placement Consumer Privacy Litig.*, the Third Circuit refused to "make a global determination as to what is content, and why, in the context of queried URLs", in part because of the "rapid pace of change associated with the delivery of modern communications[.]"  806 F.3d 125, 139 n.50 (3d Cir. 2015) (citations omitted).

The alleged "communications" of mouse movements, finger swipes, keystrokes, and URLs are simply "routing functions" completed in order to search Zillow's website.  *See Google Cookie*, 806 F.3d at 137; *Cook,* 2023 WL 5529772 at *8 ("these movements and clicks literally constitute a record of [plaintiff's] movements within a digital space.").  Said another way, the alleged communications – names, physical addresses, and email addresses – are "record information" that do not contain the substance, purport, or meaning of the alleged communication itself.  *See In re Zynga*, 750 F.3d at 1106; *see also Goldstein v. Costco Wholesale Corp.*, 559 F. Supp. 3d 1318, 1321 (S.D. Fla. 2021) ("Defendant's recordings of Plaintiff's movements on

---

[6]    Plaintiffs Popa and Huber incorrectly claim *Google Cookie* supports delaying the inquiry into whether the contents of the communications were intercepted at the motion to dismiss stage.  (Opp. at 13.)  In *Google Cookie*, the Third Circuit robustly analyzed a complaint to determine whether it adequately alleged the collection of the content of the communication within the Federal Wiretap Act.  806 F.3d at 135-39.  The court denied defendants' motion to dismiss because "the complaint plead[ed] a broad scheme…[which], if it operated as alleged, involved the collection of at least some 'content' within the meaning of the [Federal] Wiretap Act."  *Id.* at 139.  That is not the case here.

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Defendant's website had no contents because they did not convey the substance of any particular communication by Plaintiff.").

Plaintiffs argue that courts in the Ninth Circuit have rejected the analysis in *Goldstein v. Costco Wholesale Corp.*, which held that session replay code does not capture contents of communications, but rather, captures "the cyber analog" of record information, which may be "obtained through a security camera at a brick-and-mortar store[.]"  559 F. Supp. 3d at 1321-22; *see Cook*, 2023 WL 5529772 at *5, *8 (quoting *Goldstein*, 559 F. Supp. 3d at 1321).  Plaintiffs' argument misses the point.  The only case which Plaintiffs rely upon, *Revitch v. New Moosejaw, LLC*, 2019 WL 5485330 (N.D. Cal. Oct. 23, 2019), pre-dates *Goldstein* and analyzes CIPA, which is substantively different from WESCA, the Federal Wiretap Act, and the Florida statute analyzed in *Goldstein*.  Moreover, unlike those statutes, CIPA does *not* require the contents of a communication be intercepted, just that an actor *attempt to intercept* the contents.  *Compare* Cal. Penal Code § 631(a), *with* 18 Pa. C.S. § 5702, *and* 18 U.S.C. § 2510(4).  Thus, while the *Revitch* court used the brick-and-mortar analogy to find a communication existed, the *Goldstein* court used the analogy to find no *contents of a communication* had been intercepted.  *Compare* 2019 WL 5485330 at *1, *with* 559 F. Supp. 3d at 1321; *see also Cook,* 2023 WL 5529772 at *5.

In addition, and as with their other claims, Plaintiffs' citations to the Amended Complaint do not support their argument that "Session Replay Code captured detailed information about Plaintiffs' browsing habits for homes for sale along with detailed personal and financial information…." (Opp. at 12):

- Paragraph 42 refers to a hypothetical user's interactions with session replay code generally and does not mention Plaintiffs or Zillow.

- Paragraph 73 refers to Plaintiff Huber's general alleged use of Zillow.com between 2019 and the present.  Aside from conclusory statements that Plaintiff Huber "substantively engaged with Zillow's website to browse homes available for purchase, update her housing information," and enter various material, the allegation does not identify what pages and/or subpages Plaintiff Huber visited, whether she had a registered account with Zillow.com, whether she submitted the information she allegedly entered, or what "questionnaires" she completed.

- Paragraph 75 refers to Plaintiff Popa's general alleged use of Zillow.com throughout 2022.  Aside from the conclusory statement that Plaintiff Popa

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO
DISMISS – Page 9
No. 2:22-cv-01282-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

"substantively engaged with Zillow's website and has entered personal and financial information," she does not identify what pages and/or subpages she visited, whether she had a registered account with Zillow.com, the purpose of her visiting Zillow's website, or whether she submitted the information she allegedly entered into unidentified "text fields."

- Paragraph 84 refers to an unidentified screenshot that allegedly shows the application of session replay code of an unidentified website visitor on an unidentified date.

Because these allegations do not support Plaintiffs' conclusory statements that the "contents" of alleged communications were intercepted, Plaintiffs' WESCA claim fails, amendment would be futile, and this Court should dismiss it with prejudice. *See also Cook,* 2023 WL 5529772 at *7.

## C.      The Illinois Claim (Count V) Fails.[7]

Plaintiff Strelzin argues she has stated a claim for violation of the Illinois Eavesdropping Act because she alleges Zillow improperly intercepted her electronic communications with Zillow's website, but that Zillow "was not a party to Plaintiffs' alleged communications" (Opp. at 14). This internally inconsistent argument requires this Court to ignore Plaintiffs' claim that Zillow *was* a party, as stated elsewhere in the Opposition (*see, e.g.*, Opp. at 18, n.5 ("Plaintiff does not dispute that Zillow is a party to the communication.")) and in the Amended Complaint (*see, e.g.*, Am. Compl. at ¶ 185).

Plaintiff's reliance upon *Vasil v. Kiip, Inc.*, 2018 WL 1156328 (N.D. Ill. Mar. 5, 2018), is similarly unavailing. There, plaintiffs alleged defendant captured data when they were not using defendant's app. 2018 WL 1156328 at *6. The *Vasil* court agreed and held that defendant was not a party to the communication because it was an unintended recipient of the communication at a time when plaintiff was not using defendant's services. *Id.*

In stark contrast, Plaintiff Strelzin alleges (in conclusory terms) that Zillow captured data at the same time she was using Zillow's website. She therefore cannot allege that Zillow was an unintended recipient. In fact, Plaintiff Strelzin alleges that "Zillow intentionally operated and

---

[7]    Plaintiff Strelzin does not dispute that Washington law applies. (*See* MTD at 18-19; Opp. at 13-15.)

employed Session Replay Code on its website to spy on, automatically and secretly, and intercept its website visitors' private electronic interactions [and] communications with Zillow in real time." (Am. Compl. at ¶ 185.)

### D.    The Missouri Claim (Count VIII) Fails.[8]

The Adams Plaintiffs incorrectly argue that the crime-tort exception applies to the fatal one-party consent element of the MWA because Zillow allegedly violated the MMPA and Missouri's common law invasion of privacy tort.  (Opp. at 15.)  The crime-tort exception does not apply here because, as explained below at Sections III and IV.B., Plaintiffs have not adequately pled a claim for violation of the MMPA or common law invasion of privacy.  *See also Katz-Lacabe v. Oracle Am., Inc.*, 2023 WL 2838118, at *10 (N.D. Cal. Apr. 6, 2023) (dismissing plaintiffs' claim under Federal Wiretap Act (upon which MWA is modeled) because "the crime-tort exception…does not apply to a cause such as this, where Defendant's purpose has plainly not been to perpetuate torts on millions of Internet users, but to make money.") (citations omitted).[9]

Despite conceding that the MWA was modeled after the Federal Wiretap Act (*see* Opp.at 15-16), the Adams Plaintiffs ignore extensive case law dismissing Federal Wiretap Act claims against website owners like Zillow.  *See, e.g.*, *In re Nickelodeon Consumer Priv. Litig.*, 827 F.3d 262, 274 (3d Cir. 2016) ("*Nickelodeon*"); *Allen v. Quicken Loans Inc.*, 2018 WL 5874088, at *4-5 (D.N.J. Nov. 9, 2018); *In re DoubleClick Inc. Priv. Litig.*, 154 F. Supp. 2d 497, 511 (S.D.N.Y. 2001).  Dismissal with prejudice should be granted here as well.

---

[8]    The Adams Plaintiffs do not provide any support for their claim they "have [not] conceded that Washington law applies[.]," (*See* Opp. at 15 n.4.), which is inconsistent with both the Amended Complaint and the Opposition.

[9]    Plaintiffs allege "Defendants profited from their invasion of Plaintiffs [*sic*] and the Nationwide Class members' privacy in its [*sic*] use of their data for its [*sic*] economic value." Am. Comp. ¶141; *see also* ¶¶ 170 (same, as to Zillow only), 217 (same), 273.  These are unsupported, conclusory allegations which this Court should ignore.

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS – Page 11
No. 2:22-cv-01282-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

E.      **The California Claim (Count XI) Fails.**[10]

1.      **Plaintiff Did Not Allege Zillow Aided and Abetted Microsoft.**

Plaintiff Kauffman argues that Zillow "mischaracterizes [his] allegations" because he alleges that "Zillow is liable under CIPA…for aiding and abetting Microsoft and other Session Replay Code Providers…in violation of the fourth clause [of CIPA.]"  (Opp. at 17-18.)   What Plaintiff Kauffman fails to acknowledge is that he did not plead an aiding and abetting claim in the Amended Complaint.

Count XI lacks any allegations that Zillow "aid[ed], agree[ed] with, employ[ed] or conspire[d] with any person or persons to unlawfully do, or permit, or cause to be done any of the acts or things mentioned" in Cal. Penal Code § 631(a).  Plaintiff Kauffman only alleges that "Defendants intercepted components of Plaintiff's … private electronic communications and transmissions when Plaintiff and other Subclass Members accessed Zillow's website within the State of California."  (Am. Compl. at ¶ 277; *see also* Am. Compl. at ¶¶ 289-90.)   Plaintiff Kauffman's citations to the Amended Complaint (Opp. at 18) are similarly inactionable:

- Paragraphs 1 and 2 are Plaintiffs' introductory paragraphs that include conclusory statements describing the alleged conduct giving rise to the litigation.

- Paragraph 28 refers to a May 26, 2020 publication that Plaintiffs describe as a paper which "indicates that most website visitors will assume their detailed interactions will be used only by the website and will not be shared with a party they know nothing about."  Neither the paragraph nor the publication mentions Plaintiffs, Zillow, or Microsoft.

- Paragraph 35 refers to a general description of how session replay code "typically" works.  This paragraph does not mention Plaintiffs or Zillow.

- Paragraph 55 refers to a conclusory statement that Zillow "embeds various Session Replay Codes from Microsoft and other Session Replay Providers on its website to track and analyze website user interactions with Zillow's website."

- Paragraph 66 refers to a general description of how Microsoft's Clarity may be embedded on a website, citing to a document from Microsoft's website.

- Paragraph 70 refers to a conclusory statement that "Zillow's procurement and use of Microsoft Clarity's Session Replay Code… to collect Plaintiffs' and the

---

[10]    Plaintiff Kauffman does not dispute that Washington law applies.  (*See* MTD at 21-22; Opp. at 17-21.)

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS – Page 12
No. 2:22-cv-01282-JLR

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Classes' Website Communications[] constitutes wiretapping in violation of Washington statutory and common law as well as other states' statutory and common law."

- Paragraph 85 refers to an unidentified screenshot that allegedly shows the application of session replay code within 30 milliseconds of an unidentified website visitor on an unidentified date.

- Paragraph 88 refers to a conclusory statement related to the putative class members' visits to Zillow's website.

As his own conclusory allegations demonstrate, Plaintiff Kauffman has not pled any facts demonstrating that Zillow aided and abetted Microsoft's alleged violation of CIPA.  If such facts existed, he surely would have offered them by now.

### 2. Zillow Did Not Intercept A Private Electronic Communication In Transit.

Plaintiff Kauffman also argues that the Amended Complaint sufficiently alleges that "Session Replay Code intercepted Plaintiff's website communications in 'real time.'"  (Opp. at 20.)  Again, the paragraphs Plaintiff Kauffman relies upon do not support his argument:

- Paragraph 61 refers to how Microsoft's Clarity *may be* used, relying on a January 19, 2022 publication.  The paragraph does not mention Plaintiff Kauffman or Zillow.

- Paragraph 81 is a conclusory statement that "Zillow procures and embeds Microsoft's Session Replay Code on its website.  Plaintiffs' Website Communications were captured automatically and instantaneously by Microsoft's Session Replay Code and sent to various Session Replay Providers."

- Paragraph 85 refers to an unidentified screenshot that allegedly shows the application of session replay code within 30 milliseconds of an unidentified website visitor on an unidentified date.  It does not mention Plaintiff Kauffman.

- Paragraph 96 is a conclusory statement that "Plaintiffs and Class Members did not provide prior consent to Defendants' interception of their Website Communications, nor could they, as the interception begins immediately upon arriving at Zillow's website."

None of these conclusory statements supports Plaintiff Kauffman's argument that Zillow intercepted his unidentified communications.  (*See* MTD at 24.)  *See also Rodriguez v. Google LLC*, 2022 WL 214552, at *2 (N.D. Cal. Jan. 25, 2022) ("Using the word 'intercept' repeatedly is simply not enough without the addition of specific facts that make it plausible [the defendant]

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS – Page 13
No. 2:22-cv-01282-JLR

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

is intercepting their data in transit.").  Without facts pled in support, Rule 8 compels dismissal with prejudice.

## III.    PLAINTIFFS' COMMON LAW CLAIMS FAIL.

### A.    Plaintiffs Fail To Allege Zillow Engaged In "Highly Offensive" Conduct.

Plaintiffs rely on four inapposite cases to contend that Zillow's alleged conduct was "highly offensive" under Washington, Pennsylvania, Illinois, and Missouri common law, *In re Google Location Hist. Litig.*, 514 F. Supp. 3d 1147 (N.D. Cal. 2021) ("*Google Location*"), *In re Facebook, Inc. Internet Tracking Litig.*, 956 F.3d 589 (9th Cir. 2020) ("*Facebook*")[11], *Nickelodeon*, 827 F.3d 262 (3d Cir. 2016), and *Google Cookie*, 806 F.3d 125 (3d Cir 2015). (Opp. at 21-25.)

*Google Location* and *Google Cookie* involved claims where plaintiffs explicitly denied consent for defendant's actions.  *See Google Location*, 514 F. Supp. 3d at 1147 (allegations that defendant collected and stored location data following plaintiffs turning off defendant's ability to do so were sufficient); *Google Cookie*, 806 F.3d at 151 (allegations that defendant tracked plaintiffs' internet use in contravention of plaintiffs' cookie blockers and in conflict with defendant's representations were sufficient).  Similarly, *Facebook* and *Nickelodeon* involved defendants collecting data despite explicitly representing to the plaintiffs that such data would not be collected.  *See Facebook*, 956 F.3d at 602 (allegations that defendant affirmatively represented specific data would not be collected were sufficient); *Nickelodeon*, 827 F.3d at 294-95 (same).

The Amended Complaint, however, contains *no* allegations that Plaintiffs denied consent for Zillow to allegedly use session replay code on its own website or collected data after Plaintiffs logged off.  Moreover, any allegation that Plaintiffs denied consent requires a complete reversal

---

[11]    Plaintiffs incorrectly rely on *Facebook* for the proposition that the question of whether the alleged invasion of privacy was highly offensive cannot be resolved at the pleadings stage is misplaced.  (*See* Opp. at 24:7-11.)  In *Facebook*, the Ninth Circuit "made a case-specific determination, not a generalized holding that this issue can never be resolved at the pleadings stage."  *Williams v. DDR Medica, LLC, et al.*, 2023 WL 5352896, at *5-6 (N.D. Cal. Aug. 18, 2023).

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS – Page 14
No. 2:22-cv-01282-JLR

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

from their currently pled position that they "relied" on Zillow's Terms of Use (and the Privacy Policy therein).

Plaintiffs also ignore the holding in *Popa v. Harriet Carter Gifts, Inc.*[12] that "[t]he act of collecting Popa's keystrokes, mouse clicks, and PII [name, residential address, and email address] is simply not the type of highly offensive act to which liability can attach." 426 F. Supp. 3d at 122 (dismissing Popa's invasion of privacy claim, which Popa did not appeal); *see also Busse v. Motorola, Inc.*, 813 N.E.2d 1013, 1017-18 (Ill. App. Ct. 2004) ("matters of public records," such as names, addresses, dates of birth, and marital status, are insufficient to maintain a claim for invasion of privacy.). While Plaintiffs may have vague "concerns" about electronic privacy, "even well-founded concern is not enough to give rise to tort liability. Such liability requires conduct that may outrage or cause mental suffering, shame or humiliation to a person of ordinary sensibilities." *Popa*, 426 F. Supp. at 122-23.

Plaintiffs have not stated—nor can they state—invasion of privacy claims under the common law of Washington, Pennsylvania, Illinois, or Missouri, and they should be dismissed with prejudice.

## IV.   PLAINTIFFS' CONSUMER FRAUD CLAIMS FAIL.

### A.   The Illinois Claim (Count VI) Fails.

Plaintiffs argue that their claim for violation of the ICFA does not need to meet the higher pleading standards for fraud because it is premised on an omission that amounts to an unfair business practice. (Opp. at 26.) This argument disregards the Amended Complaint, which alleges both deceptive and unfair practices (Am. Compl. at ¶¶ 201 ("Zillow's concealment, suppression, and omission of material facts…constitutes an unfair and deceptive trade practice in violation of the ICFA."), 203 ("As a direct and proximate result of these unfair and deceptive practices…")).

---

[12]   Plaintiff Popa asserts a claim for invasion of privacy despite knowing since 2019 that it is not actionable. *See Popa v. Harriet Carter Gifts, Inc.*, 426 F. Supp. 3d (W.D. Pa. 2019). That is one of the problems with using the same plaintiff over and over again. (*See* MTD at 3 n.3.)

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS – Page 15
No. 2:22-cv-01282-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

ICFA claims may be premised on allegations of deceptive practices, unfair practices, or both. *Vanzant v. Hill's Pet Nutrition, Inc.*, 934 F.3d 730, 738 (7th Cir. 2019). "These are separate categories; deceptive conduct is distinct from unfair conduct…[and] the two categories have different pleading standards." *Id.* When an ICFA claim alleges deceptive conduct, "Rule 9(b) applies and the plaintiff must plead with particularity the circumstances constituting fraud." *Id.* (citation omitted). "Specifically, the complaint must identify the 'who, what, when, where, and how' of the alleged fraud." *Id.* Further, "an omission or concealment of a material fact in the conduct of trade or commerce constitutes consumer fraud." *Rockford Mem'l Hosp. v. Havrilesko*, 368 Ill. App. 3d 115, 121, 858 N.E.2d 56, 62 (Ill. App. Ct. 2006).

The Amended Complaint alleges that Zillow's practices were both deceptive and unfair. (Am. Compl. at ¶¶ 192-205.) Thus, Plaintiffs' ICFA claim must be pled with the same specificity required of a fraud claim. As the Amended Complaint does not meet the lower pleading requirements of Rule 8, it necessarily falls short of Rule 9(b)'s heightened requirements. (*See* Section I, above; MTD at 7-8.)

### B.    The Missouri Claim (Count IX) Fails.

The Adams Plaintiffs' argument that they have stated a claim for violation of the MMPA ignores that the fact that they have not alleged, and cannot allege, that they "purchase[d] or lease[d] merchandise primarily for personal, family or household purposes." *See* Mo. Ann. Stat. § 407.025.1(1). The MMPA is unambiguous: "A private cause of action is given only to one who purchases and suffers damage. One who attempts to purchase, but who never receives the goods or services nor pays anything of value cannot be said to have suffered damage by reason of any unlawful practice." *Jackson v. Charlie's Chevrolet, Inc.*, 664 S.W.2d 675, 677 (Mo. App. 1984). Plaintiffs' consumer fraud claims cannot be saved by amendment and should be dismissed with prejudice.

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO
DISMISS – Page 16
No. 2:22-cv-01282-JLR

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## CONCLUSION

For all of the foregoing reasons and those set forth in Zillow's Motion, Zillow respectfully requests that this Court grant its Motion and dismiss the Consolidated Amended Complaint in its entirety, and with prejudice.[13]

DATED: September 8, 2023

I certify that this reply memoranda contains 5,794 words, in compliance with the Local Civil Rules and this Court's Order of September 6, 2023.

**SAVITT BRUCE & WILLEY LLP**

By   /s/ James P. Savitt
James P. Savitt, WSBA # 16847
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile:  206.749.0600
Email: jsavitt@sbwllp.com

**BUCHANAN INGERSOLL & ROONEY PC**

Samantha L. Southall (admitted *pro hac vice*)
50 South 16th Street, Suite 3200
Philadelphia, PA  19102
Telephone: 215.665.8700
Facsimile:  215.665.8760
Email: samantha.southall@bipc.com

*Attorneys for Defendant Zillow Group, Inc.*

---

[13]   Plaintiffs summarily request leave to amend (Opp. at 30 n.9.) but do not "state[] what additional facts they would plead if given leave to amend." *McCarthy v. Amazon.com, Inc.*, No. 2:23-cv-00263-JLR, Dkt. 60, at *33 (W.D. Wash. June 27, 2023) (Robart, J.).  As discussed above and evidenced by Plaintiffs' improper attempt to introduce new and conclusory allegations within their Opposition, granting leave to amend would provide Plaintiffs with a fourth opportunity to present factual allegations.  If Plaintiffs' prior papers have not been sufficient, surely further amendment would similarly be futile.

ZILLOW'S REPLY IN SUPPORT OF ITS MOTION TO
DISMISS – Page 17
No. 2:22-cv-01282-JLR

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

# Exhibit A

# Terms of Use

Terms of Use

Updated September 23, 2022

Welcome and thank you for your interest in Zillow and the Zillow family of businesses (Zillow, Inc. and its affiliated brands listed in Section 2, collectively, the "Zillow Companies," "us," "our," or "we"). By clicking a registration or new account submission button, or by otherwise using our websites, networks, mobile applications, or other services provided by the Zillow Companies (collectively, the "Services"), or accessing any content provided by us through the Services, you agree to be bound by the following terms of use, as updated from time to time (the "Terms of Use").

1. The Zillow Companies' Role. The Zillow Companies, and the Services, may assist you in performing the various tasks in a real estate transaction. However, unless explicitly specified by the terms of use for a particular Service (each a "Product's Terms"), THE SERVICES ARE NOT INTENDED TO provide you with any financial, real estate, or related advice of any kind. You understand and agree that the Services may include advertisements. To help make the advertisements relevant and useful to you, the Zillow Companies may serve advertisements based on the information we collect through the Services. See our Privacy Policy for more details.

A. Zillow, Inc. Zillow, Inc. has a real estate broker license in certain states (see Section 21). However, unless provided for in your Product's Terms, Zillow, Inc. assumes no responsibility for any result or consequence related directly or indirectly to any action or inaction that you or any consumer takes based on the Services or any other information available through or in connection with the Services.

2. The Zillow Companies' Brands and Businesses. We operate the following affiliated brands, any use of any of the Services provided by the following affiliated brands is subject to these Terms of Use: (a) Zillow; (b) Trulia; (c) Hotpads; (d) StreetEasy; (e) Out East; (f) Bridge Interactive Group; (g) Zillow Group Marketplace; (h) Mortech; (i) dotloop; (j) Signpost Homes; (k) Zillow Homes; (l) Zillow Closing Services; and (m) Zillow Home Loans. Services offered by each of these companies may be subject to additional terms of use as available on their respective websites, networks, mobile applications, or otherwise.

A. Affiliated Business Relationship Notice: This is to give you notice of business relationships among the following providers. Zillow, Inc. ("ZINC," which operates Zillow.com and promotes Zillow Offers, among other programs); Zillow Group Marketplace, Inc.("ZGMI"); Signpost Homes, Inc. ("Signpost"); Zillow Homes, Inc. ("ZHO"), Zillow Home Loans, LLC ("ZHL"; Zillow Closing Services, LLC ("ZCS"), Zillow Closing Services AZNV, LLC ("ZCS-AZNV") Zillow Closing and Escrow Services CA, Inc ("ZCS CA")and Zillow Closing Services TX, LLC ("ZCS-TX") are affiliated companies and each may refer to you the services of another.  ZINC, ZGMI, Signpost, ZHO, ZHL, ZCS, ZCS-AZNV, ZCS-TX are each indirectly wholly owned by Zillow Group, Inc. through one or more subsidiaries. Because of these relationships, any referrals of you by any of the Zillow Companies may provide the referred company, its direct or indirect parent (including Zillow Group), and our respective employees with a financial or other benefit.

B. Zillow Group Marketplace and Zillow Home Loans.  Except for ZHL, the Zillow Companies do not provide or utilize any information for use in loan-related decisions, and you acknowledge and agree not to use any information obtained from ZGMI or any other Zillow Companies' Services for loan related decisions. If you choose to engage with ZHL, you will be subject to ZHL's separate Product's Terms.  You can find more information about ZHL's mortgage lending services at https://www.zillowhomeloans.com.

3. Eligibility; Accounts and Registration. You must be at least 18 years of age to use the Services. By agreeing to these Terms of Use, you represent and warrant that: (a) you are at least 18 years of age; (b) you have not previously been suspended or removed from the Services; and (c) your registration and your use of the Services complies with all applicable laws and regulations. To access some features of the Services, you may be required to register for an account and agree to a Product's Terms, to the extent applicable to that service, which may be incorporated herein or available on a separate Zillow Companies site.  When you register for an account, you will be asked to provide us with some information about yourself, such as email address, phone number, or other contact information. You agree that the information you provide is accurate and that you will keep it accurate and up to date at all times. When you register, you will be asked to provide a password. You are solely responsible for maintaining the confidentiality of your account and password, and you are responsible for all actions taken via your account. You may not share your user account(s) with others. Unless you have entered into a commercial agreement with us permitting you to use the Services for transactions on behalf of another person, you may use the Services only for transactions on your own behalf.

4. Use of the Services; Restrictions.

A. Use of the Services. As long as you comply with these Terms of Use, we grant you a non-exclusive, limited, revocable, personal, non-transferable license to use the Services, and to download and use any App (as defined in Section 4(B) below) on your mobile device in object code form, for your personal use. If you are a real estate or mortgage professional acting in your professional capacity, you may additionally use the Services to provide information, to the extent permitted by applicable law, to your clients and to take actions on behalf of your clients ("Pro Use"). If you use the Services for a Pro Use, you represent and warrant that you have obtained all required authorizations and consents from your client. Except as expressly stated herein, these Terms of Use do not provide you with a license to use, reproduce, distribute, display, or provide access to any portion of the Services on third-party web sites or otherwise. The Services may include software for use in connection with the Services. The Services may not be used for transactions in commercial real estate, which includes, without limitation, commercially zoned properties and vacation rentals.

B. Mobile Applications. To use any mobile application feature of the Services (each, an "App"), you must have a compatible mobile device. We do not warrant that any App will be compatible with your mobile device. You may use mobile data in connection with an App and may incur additional charges from your wireless provider for using an App. You agree that you are solely responsible for any applicable charges. We may update any app and may automatically electronically update the version of any App that you have installed on a mobile device. You consent to all automatic upgrades, and understand that these Terms of Use will apply to all updated versions of an App. Any third-party open-source software included in an App is subject to the applicable open-source license and may be available directly from the creator under an open-source license. These Terms of Use do not apply to your use of software obtained from a third-party source under an open-source license.

C. Use of Content. Subject to the restrictions set forth in these Terms of Use, you may copy information from the Services without the aid of any automated processes and only as necessary for your personal use or Pro Use to view, save, print, fax, and/or e-mail such information. Notwithstanding the foregoing, the aggregate level data provided on the [Zillow Local-Info Pages](#) (the "Aggregate Data") may be used for non-personal uses, e.g., real estate market analysis. You may display and distribute derivative works of the Aggregate Data (e.g., within a graph), only so long as the Zillow Companies are cited as a source on every page where the Aggregate Data are displayed, including "Data Provided by Zillow Group." Such citation may not include any of our logos without our prior written approval or imply any relationship between you and the Zillow Companies beyond that the Zillow Companies are the source of the Aggregate Data. You are prohibited from displaying any other Zillow Companies' data without our prior written approval.

5. Prohibited Use. BY USING THE SERVICES, YOU AGREE NOT TO:

- reproduce, modify, distribute, display or otherwise provide access to, create derivative works from, decompile, disassemble, or reverse engineer any portion of the Services, except as explicitly permitted by any Product's Terms to the extent applicable to that product's Services;
- provide/post/authorize a link to any of the Services (including but not limited to an agent profile page) from a third-party website that is not a real estate-related website owned or operated by a real estate or lending professional or institution;
- remove or modify any copyright or other intellectual property notices that appear in the Services;
- use the Services in any way that is unlawful, or harms the Zillow Companies, its service providers, suppliers, affiliates, or any other user;
- use the Services in any way to discriminate against any individual or class of individuals protected under federal, state or local laws, or which may have a discriminatory impact against any individual or class of individuals, or which otherwise promotes illegal, racist or discriminatory activities or outcomes;
- distribute or post spam or other unsolicited messages, chain letters, pyramid schemes, or similar communications through the Services;
- impersonate another person, misrepresent your affiliation with another person or entity, or make any representation to any third party under false pretenses;
- reproduce, publicly display, or otherwise make accessible on or through any other website, application, or service any reviews, ratings, or profile information about real estate, lending, or other professionals, underlying images of or information about real estate listings, or other data or content available through the Services, except as explicitly permitted by us for a particular portion of the Services;
- upload invalid data, viruses, worms, or other software agents to the Services;
- post, reproduce, publicly display, or otherwise make accessible any content, which we, in our sole judgement and discretion, consider illegal, offensive or objectionable including without limitation content that harasses, discriminates, demeans, threatens or disparages any individual or class of individuals;
- interfere with, or compromise the system integrity or security of the Services, or otherwise bypass any measures we may use to prevent or restrict access to the Services;

- conduct automated queries (including screen and database scraping, spiders, robots, crawlers, bypassing "captcha" or similar precautions, or any other automated activity with the purpose of obtaining information from the Services) on the Services;
- use any of the Zillow Companies' trademarks as part of your screen name or email address on the Services;
- access or use any of the Services to develop competitive products or services; or
- attempt to, or permit or encourage any third party to, do any of the above.

6. Fees.

A. Generally. You may be required to pay fees to access certain features of the Services. All fees are in U.S. dollars and are non-refundable. If we change the fees for all or part of any of the Services, including by adding fees or charges, we will provide you advance notice of those changes. If you do not accept the changes, we may discontinue providing the applicable part of the Services to you. Our authorized third-party payment processors will charge the payment method you specified at the time of purchase or as agreed to as part of the selected Service. You authorize us to charge all fees as described in these Terms of Use for the Services you select to that payment method. If you pay any fees with a credit card, we may seek pre-authorization of your credit card account before your purchase to verify that the credit card is valid and has the necessary funds or credit available to cover your purchase.

B. Subscriptions. The Services may include features that allow for automatically recurring payments for periodic charges ("Subscription Service"). If you decide to activate a Subscription Service, you authorize us to periodically charge, on a going-forward basis and until cancellation of either the recurring payments or your account, all accrued sums on or before the payment due date for the accrued sums. The subscription will continue unless and until you cancel your subscription, or we terminate it. You must cancel your Subscription Service before it renews in order to avoid billing of the next periodic subscription fee to your account. We will bill the periodic subscription fee to the payment method you provide to us during registration (or to a different payment method if you change your payment information). We may change the subscription fee for any subsequent subscription period but will provide you advance notice of any increase before it applies. Unless otherwise stated in your Product's Terms, you may cancel a Subscription Service through the settings page in your account, by contacting us at consumercare@zillow.com, or, if applicable by contacting your business consultant.

7. User Materials.

A. UGC Definition; License Grant. Certain portions of the Services may allow users to upload or otherwise provide the Zillow Companies images, photos, video, data, text, listings, and other content ("User Materials"). Absent any additional terms provided in your Product's Terms, by uploading or otherwise providing User Materials to the Services, you grant us an irrevocable, perpetual, royalty-free worldwide license to: (i) use, copy, distribute, transmit, publicly display, publicly perform, reproduce, edit, modify, prepare derivative works of or incorporate into other works, and translate your User Materials, in connection with the Services or in any other media; and (ii) sublicense these rights, to the maximum extent permitted by applicable law. We will not pay you for your User Materials or to exercise any rights related to your User Materials set forth in the preceding sentence. We may remove or modify your User Materials at any time. You are solely responsible for all User Materials made through your user account(s) on the Services or that you otherwise make available through the Services. For all User Materials, you represent and warrant that you are the creator and owner of the User Materials, or have the necessary licenses, rights, consents, and permissions (including all permissions required under applicable privacy and intellectual property law) to authorize the Zillow Companies and other users to access and use your User Materials as necessary to exercise the licenses granted by you under these Terms of Use.  We will not use client contact information that is uploaded by agents into the Zillow Agent Hub portal for any purpose, unless that client contact information is otherwise provided to us directly by the client.

B. UGC Disclaimer. We are under no obligation to edit or control your User Materials or the User Materials of any other User and will not be in any way responsible or liable for any User Materials. We may, however, at any time and without prior notice, screen, remove, edit, or block any User content on the Services, including User Materials, that in our sole judgment violates these Terms of Use or we find otherwise objectionable, including any violation of our Good Neighbor Policy, described in Section 13(B). You understand that when using the Services, you may be exposed to User Materials of other users and acknowledge that User Materials may be inaccurate, offensive, indecent, or objectionable. You agree to waive, and do waive, any legal or equitable right or remedy you may have against us with respect to User Materials. We expressly disclaim any and all liability in connection with User Materials. If notified by a user or content owner that User Materials allegedly do not conform with these Terms of Use, we may investigate the allegation and determine in our sole discretion whether to remove those User Materials, which we reserve the right to do at any time and without notice. For more information on our handling of infringing content, please see Section 11 below.

8. 3rd Party/Linked Services/Sent information.

A. Generally. The Services include links to third-party products, services, and websites, as well as materials provided by third parties, and may include functionality that allows for the distribution of your User Materials or your personal information (collectively, your "User Information") to third parties not under our control (each, a "Third-Party Provider"). Third-Party Providers are solely responsible for their services. You are responsible for your use and submission of User Information to any third party, and your dealings or business conducted with any third party arising in connection with the Services are solely between you and such third party. Your use of third-party sites, services, or products may be subject to associated third-party terms of use and privacy policies or other agreements, which you are solely responsible for complying with. We do not endorse, and take no responsibility for such products, services, Web sites, and materials, or a Third-Party Provider's use of your User Information. By using a tool that allows for User Information to be transferred, you agree that we may transfer the applicable User Information or other information to the applicable third parties, which are not under our control. If you submit a contact form or otherwise indicate your interest in contacting a Third-Party Provider, you may receive telemarketing calls from the Third-Party Provider using the contact information you provided. Third-Party Providers may keep your contact information and any other information received by the Third-Party Provider in processing a contact or other request form. We are not responsible for any damages or costs of any type arising out of or in any way connected with your dealings with these third parties.

B. Certain Third-Party Services.

(i)Referrals and Lead Sales. As part of the Services, you may be connected with a real estate professional. You authorize us to make such referral or lead sale and acknowledge that we may be paid valuable consideration for facilitating such connection. As part of the Services, you may be connected to a party that provides mortgage loan origination services, title and escrow services, or other settlement services. If any of these parties have an affiliated relationship with any of the Zillow Companies, then one or more of the Zillow Companies may receive a financial or other benefit from the referral between such affiliates.

(ii) Non-Affiliated Financial Products. If you choose to contact a non-affiliated bank, mortgage lender, financial institution, mortgage loan originator, loan broker, or other mortgage professional through the Services by filling out a contact, other request form or otherwise indicating your interest in contacting (or being contacted by) a Third-Party Provider (including requests for mortgage rate quotes) on the Services, you authorize the Zillow Companies, and Zillow Group Marketplace, Inc., in particular to provide the information you submit to the Third-Party Provider. If you include your name, contact information and other information in a request, your identity will no longer be anonymous to the Third-Party Provider. Your submission of information and any request for quotes through the Services is not an application for credit. In the case of non-affiliated financial products, the Zillow Companies are only providing an administrative service to consumers and participating Third-Party Providers. Loan approval standards are established and maintained solely by individual Third-Party Providers. Decisions in any related non-affiliated transactions are made by participating Third-Party Providers and are not made by the Zillow Companies and the Zillow Companies are not responsible for the underwriting activities or credit decisions of any Third-Party Provider. Any non-binding quotes provided by the Zillow Companies for Third-Party Providers' financial products are not intended to be official Loan Estimates as defined in the Real Estate Settlement Procedures Act or the Truth in Lending Act, or to otherwise serve as a disclosure of any specific loan terms or conditions under any state or federal law. Interest rates displayed through the Services are for informational purposes only and reflect non-binding quotes of the terms a Third-Party Provider might offer an applicant fitting a consumer's anonymous profile. Actual interest rates may vary. Consumers should rely on their own judgment in deciding which available loan product, terms, and Third-Party Provider best suit their needs and financial means. Except as set forth in Section 8(b)(i) above or as otherwise disclosed to you or provided in other Product's Terms, the Zillow Companies: (a) are not a Third-Party Provider, loan originator, loan processor or underwriter; (b) do not aid or assist applicants in obtaining loans, soliciting applicants or Third-Party Providers for loans, or offer or negotiate terms of applications or loans; (c) do not take mortgage applications, make loans or credit decisions, or prequalify or preapprove applicants for loans; (d) are not an agent of either any consumer or any Third-Party Provider; (e) do not endorse, refer, or recommend any Third-Party Provider that pays the Zillow Companies, or the products of any Third-Party Provider that pays the Zillow Companies; (f) are not responsible for any errors or delays caused by consumers or any Third-Party Provider in the loan process; and (g) do not guarantee offer of, or acceptance into, any particular loan program or specific loan terms, conditions, or rates with any Third-Party Provider, or that any rates or terms will be the best available.

(iii) Rental Products. If you choose to submit your information in order to submit a background or credit check, you are subject to the CIC and Experian terms as described in Section 8(C) below. We do not process or store background or credit check information related to our rental products and do not control how a landlord uses background or credit check information in evaluating applications submitted to them. We do not guarantee any acceptance by a landlord of an application but do require all landlords using the Services to comply with the Fair Housing Act and other applicable laws.

C. Additional Terms for Third Party Services. Certain aspects of the Services include Third-Party tools that are subject to additional Third-Party terms, including, but not limited to, the following:

(i) Windows Live Virtual Earth. Windows Live Virtual Earth imagery is supplied by Microsoft Corporation, and use is subject to the Microsoft MapPoint Terms of Use available at http://www.microsoft.com/maps/assets/docs/terms.aspx.

(ii) Google Maps. Some of the Services implement the Google Maps web mapping service. Your use of Google Maps is subject to Google's terms of use, available at http://www.google.com/intl/en_us/help/terms_maps.html, and Google's Privacy Policy, available at https://www.google.com/intl/ALL/policies/privacy/index.html.

(iii) Stripe. Some of the Services allow you to use Stripe Connect to make payments to other users and may include additional processing or application fees detailed when you choose to connect to Stripe. Your use of Stripe is subject to the Stripe Connected Account Agreement, available at https://stripe.com/us/connect-account/legal. Additionally, by using Stripe, you agree not to use Stripe (and the Services generally) for any Prohibited Business purposes, as listed at https://stripe.com/us/prohibited-businesses.

(iv) CIC. Some of the Services allow users to use our Third-Party background check partner CIC's services to submit an application and background check to a landlord. If you are a Renter using the CIC services, you authorize Zillow to obtain your background check report, including criminal and eviction history, and to share that information with Landlords to whom you submit an application, and agree to the CIC Legal and Privacy Policy available at https://www.cicreports.com/legal-and-privacy-policy. If you are a Landlord using the CIC services, you agree to use the background check reports in compliance with the law, and agree to the CIC Legal and Privacy Policy linked above.

(v) Chase. Some of the Services allow you to use Chase to make payments to the Zillow Companies. Your use of the Chase payments feature is subject to the Chase Paymentech Privacy Policy, available at https://www.chasepaymentech.com/.

(vi) Plaid. The rental payments feature allows you to link your bank account through Plaid for the purposes of making or receiving rental payments. By using Plaid, you agree to your personal and financial information being transferred, stored, and processed by Plaid in accordance with the Plaid Privacy Policy, available at https://plaid.com/legal.

(vii) Experian. Some of the Services allow you to use the Experian Connect service to submit a request for a credit check be sent to a landlord. If you use the Experian services, you agree to the Experian Connect Terms and Conditions, available at https://connect.experian.com/legal/terms.html.

9. Intellectual Property. The Services are owned and operated by the Zillow Companies. The user interfaces, design, information, data, code, products, software, graphics, and all other elements of the Services (the "Zillow Companies' Materials") that we provide are protected by intellectual property and other laws and are the property of the Zillow Companies or the Zillow Companies' Third-Party licensors. Except as expressly allowed by these Terms of Use, you may not make use of the Zillow Companies' Materials, and the Zillow Companies reserve all rights to the Zillow Companies' Materials and Services not granted expressly in these Terms of Use.

Intellectual Property Notices:

Certain content on the Services is owned by ZIP+4 data and the United States Postal Service. To view a complete list of our issued patents and active trademarks, click here. The names of actual companies, products, and services mentioned herein may be the trademarks of their respective owners. Any rights not expressly granted herein are reserved. We do not assert copyright or grant any rights to the underlying images or descriptions of real estate listings provided through the Services. Any use of these images and descriptions is subject to the copyright owner's permission and the requirements of applicable law.

10. Feedback. If you choose to provide input and suggestions regarding the Services, including related to any of the Zillow Companies' Materials ("Feedback"), then you hereby grant us an unrestricted, perpetual, irrevocable, non-exclusive, fully paid, royalty-free right to use the Feedback in any manner and for any purpose, including to improve the Services or create other products and services.

11. DMCA; Claims of Copyright Infringement. We respect the intellectual property rights of others and ask that everyone using the Services do the same. Anyone who believes that their work has been reproduced on the Services in a way that constitutes copyright infringement may notify our copyright agent in accordance with Title 17, United States Code, Section 512(c)(2), by providing the following information:

(i) Identification of the copyrighted work that you claim has been infringed;

(ii) Identification of the material that you claim is infringing and needs to be removed, including a description of where it is located on the Services so that the copyright agent can locate it;

(iii) Your address, telephone number, and if available, e-mail address, so that the copyright agent may contact you about your complaint; and

(iv) A signed statement that the above information is accurate, that you have a good faith belief that the identified use of the material is not authorized by the copyright owner, its agent, or the law and, under penalty of perjury, that you are the copyright owner or are authorized to act on the copyright owner's behalf in this situation.

Notices of copyright infringement claims should be sent as follows:

By mail:

Zillow, Inc.

1301 Second Avenue, Floor 31

Seattle, WA 98101

Attention: Copyright Agent

By e-mail:

If relating to content on Trulia.com and related websites: DMCA_notice_email@trulia.com

Otherwise: DMCA_notice_email@zillow.com

If you give notice of copyright infringement by e-mail, we may begin investigating the alleged copyright infringement; however, we must receive your signed statement by mail or as an attachment to your e-mail before we are required to take any action.

12. Deactivation/Deletion /Changes to Agreement. Except as stated in any Product's Terms, you may deactivate your account at any time by selecting "deactivate account" in your account settings. You can delete your account and all your account data by submitting a request to "delete your data" at https://privacy.zillowgroup.com/. If you deactivate or delete your account, you remain obligated to pay all outstanding fees, if any, incurred prior to termination relating to your use of the Services. If you violate any provision of these Terms of Use, your permission from the Zillow Companies to use the Services will terminate automatically. In addition, we may, in our sole discretion, deactivate, suspend, or terminate your access to your account and the Services at any time for any reason, with or without notice. We may alter, suspend, or discontinue the Services or any portion of the Services without notice. We will not be liable whatsoever for any change to the Services or any suspension or termination of your access to, or use of the Services. We reserve the right to change these Terms of Use at any time in our sole discretion on a going-forward basis, and we will make commercially reasonable efforts to notify you of any material changes to these Terms of Use. Your continued use of the Services after any updates are effective will represent your agreement to the revised version of the Terms of Use and will constitute acceptance of, and agreement to, any such changes. You further waive any right you may have to receive specific notice of such changes to these Terms of Use. You are responsible for regularly reviewing these Terms of Use.

13. Privacy Policy/Other Terms.

A. Privacy Policy. The Zillow Companies will collect, use, store, and disclose personal information in accordance with our Privacy Policy. Please consult our Privacy Policy for more information, which is incorporated into, and made a part of, these Terms of Use.

B. Other Terms. Your use of the Services is subject to all additional guidelines, rules, Product Terms, and agreements applicable to the Services or certain features of the Services that we may post on, or link to, from the Services, such as rules applicable to a particular product or content available through the Services, including, without limitation, the Good Neighbor Policy, the Listing Quality Policy, the Self-Tour Terms and Conditions , the Rentals User Terms, the Respectful Renting Pledge, the 3D Home Terms and Guidelines, and the Video Walkthrough Guidelines. If you are a non-affiliated Third-Party Provider who has created an industry professional account with Zillow Group, you are subject to the NMLS Data Terms. Additionally, if you are a non-affiliated Third-Party Provider who participates in any Services offered by Zillow Group Marketplace, Inc. you are also subject to the Zillow Group Market Place, Inc.'s Lender Terms of Use. All such terms are incorporated into, and made a part of, these Terms of Use.

14. Indemnification. You agree to indemnify, defend, and hold harmless the Zillow Companies, our affiliates, and our respective directors, officers, employees, and agents from any and all claims and demands made by any third party due to or arising out of: (a) your access to or use of the Services; (b) your breach of these Terms of Use; (c) your violation of any law or the rights of a third party; (d) any dispute or issue between you and any third party; (e) any User Materials you upload to, or otherwise make available through, the Services; (f) your willful misconduct; and (g) any other party's access to or use of the Services using your account and password. The Zillow Companies reserve the right, at our own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and in that case, you agree to cooperate with the Zillow Companies' defense of that claim.

15. No Warranties. THE ZILLOW COMPANIES PROVIDE THE SERVICES "AS IS," "WITH ALL FAULTS" AND "AS AVAILABLE," AND THE ENTIRE RISK AS TO SATISFACTORY QUALITY, PERFORMANCE, ACCURACY, AND EFFORT IS WITH YOU. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE ZILLOW COMPANIES AND OUR SUPPLIERS MAKE NO REPRESENTATIONS, WARRANTIES, OR CONDITIONS, EXPRESS OR IMPLIED. THE ZILLOW COMPANIES AND OUR SUPPLIERS EXPRESSLY DISCLAIM ANY AND ALL WARRANTIES OR CONDITIONS, EXPRESS, STATUTORY, AND IMPLIED, INCLUDING WITHOUT LIMITATION: (A) WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANLIKE EFFORT, ACCURACY, TITLE, QUIET ENJOYMENT, NO ENCUMBRANCES, NO LIENS, AND NON-INFRINGEMENT; (B) WARRANTIES OR CONDITIONS ARISING THROUGH COURSE OF DEALING OR USAGE OF TRADE; AND (C) WARRANTIES OR CONDITIONS OF UNINTERRUPTED OR ERROR-FREE ACCESS OR USE. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU THROUGH THE SERVICES OR ANY MATERIALS AVAILABLE THROUGH THE SERVICES WILL CREATE ANY WARRANTY REGARDING ANY ZILLOW COMPANIES' ENTITY OR THE SERVICES THAT IS NOT EXPRESSLY STATED IN THESE TERMS OF USE. YOU ASSUME ALL RISK FOR ANY DAMAGE THAT MAY RESULT FROM YOUR USE OF OR ACCESS TO THE SERVICES, YOUR DEALING WITH ANY OTHER USER, AND ANY MATERIALS, INCLUDING ALL USER AND ZILLOW COMPANIES' MATERIALS, AVAILABLE THROUGH THE SERVICES. YOU UNDERSTAND AND AGREE THAT YOUR USE OF THE SERVICES, AND USE, ACCESS, DOWNLOAD, OR OTHER OBTAINMENT OF MATERIALS THROUGH THE SERVICES AND ANY ASSOCIATED SITES OR SERVICES, ARE AT YOUR OWN DISCRETION AND RISK, AND THAT YOU ARE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR PROPERTY (INCLUDING YOUR COMPUTER SYSTEM OR MOBILE DEVICE USED IN CONNECTION WITH THE SERVICES), OR THE LOSS OF DATA THAT RESULTS FROM THE USE OF THE SERVICES OR THE DOWNLOAD OR USE OF THOSE MATERIALS. SOME JURISDICTIONS MAY PROHIBIT A DISCLAIMER OF WARRANTIES AND YOU MAY HAVE OTHER RIGHTS THAT VARY FROM JURISDICTION TO JURISDICTION.

16. Limitation of Liability/Exclusive Remedy. IN NO EVENT WILL THE ZILLOW COMPANIES OR ANY OF OUR AFFILIATES BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL, OR PUNITIVE DAMAGES (INCLUDING DAMAGES FOR LOSS OF PROFITS, GOODWILL, OR ANY OTHER INTANGIBLE LOSS) ARISING OUT OF, BASED ON, OR RESULTING FROM THESE TERMS OF USE OR YOUR USE OR ACCESS, OR INABILITY TO USE OR ACCESS, THE SERVICES OR ANY MATERIALS ON THE SERVICES, WHETHER BASED ON: (A) BREACH OF CONTRACT; (B) BREACH OF WARRANTY; (C) NEGLIGENCE; OR (D) ANY OTHER CAUSE OF ACTION, EVEN IF THE ZILLOW COMPANIES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE ZILLOW COMPANIES ASSUME NO LIABILITY OR RESPONSIBILITY FOR ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF MATERIALS; (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO OR USE OF THE SERVICES; (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION STORED THEREIN; (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM THE SERVICES; (V) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE THAT MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY; (VI) ANY ERRORS OR OMISSIONS IN ANY MATERIALS OR FOR ANY LOSS OR DAMAGE INCURRED AS A RESULT OF THE USE OF ANY MATERIALS POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE THROUGH THE SERVICES; OR (VII) USER MATERIALS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY. THE AGGREGATE LIABILITY OF THE ZILLOW COMPANIES AND ANY OF OUR AFFILIATES TO YOU FOR ALL CLAIMS ARISING OUT OF OR RELATING TO THE USE OF, OR INABILITY TO USE, ANY PORTION OF THE SERVICES OR OTHERWISE UNDER THESE TERMS OF USE, WHETHER UNDER CONTRACT, TORT, OR OTHERWISE, IS LIMITED TO THE GREATER OF: (1) THE AMOUNT YOU HAVE PAID TO THE ZILLOW COMPANIES FOR THE SERVICES IN THE 12 MONTHS PRIOR TO THE EVENTS OR CIRCUMSTANCES GIVING RISE TO THE CLAIMS; OR (2) $100. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL DAMAGES. ACCORDINGLY, THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU. EACH PROVISION OF THESE TERMS OF USE THAT PROVIDES FOR A LIMITATION OF LIABILITY, DISCLAIMER OF WARRANTIES, OR EXCLUSION OF DAMAGES IS INTENDED TO AND DOES ALLOCATE THE RISKS BETWEEN THE PARTIES UNDER THESE TERMS. THIS ALLOCATION IS AN ESSENTIAL ELEMENT OF THE AGREEMENT OF THE PARTIES. THE LIMITATIONS IN THIS SECTION WILL APPLY EVEN IF ANY LIMITED REMEDY FAILS ITS ESSENTIAL PURPOSE.

17. Choice of Law; Disputes. These Terms of Use are governed by the laws of the State of Washington, without giving effect to its conflict of laws provisions. You agree to submit to the personal and exclusive jurisdiction and venue in the state and federal courts sitting in King County, Washington for all disputes, claims, and actions arising from or in connection with the Services or otherwise under these Terms of Use. The Zillow Companies operate the Services from our offices in Washington, and we make no representation that the Services are appropriate or available for use in other locations.

18. General. You agree not to export from anywhere any part of the Services provided to you, or any direct product thereof, except in compliance with, and with all licenses and approvals required under, applicable export laws, rules and regulations. All Services used by the U.S. Government are provided with the commercial license rights described herein. These Terms of Use may be amended only by a written agreement signed by authorized representatives of the parties to these Terms of Use. If any part of these Terms of Use is determined to be invalid or unenforceable, then the invalid or unenforceable provision will be replaced with a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of these Terms of Use will continue in effect. The section titles in these Terms of Use are used solely for the convenience of the parties and have no legal or contractual significance. We may assign this Agreement, in whole or in part, at any time with or without notice to you. You may not assign these Terms of Use, or assign, transfer or sublicense your rights, if any, in the Services. Our failure to act with respect to a breach, or our choice to otherwise waive breach by you or others, does not waive our right to act with respect to subsequent or similar breaches. Except as expressly stated herein, these Terms of Use, and all expressly incorporated terms and agreements, constitute the entire agreement between you and the Zillow Companies with respect to the Services and supersede all prior or contemporaneous communications of any kind between you and the Zillow Companies with respect to the Services. The following sections of these Terms of Use shall survive any termination of these Terms of Use: 3, 5-8, 10-12, and 14-22.

19. Consent to Communications. By using the Services, you consent to receiving certain electronic communications from us as further described in the Privacy Policy. Please read our Privacy Policy to learn more. You agree that any notices, agreements, disclosures, surveys, or other communications that we send to you electronically will satisfy any legal communication requirements, including that those communications be in writing.

The Services may provide web forms, links, or contact information, including phone numbers, that can connect you with the Zillow Companies or third parties, such as real estate agents and Third-Party Providers. Communications through these methods may be routed through a third-party service ("Communications Service"). Calls may be recorded or monitored for quality assurance, training, or customer service purposes. You will be notified at the beginning of a call if it may be recorded or monitored. You consent to such recording and monitoring by the Zillow Companies or the Communications Service. We also use the Communications Service to track phone calls and text messages between you and real estate professionals so that we and the real estate professional can access certain details about the contact. As part of this process, we and the Communications Service will receive in real time, and store, data about your call or text message, including the date and time of the call or text message, your phone number, and the content of the text message. You consent to these practices by us and the Communications Service. The information is subject to the Privacy Policy.

20. Notice to California Residents. If you are a California resident, under California Civil Code Section 1789.3, you may contact the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs in writing at 1625 N. Market Blvd., Suite S-202, Sacramento, California 95834, or by telephone at (800) 952-5210 in order to resolve a complaint regarding the Service or to receive further information regarding use of the Service.

21. Contact Information and License Disclosures. The Services are offered by Zillow, Inc. and its affiliates, located at 1301 Second Avenue, Floor 31, Seattle, WA 98101. You may contact the Zillow Companies by sending correspondence to that address or emailing consumercare@zillow.com. See a complete list of Zillow, Inc.'s real estate brokerage licenses, here.

Zillow Group Marketplace, Inc. is a wholly-owned subsidiary of Zillow, Inc. and has its headquarters at 1301 Second Ave., 30th floor, Suite 3000-A, Seattle, Washington 98101. The Nationwide Mortgage Licensing System (NMLS) Identification Number for Zillow Group Marketplace, Inc. is 1303160. To see a complete list of Zillow Group Marketplace, Inc.'s licenses, see Licensing and Disclosures, EQUAL HOUSING OPPORTUNITY.

Zillow Home Loans, LLC is a wholly-owned subsidiary of Zillow, Inc., and has its headquarters at 10975 El Monte, Overland Park, KS 66211. The NMLS Identification Number for Zillow Home Loans, LLC is 10287. To see a complete list of Zillow Home Loans, LLC's licenses, see this Licensing page. ZILLOW HOME LOANS, LLC IS AN EQUAL HOUSING LENDER.

Zillow Closing Services, LLC, Zillow Closing Services AZNV, LLC and Zillow Closing Services TX, LLC are wholly-owned subsidiaries of Zillow Group, Inc. Licensing information for the Zillow Closing Services entities can be found here.

22. Notice to Apple Users. If you are using our mobile applications on an iOS device, the terms of this Section 22 apply. You acknowledge that these Terms of Use are between you and the Zillow Companies only, not with Apple, and Apple is not responsible for the Services or related Materials. Apple has no obligation to furnish any maintenance or support services with respect to the Services. If the Services fail to conform to any applicable warranty, you may notify Apple and Apple will refund any applicable purchase price for the mobile application to you; to the maximum extent permitted by applicable law, Apple has no other warranty obligation with respect to the Services. Apple is not responsible for addressing any claim by you or any third party relating to the Services or your possession or use of the Services, including: (a) product liability claims; (b) any claim that the Services fail to conform to any applicable legal or regulatory requirement; and (c) claims arising under consumer protection or similar legislation. Apple is not responsible for the investigation, defense, settlement, or discharge of any third-party claim that the Services or your possession and use of the mobile application infringe that third party's intellectual property rights. You agree to comply with any applicable third-party terms when using the Services. Apple and Apple's subsidiaries are third party beneficiaries of Section 22 of these Terms of Use, and upon your acceptance of these Terms or Use, Apple will have the right (and will be deemed to have accepted the right) to enforce this Section 22 of these Terms of Use against you. You hereby represent and warrant that: (i) you are not located in a country that is subject to a U.S. Government embargo, or that is on Title 15, Part 740 Supplement 1, Country Group E of the U.S. Code of Federal Regu

Terms of Use

Updated September 23, 2022

Welcome and thank you for your interest in Zillow and the Zillow family of businesses (Zillow, Inc. and its affiliated brands listed in Section 2, collectively, the "Zillow Companies," "us," "our," or "we"). By clicking a registration or new account submission button, or by otherwise using our websites, networks, mobile applications, or other services provided by the Zillow Companies (collectively, the "Services"), or accessing any content provided by us through the Services, you agree to be bound by the following terms of use, as updated from time to time (the "Terms of Use").

1. The Zillow Companies' Role. The Zillow Companies, and the Services, may assist you in performing the various tasks in a real estate transaction. However, unless explicitly specified by the terms of use for a particular Service (each a "Product's Terms"), THE SERVICES ARE NOT INTENDED TO provide you with any financial, real estate, or related advice of any kind. You understand and agree that the Services may include advertisements. To help make the advertisements relevant and useful to you, the Zillow Companies may serve advertisements based on the information we collect through the Services. See our Privacy Policy for more details.

A. Zillow, Inc. Zillow, Inc. has a real estate broker license in certain states (see Section 21). However, unless provided for in your Product's Terms, Zillow, Inc. assumes no responsibility for any result or consequence related directly or indirectly to any action or inaction that you or any consumer takes based on the Services or any other information available through or in connection with the Services.

2. The Zillow Companies' Brands and Businesses. We operate the following affiliated brands, any use of any of the Services provided by the following affiliated brands is subject to these Terms of Use: (a) Zillow; (b) Trulia; (c) Hotpads; (d) StreetEasy; (e) Out East; (f) Bridge Interactive Group; (g) Zillow Group Marketplace; (h) Mortech; (i) dotloop; (j) Signpost Homes; (k) Zillow Homes; (l) Zillow Closing Services; and (m) Zillow Home Loans. Services offered by each of these companies may be subject to additional terms of use as available on their respective websites, networks, mobile applications, or otherwise.

A. Affiliated Business Relationship Notice: This is to give you notice of business relationships among the following providers. Zillow, Inc. ("ZINC," which operates Zillow.com and promotes Zillow Offers, among other programs); Zillow Group Marketplace, Inc.("ZGMI"); Signpost Homes, Inc. ("Signpost"); Zillow Homes, Inc. ("ZHO"), Zillow Home Loans, LLC ("ZHL"); Zillow Closing Services, LLC ("ZCS"), Zillow Closing Services AZNV, LLC ("ZCS-AZNV") Zillow Closing and Escrow Services CA, Inc ("ZCS CA")and Zillow Closing Services TX, LLC ("ZCS-TX") are affiliated companies and each may refer to you the services of another.  ZINC, ZGMI, Signpost, ZHO, ZHL, ZCS, ZCS-AZNV, ZCS-TX are each indirectly wholly owned by Zillow Group, Inc. through one or more subsidiaries. Because of these relationships, any referrals of you by any of the Zillow Companies may provide the referred company, its direct or indirect parent (including Zillow Group), and our respective employees with a financial or other benefit.

B. Zillow Group Marketplace and Zillow Home Loans.  Except for ZHL, the Zillow Companies do not provide or utilize any information for use in loan-related decisions, and you acknowledge and agree not to use any information obtained from ZGMI or any other Zillow Companies' Services for loan related decisions. If you

choose to engage with ZHL, you will be subject to ZHL's separate Product's Terms.  You can find more information about ZHL's mortgage lending services at https://www.zillowhomeloans.com.

3. Eligibility; Accounts and Registration. You must be at least 18 years of age to use the Services. By agreeing to these Terms of Use, you represent and warrant that: (a) you are at least 18 years of age; (b) you have not previously been suspended or removed from the Services; and (c) your registration and your use of the Services complies with all applicable laws and regulations. To access some features of the Services, you may be required to register for an account and agree to a Product's Terms, to the extent applicable to that service, which may be incorporated herein or available on a separate Zillow Companies site.  When you register for an account, you will be asked to provide us with some information about yourself, such as email address, phone number, or other contact information. You agree that the information you provide is accurate and that you will keep it accurate and up to date at all times. When you register, you will be asked to provide a password. You are solely responsible for maintaining the confidentiality of your account and password, and you are responsible for all actions taken via your account. You may not share your user account(s) with others. Unless you have entered into a commercial agreement with us permitting you to use the Services for transactions on behalf of another person, you may use the Services only for transactions on your own behalf.

4. Use of the Services; Restrictions.

A. Use of the Services. As long as you comply with these Terms of Use, we grant you a non-exclusive, limited, revocable, personal, non-transferable license to use the Services, and to download and use any App (as defined in Section 4(B) below) on your mobile device in object code form, for your personal use. If you are a real estate or mortgage professional acting in your professional capacity, you may additionally use the Services to provide information, to the extent permitted by applicable law, to your clients and to take actions on behalf of your clients ("Pro Use"). If you use the Services for a Pro Use, you represent and warrant that you have obtained all required authorizations and consents from your client. Except as expressly stated herein, these Terms of Use do not provide you with a license to use, reproduce, distribute, display, or provide access to any portion of the Services on third-party web sites or otherwise. The Services may include software for use in connection with the Services. The Services may not be used for transactions in commercial real estate, which includes, without limitation, commercially zoned properties and vacation rentals.

B. Mobile Applications. To use any mobile application feature of the Services (each, an "App"), you must have a compatible mobile device. We do not warrant that any App will be compatible with your mobile device. You may use mobile data in connection with an App and may incur additional charges from your wireless provider for using an App. You agree that you are solely responsible for any applicable charges. We may update any app and may automatically electronically update the version of any App that you have installed on a mobile device. You consent to all automatic upgrades, and understand that these Terms of Use will apply to all updated versions of an App. Any third-party open-source software included in an App is subject to the applicable open-source license and may be available directly from the creator under an open-source license. These Terms of Use do not apply to your use of software obtained from a third-party source under an open-source license.

C. Use of Content. Subject to the restrictions set forth in these Terms of Use, you may copy information from the Services without the aid of any automated processes and only as necessary for your personal use or Pro Use to view, save, print, fax, and/or e-mail such information. Notwithstanding the foregoing, the aggregate level data provided on the Zillow Local-Info Pages (the "Aggregate Data") may be used for non-personal uses, e.g., real estate market analysis. You may display and distribute derivative works of the Aggregate Data (e.g., within a graph), only so long as the Zillow Companies are cited as a source on every page where the Aggregate Data are displayed, including "Data Provided by Zillow Group." Such citation may not include any of our logos without our prior written approval or imply any relationship between you and the Zillow Companies beyond that the Zillow Companies are the source of the Aggregate Data. You are prohibited from displaying any other Zillow Companies' data without our prior written approval.

5. Prohibited Use. BY USING THE SERVICES, YOU AGREE NOT TO:

- reproduce, modify, distribute, display or otherwise provide access to, create derivative works from, decompile, disassemble, or reverse engineer any portion of the Services, except as explicitly permitted by any Product's Terms to the extent applicable to that product's Services;
- provide/post/authorize a link to any of the Services (including but not limited to an agent profile page) from a third-party website that is not a real estate-related website owned or operated by a real estate or lending professional or institution;
- remove or modify any copyright or other intellectual property notices that appear in the Services;
- use the Services in any way that is unlawful, or harms the Zillow Companies, its service providers, suppliers, affiliates, or any other user;
- use the Services in any way to discriminate against any individual or class of individuals protected under federal, state or local laws, or which may have a discriminatory impact against any individual or class of

individuals, or which otherwise promotes illegal, racist or discriminatory activities or outcomes;

- distribute or post spam or other unsolicited messages, chain letters, pyramid schemes, or similar communications through the Services;
- impersonate another person, misrepresent your affiliation with another person or entity, or make any representation to any third party under false pretenses;
- reproduce, publicly display, or otherwise make accessible on or through any other website, application, or service any reviews, ratings, or profile information about real estate, lending, or other professionals, underlying images of or information about real estate listings, or other data or content available through the Services, except as explicitly permitted by us for a particular portion of the Services;
- upload invalid data, viruses, worms, or other software agents to the Services;
- post, reproduce, publicly display, or otherwise make accessible any content, which we, in our sole judgement and discretion, consider illegal, offensive or objectionable including without limitation content that harasses, discriminates, demeans, threatens or disparages any individual or class of individuals;
- interfere with, or compromise the system integrity or security of the Services, or otherwise bypass any measures we may use to prevent or restrict access to the Services;
- conduct automated queries (including screen and database scraping, spiders, robots, crawlers, bypassing "captcha" or similar precautions, or any other automated activity with the purpose of obtaining information from the Services) on the Services;
- use any of the Zillow Companies' trademarks as part of your screen name or email address on the Services;
- access or use any of the Services to develop competitive products or services; or
- attempt to, or permit or encourage any third party to, do any of the above.

6. Fees.

A. Generally. You may be required to pay fees to access certain features of the Services. All fees are in U.S. dollars and are non-refundable. If we change the fees for all or part of any of the Services, including by adding fees or charges, we will provide you advance notice of those changes. If you do not accept the changes, we may discontinue providing the applicable part of the Services to you. Our authorized third-party payment processors will charge the payment method you specified at the time of purchase or as agreed to as part of the selected Service. You authorize us to charge all fees as described in these Terms of Use for the Services you select to that payment method. If you pay any fees with a credit card, we may seek pre-authorization of your credit card account before your purchase to verify that the credit card is valid and has the necessary funds or credit available to cover your purchase.

B. Subscriptions. The Services may include features that allow for automatically recurring payments for periodic charges ("Subscription Service"). If you decide to activate a Subscription Service, you authorize us to periodically charge, on a going-forward basis and until cancellation of either the recurring payments or your account, all accrued sums on or before the payment due date for the accrued sums. The subscription will continue unless and until you cancel your subscription, or we terminate it. You must cancel your Subscription Service before it renews in order to avoid billing of the next periodic subscription fee to your account. We will bill the periodic subscription fee to the payment method you provide to us during registration (or to a different payment method if you change your payment information). We may change the subscription fee for any subsequent subscription period but will provide you advance notice of any increase before it applies. Unless otherwise stated in your Product's Terms, you may cancel a Subscription Service through the settings page in your account, by contacting us at consumercare@zillow.com, or, if applicable by contacting your business consultant.

7. User Materials.

A. UGC Definition; License Grant. Certain portions of the Services may allow users to upload or otherwise provide the Zillow Companies images, photos, video, data, text, listings, and other content ("User Materials"). Absent any additional terms provided in your Product's Terms, by uploading or otherwise providing User Materials to the Services, you grant us an irrevocable, perpetual, royalty-free worldwide license to: (i) use, copy, distribute, transmit, publicly display, publicly perform, reproduce, edit, modify, prepare derivative works of or incorporate into other works, and translate your User Materials, in connection with the Services or in any other media; and (ii) sublicense these rights, to the maximum extent permitted by applicable law. We will not pay you for your User Materials or to exercise any rights related to your User Materials set forth in the preceding sentence. We may remove or modify your User Materials at any time. You are solely responsible for all User Materials made through your user account(s) on the Services or that you otherwise make available through the Services. For all User Materials, you represent and warrant that you are the creator and owner of the User Materials, or have the necessary licenses, rights, consents, and permissions (including all permissions required under applicable privacy and intellectual property law) to authorize the Zillow Companies and other users to access and use your User Materials as necessary to exercise the licenses granted by you under these Terms of Use.  We will not use client contact information that is uploaded by agents into the Zillow Agent Hub portal for any purpose, unless that client contact information is otherwise provided to us directly by the client.

B. UGC Disclaimer. We are under no obligation to edit or control your User Materials or the User Materials of any other User and will not be in any way responsible or liable for any User Materials. We may, however, at any time and without prior notice, screen, remove, edit, or block any User content on the Services, including User Materials, that in our sole judgment violates these Terms of Use or we find otherwise objectionable, including any violation of our Good Neighbor Policy, described in Section 13(B). You understand that when using the Services, you may be exposed to User Materials of other users and acknowledge that User Materials may be inaccurate, offensive, indecent, or objectionable. You agree to waive, and do waive, any legal or equitable right or remedy you may have against us with respect to User Materials. We expressly disclaim any and all liability in connection with User Materials. If notified by a user or content owner that User Materials allegedly do not conform with these Terms of Use, we may investigate the allegation and determine in our sole discretion whether to remove those User Materials, which we reserve the right to do at any time and without notice. For more information on our handling of infringing content, please see Section 11 below.

8. 3rd Party/Linked Services/Sent information.

A. Generally. The Services include links to third-party products, services, and websites, as well as materials provided by third parties, and may include functionality that allows for the distribution of your User Materials or your personal information (collectively, your "User Information") to third parties not under our control (each, a "Third-Party Provider"). Third-Party Providers are solely responsible for their services. You are responsible for your use and submission of User Information to any third party, and your dealings or business conducted with any third party arising in connection with the Services are solely between you and such third party. Your use of third-party sites, services, or products may be subject to associated third-party terms of use and privacy policies or other agreements, which you are solely responsible for complying with. We do not endorse, and take no responsibility for such products, services, Web sites, and materials, or a Third-Party Provider's use of your User Information. By using a tool that allows for User Information to be transferred, you agree that we may transfer the applicable User Information or other information to the applicable third parties, which are not under our control. If you submit a contact form or otherwise indicate your interest in contacting a Third-Party Provider, you may receive telemarketing calls from the Third-Party Provider using the contact information you provided. Third-Party Providers may keep your contact information and any other information received by the Third-Party Provider in processing a contact or other request form. We are not responsible for any damages or costs of any type arising out of or in any way connected with your dealings with these third parties.

B. Certain Third-Party Services.

(i)Referrals and Lead Sales. As part of the Services, you may be connected with a real estate professional. You authorize us to make such referral or lead sale and acknowledge that we may be paid valuable consideration for facilitating such connection. As part of the Services, you may be connected to a party that provides mortgage loan origination services, title and escrow services, or other settlement services. If any of these parties have an affiliated relationship with any of the Zillow Companies, then one or more of the Zillow Companies may receive a financial or other benefit from the referral between such affiliates.

(ii) Non-Affiliated Financial Products. If you choose to contact a non-affiliated bank, mortgage lender, financial institution, mortgage loan originator, loan broker, or other mortgage professional through the Services by filling out a contact, other request form or otherwise indicating your interest in contacting (or being contacted by) a Third-Party Provider (including requests for mortgage rate quotes) on the Services, you authorize the Zillow Companies, and Zillow Group Marketplace, Inc., in particular to provide the information you submit to the Third-Party Provider. If you include your name, contact information and other information in a request, your identity will no longer be anonymous to the Third-Party Provider. Your submission of information and any request for quotes through the Services is not an application for credit. In the case of non-affiliated financial products, the Zillow Companies are only providing an administrative service to consumers and participating Third-Party Providers. Loan approval standards are established and maintained solely by individual Third-Party Providers. Decisions in any related non-affiliated transactions are made by participating Third-Party Providers and are not made by the Zillow Companies and the Zillow Companies are not responsible for the underwriting activities or credit decisions of any Third-Party Provider. Any non-binding quotes provided by the Zillow Companies for Third-Party Providers' financial products are not intended to be official Loan Estimates as defined in the Real Estate Settlement Procedures Act or the Truth in Lending Act, or to otherwise serve as a disclosure of any specific loan terms or conditions under any state or federal law. Interest rates displayed through the Services are for informational purposes only and reflect non-binding quotes of the terms a Third-Party Provider might offer an applicant fitting a consumer's anonymous profile. Actual interest rates may vary. Consumers should rely on their own judgment in deciding which available loan product, terms, and Third-Party Provider best suit their needs and financial means. Except as set forth in Section 8(b)(i) above or as otherwise disclosed to you or provided in other Product's Terms, the Zillow Companies: (a) are not a Third-Party Provider, loan originator, loan processor or underwriter; (b) do not aid or assist applicants in obtaining loans, soliciting applicants or Third-Party Providers for loans, or offer or negotiate terms of applications or loans; (c) do not take mortgage applications, make loans

or credit decisions, or prequalify or preapprove applicants for loans; (d) are not an agent of either any consumer or any Third-Party Provider; (e) do not endorse, refer, or recommend any Third-Party Provider that pays the Zillow Companies, or the products of any Third-Party Provider that pays the Zillow Companies; (f) are not responsible for any errors or delays caused by consumers or any Third-Party Provider in the loan process; and (g) do not guarantee offer of, or acceptance into, any particular loan program or specific loan terms, conditions, or rates with any Third-Party Provider, or that any rates or terms will be the best available.

(iii) Rental Products. If you choose to submit your information in order to submit a background or credit check, you are subject to the CIC and Experian terms as described in Section 8(C) below. We do not process or store background or credit check information related to our rental products and do not control how a landlord uses background or credit check information in evaluating applications submitted to them. We do not guarantee any acceptance by a landlord of an application but do require all landlords using the Services to comply with the Fair Housing Act and other applicable laws.

C. Additional Terms for Third Party Services. Certain aspects of the Services include Third-Party tools that are subject to additional Third-Party terms, including, but not limited to, the following:

(i) Windows Live Virtual Earth. Windows Live Virtual Earth imagery is supplied by Microsoft Corporation, and is subject to the Microsoft MapPoint Terms of Use available at
http://www.microsoft.com/maps/assets/docs/terms.aspx.

(ii) Google Maps. Some of the Services implement the Google Maps web mapping service. Your use of Google Maps is subject to Google's terms of use, available at http://www.google.com/intl/en_us/help/terms_maps.html, and Google's Privacy Policy, available at https://www.google.com/intl/ALL/policies/privacy/index.html.

(iii) Stripe. Some of the Services allow you to use Stripe Connect to make payments to other users and may include additional processing or application fees detailed when you choose to connect to Stripe. Your use of Stripe is subject to the Stripe Connected Account Agreement, available at https://stripe.com/us/connect-account/legal. Additionally, by using Stripe, you agree not to use Stripe (and the Services generally) for any Prohibited Business purposes, as listed at https://stripe.com/us/prohibited-businesses.

(iv) CIC. Some of the Services allow users to use our Third-Party background check partner CIC's services to submit an application and background check to a landlord. If you are a Renter using the CIC services, you authorize Zillow to obtain your background check report, including criminal and eviction history, and to share that information with Landlords to whom you submit an application, and agree to the CIC Legal and Privacy Policy available at https://www.cicreports.com/legal-and-privacy-policy. If you are a Landlord using the CIC services, you agree to use the background check reports in compliance with the law, and agree to the CIC Legal and Privacy Policy linked above.

(v) Chase. Some of the Services allow you to use Chase to make payments to the Zillow Companies. Your use of the Chase payments feature is subject to the Chase Paymentech Privacy Policy, available at
https://www.chasepaymentech.com/.

(vi) Plaid. The rental payments feature allows you to link your bank account through Plaid for the purposes of making or receiving rental payments. By using Plaid, you agree to your personal and financial information being transferred, stored, and processed by Plaid in accordance with the Plaid Privacy Policy, available at
https://plaid.com/legal.

(vii) Experian. Some of the Services allow you to use the Experian Connect service to submit a request for a credit check be sent to a landlord. If you use the Experian services, you agree to the Experian Connect Terms and Conditions, available at https://connect.experian.com/legal/terms.html.

9. Intellectual Property. The Services are owned and operated by the Zillow Companies. The user interfaces, design, information, data, code, products, software, graphics, and all other elements of the Services (the "Zillow Companies' Materials") that we provide are protected by intellectual property and other laws and are the property of the Zillow Companies or the Zillow Companies' Third-Party licensors. Except as expressly allowed by these Terms of Use, you may not make use of the Zillow Companies' Materials, and the Zillow Companies reserve all rights to the Zillow Companies' Materials and Services not granted expressly in these Terms of Use.

Intellectual Property Notices:

Certain content on the Services is owned by ZIP+4 data and the United States Postal Service. To view a complete list of our issued patents and active trademarks, click here. The names of actual companies, products, and services mentioned herein may be the trademarks of their respective owners. Any rights not expressly granted

herein are reserved. We do not assert copyright or grant any rights to the underlying images or descriptions of real estate listings provided through the Services. Any use of these images and descriptions is subject to the copyright owner's permission and the requirements of applicable law.

10. Feedback. If you choose to provide input and suggestions regarding the Services, including related to any of the Zillow Companies' Materials ("Feedback"), then you hereby grant us an unrestricted, perpetual, irrevocable, non-exclusive, fully paid, royalty-free right to use the Feedback in any manner and for any purpose, including to improve the Services or create other products and services.

11. DMCA; Claims of Copyright Infringement. We respect the intellectual property rights of others and ask that everyone using the Services do the same. Anyone who believes that their work has been reproduced on the Services in a way that constitutes copyright infringement may notify our copyright agent in accordance with Title 17, United States Code, Section 512(c)(2), by providing the following information:

(i) Identification of the copyrighted work that you claim has been infringed;

(ii) Identification of the material that you claim is infringing and needs to be removed, including a description of where it is located on the Services so that the copyright agent can locate it;

(iii) Your address, telephone number, and if available, e-mail address, so that the copyright agent may contact you about your complaint; and

(iv) A signed statement that the above information is accurate, that you have a good faith belief that the identified use of the material is not authorized by the copyright owner, its agent, or the law and, under penalty of perjury, that you are the copyright owner or are authorized to act on the copyright owner's behalf in this situation.

Notices of copyright infringement claims should be sent as follows:

By mail:

Zillow, Inc.

1301 Second Avenue, Floor 31

Seattle, WA 98101

Attention: Copyright Agent

By e-mail:

If relating to content on Trulia.com and related websites: DMCA_notice_email@trulia.com

Otherwise: DMCA_notice_email@zillow.com

If you give notice of copyright infringement by e-mail, we may begin investigating the alleged copyright infringement; however, we must receive your signed statement by mail or as an attachment to your e-mail before we are required to take any action.

12. Deactivation/Deletion /Changes to Agreement. Except as stated in any Product's Terms, you may deactivate your account at any time by selecting "deactivate account" in your account settings. You can delete your account and all your account data by submitting a request to "delete your data" at https://privacy.zillowgroup.com/. If you deactivate or delete your account, you remain obligated to pay all outstanding fees, if any, incurred prior to termination relating to your use of the Services. If you violate any provision of these Terms of Use, your permission from the Zillow Companies to use the Services will terminate automatically. In addition, we may, in our sole discretion, deactivate, suspend, or terminate your access to your account and the Services at any time for any reason, with or without notice. We may alter, suspend, or discontinue the Services or any portion of the Services without notice. We will not be liable whatsoever for any change to the Services or any suspension or termination of your access to, or use of the Services. We reserve the right to change these Terms of Use at any time in its sole discretion on a going-forward basis, and we will make commercially reasonable efforts to notify you of any material changes to these Terms of Use. Your continued use of the Services after any updates are effective will represent your agreement to the revised version of the Terms of Use and will constitute acceptance of, and agreement to, any such changes. You further waive any right you may have to receive specific notice of such changes to these Terms of Use. You are responsible for regularly reviewing these Terms of Use.

13. Privacy Policy/Other Terms.

A. Privacy Policy. The Zillow Companies will collect, use, store, and disclose personal information in accordance with our Privacy Policy. Please consult our Privacy Policy for more information, which is incorporated into, and made a part of, these Terms of Use.

B. Other Terms. Your use of the Services is subject to all additional guidelines, rules, Product Terms, and agreements applicable to the Services or certain features of the Services that we may post on, or link to, from the Services, such as rules applicable to a particular product or content available through the Services, including, without limitation, the Good Neighbor Policy, the Listing Quality Policy, the Self-Tour Terms and Conditions , the Rentals User Terms, the Respectful Renting Pledge, the 3D Home Terms and Guidelines, and the Video Walkthrough Guidelines. If you are a non-affiliated Third-Party Provider who has created an industry professional account with Zillow Group, you are subject to the NMLS Data Terms. Additionally, if you are a non-affiliated Third-Party Provider who participates in any Services offered by Zillow Group Marketplace, Inc. you are also subject to the Zillow Group Market Place, Inc.'s Lender Terms of Use. All such terms are incorporated into, and made a part of, these Terms of Use.

14. Indemnification. You agree to indemnify, defend, and hold harmless the Zillow Companies, our affiliates, and our respective directors, officers, employees, and agents from any and all claims and demands made by any third party due to or arising out of: (a) your access to or use of the Services; (b) your breach of these Terms of Use; (c) your violation of any law or the rights of a third party; (d) any dispute or issue between you and any third party; (e) any User Materials you upload to, or otherwise make available through, the Services; (f) your willful misconduct; and (g) any other party's access to or use of the Services using your account and password. The Zillow Companies reserve the right, at our own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and in that case, you agree to cooperate with the Zillow Companies' defense of that claim.

15. No Warranties. THE ZILLOW COMPANIES PROVIDE THE SERVICES "AS IS," "WITH ALL FAULTS" AND "AS AVAILABLE," AND THE ENTIRE RISK AS TO SATISFACTORY QUALITY, PERFORMANCE, ACCURACY, AND EFFORT IS WITH YOU. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE ZILLOW COMPANIES AND OUR SUPPLIERS MAKE NO REPRESENTATIONS, WARRANTIES, OR CONDITIONS, EXPRESS OR IMPLIED. THE ZILLOW COMPANIES AND OUR SUPPLIERS EXPRESSLY DISCLAIM ANY AND ALL WARRANTIES OR CONDITIONS, EXPRESS, STATUTORY, AND IMPLIED, INCLUDING WITHOUT LIMITATION: (A) WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANLIKE EFFORT, ACCURACY, TITLE, QUIET ENJOYMENT, NO ENCUMBRANCES, NO LIENS, AND NON-INFRINGEMENT; (B) WARRANTIES OR CONDITIONS ARISING THROUGH COURSE OF DEALING OR USAGE OF TRADE; AND (C) WARRANTIES OR CONDITIONS OF UNINTERRUPTED OR ERROR-FREE ACCESS OR USE. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU THROUGH THE SERVICES OR ANY MATERIALS AVAILABLE THROUGH THE SERVICES WILL CREATE ANY WARRANTY REGARDING ANY ZILLOW COMPANIES' ENTITY OR THE SERVICES THAT IS NOT EXPRESSLY STATED IN THESE TERMS OF USE. YOU ASSUME ALL RISK FOR ANY DAMAGE THAT MAY RESULT FROM YOUR USE OF OR ACCESS TO THE SERVICES, YOUR DEALING WITH ANY OTHER USER, AND ANY MATERIALS, INCLUDING ALL USER AND ZILLOW COMPANIES' MATERIALS, AVAILABLE THROUGH THE SERVICES. YOU UNDERSTAND AND AGREE THAT YOUR USE OF THE SERVICES, AND USE, ACCESS, DOWNLOAD, OR OTHER OBTAINMENT OF MATERIALS THROUGH THE SERVICES AND ANY ASSOCIATED SITES OR SERVICES, ARE AT YOUR OWN DISCRETION AND RISK, AND THAT YOU ARE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR PROPERTY (INCLUDING YOUR COMPUTER SYSTEM OR MOBILE DEVICE USED IN CONNECTION WITH THE SERVICES), OR THE LOSS OF DATA THAT RESULTS FROM THE USE OF THE SERVICES OR THE DOWNLOAD OR USE OF THOSE MATERIALS. SOME JURISDICTIONS MAY PROHIBIT A DISCLAIMER OF WARRANTIES AND YOU MAY HAVE OTHER RIGHTS THAT VARY FROM JURISDICTION TO JURISDICTION.

16. Limitation of Liability/Exclusive Remedy. IN NO EVENT WILL THE ZILLOW COMPANIES OR ANY OF OUR AFFILIATES BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL, OR PUNITIVE DAMAGES (INCLUDING DAMAGES FOR LOSS OF PROFITS, GOODWILL, OR ANY OTHER INTANGIBLE LOSS) ARISING OUT OF, BASED ON, OR RESULTING FROM THESE TERMS OF USE OR YOUR USE OR ACCESS, OR INABILITY TO USE OR ACCESS, THE SERVICES OR ANY MATERIALS ON THE SERVICES, WHETHER BASED ON: (A) BREACH OF CONTRACT; (B) BREACH OF WARRANTY; (C) NEGLIGENCE; OR (D) ANY OTHER CAUSE OF ACTION, EVEN IF THE ZILLOW COMPANIES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE ZILLOW COMPANIES ASSUME NO LIABILITY OR RESPONSIBILITY FOR ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF MATERIALS; (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO OR USE OF THE SERVICES; (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION STORED THEREIN; (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM THE SERVICES; (V) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE THAT MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY; (VI) ANY ERRORS OR OMISSIONS IN ANY MATERIALS OR FOR ANY LOSS OR DAMAGE INCURRED AS A RESULT OF THE USE OF ANY MATERIALS POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE THROUGH THE SERVICES; OR (VII) USER MATERIALS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF

ANY THIRD PARTY. THE AGGREGATE LIABILITY OF THE ZILLOW COMPANIES AND ANY OF OUR AFFILIATES TO YOU FOR ALL CLAIMS ARISING OUT OF OR RELATING TO THE USE OF, OR INABILITY TO USE, ANY PORTION OF THE SERVICES OR OTHERWISE UNDER THESE TERMS OF USE, WHETHER UNDER CONTRACT, TORT, OR OTHERWISE, IS LIMITED TO THE GREATER OF: (1) THE AMOUNT YOU HAVE PAID TO THE ZILLOW COMPANIES FOR THE SERVICES IN THE 12 MONTHS PRIOR TO THE EVENTS OR CIRCUMSTANCES GIVING RISE TO THE CLAIMS; OR (2) $100. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL DAMAGES. ACCORDINGLY, THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU. EACH PROVISION OF THESE TERMS OF USE THAT PROVIDES FOR A LIMITATION OF LIABILITY, DISCLAIMER OF WARRANTIES, OR EXCLUSION OF DAMAGES IS INTENDED TO AND DOES ALLOCATE THE RISKS BETWEEN THE PARTIES UNDER THESE TERMS. THIS ALLOCATION IS AN ESSENTIAL ELEMENT OF THE AGREEMENT OF THE PARTIES. THE LIMITATIONS IN THIS SECTION WILL APPLY EVEN IF ANY LIMITED REMEDY FAILS ITS ESSENTIAL PURPOSE.

17. Choice of Law; Disputes. These Terms of Use are governed by the laws of the State of Washington, without giving effect to its conflict of laws provisions. You agree to submit to the personal and exclusive jurisdiction and venue in the state and federal courts sitting in King County, Washington for all disputes, claims, and actions arising from or in connection with the Services or otherwise under these Terms of Use. The Zillow Companies operate the Services from our offices in Washington, and we make no representation that the Services are appropriate or available for use in other locations.

18. General. You agree not to export from anywhere any part of the Services provided to you, or any direct product thereof, except in compliance with, and with all licenses and approvals required under, applicable export laws, rules and regulations. All Services used by the U.S. Government are provided with the commercial license rights described herein. These Terms of Use may be amended only by a written agreement signed by authorized representatives of the parties to these Terms of Use. If any part of these Terms of Use is determined to be invalid or unenforceable, then the invalid or unenforceable provision will be replaced with a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of these Terms of Use will continue in effect. The section titles in these Terms of Use are used solely for the convenience of the parties and have no legal or contractual significance. We may assign this Agreement, in whole or in part, at any time with or without notice to you. You may not assign these Terms of Use, or assign, transfer or sublicense your rights, if any, in the Services. Our failure to act with respect to a breach, or our choice to otherwise waive breach by you or others, does not waive our right to act with respect to subsequent or similar breaches. Except as expressly stated herein, these Terms of Use, and all expressly incorporated terms and agreements, constitute the entire agreement between you and the Zillow Companies with respect to the Services and supersede all prior or contemporaneous communications of any kind between you and the Zillow Companies with respect to the Services. The following sections of these Terms of Use shall survive any termination of these Terms of Use: 3, 5-8, 10-12, and 14-22.

19. Consent to Communications. By using the Services, you consent to receiving certain electronic communications from us as further described in the Privacy Policy. Please read our Privacy Policy to learn more. You agree that any notices, agreements, disclosures, surveys, or other communications that we send to you electronically will satisfy any legal communication requirements, including that those communications be in writing.

The Services may provide web forms, links, or contact information, including phone numbers, that can connect you with the Zillow Companies or third parties, such as real estate agents and Third-Party Providers. Communications through these methods may be routed through a third-party service ("Communications Service"). Calls may be recorded or monitored for quality assurance, training, or customer service purposes. You will be notified at the beginning of a call if it may be recorded or monitored. You consent to such recording and monitoring by the Zillow Companies or the Communications Service. We also use the Communications Service to track phone calls and text messages between you and real estate professionals so that we and the real estate professional can access certain details about the contact. As part of this process, we and the Communications Service will receive in real time, and store, data about your call or text message, including the date and time of the call or text message, your phone number, and the content of the text message. You consent to these practices by us and the Communications Service. The information is subject to the Privacy Policy.

20. Notice to California Residents. If you are a California resident, under California Civil Code Section 1789.3, you may contact the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs in writing at 1625 N. Market Blvd., Suite S-202, Sacramento, California 95834, or by telephone at (800) 952-5210 in order to resolve a complaint regarding the Service or to receive further information regarding use of the Service.

21. Contact Information and License Disclosures. The Services are offered by Zillow, Inc. and its affiliates, located at 1301 Second Avenue, Floor 31, Seattle, WA 98101. You may contact the Zillow Companies by sending correspondence to that address or emailing consumercare@zillow.com. See a complete list of Zillow, Inc.'s real

estate brokerage licenses, here.

Zillow Group Marketplace, Inc. is a wholly-owned subsidiary of Zillow, Inc. and has its headquarters at 1301 Second Ave., 30th floor, Suite 3000-A, Seattle, Washington 98101. The Nationwide Mortgage Licensing System (NMLS) Identification Number for Zillow Group Marketplace, Inc. is 1303160. To see a complete list of Zillow Group Marketplace, Inc.'s licenses, see Licensing and Disclosures, EQUAL HOUSING OPPORTUNITY.

Zillow Home Loans, LLC is a wholly-owned subsidiary of Zillow, Inc., and has its headquarters at 10975 El Monte, Overland Park, KS 66211. The NMLS Identification Number for Zillow Home Loans, LLC is 10287. To see a complete list of Zillow Home Loans, LLC's licenses, see this Licensing page. ZILLOW HOME LOANS, LLC IS AN EQUAL HOUSING LENDER.

Zillow Closing Services, LLC, Zillow Closing Services AZNV, LLC and Zillow Closing Services TX, LLC are wholly-owned subsidiaries of Zillow Group, Inc. Licensing information for the Zillow Closing Services entities can be found here.

22. Notice to Apple Users. If you are using our mobile applications on an iOS device, the terms of this Section 22 apply. You acknowledge that these Terms of Use are between you and the Zillow Companies only, not with Apple, and Apple is not responsible for the Services or related Materials. Apple has no obligation to furnish any maintenance or support services with respect to the Services. If the Services fail to conform to any applicable warranty, you may notify Apple and Apple will refund any applicable purchase price for the mobile application to you; to the maximum extent permitted by applicable law, Apple has no other warranty obligation with respect to the Services. Apple is not responsible for addressing any claim by you or any third party relating to the Services or your possession or use of the Services, including: (a) product liability claims; (b) any claim that the Services fail to conform to any applicable legal or regulatory requirement; and (c) claims arising under consumer protection or similar legislation. Apple is not responsible for the investigation, defense, settlement, or discharge of any third-party claim that the Services or your possession and use of the mobile application infringe that third party's intellectual property rights. You agree to comply with any applicable third-party terms when using the Services. Apple and Apple's subsidiaries are third party beneficiaries of Section 22 of these Terms of Use, and upon your acceptance of these Terms or Use, Apple will have the right (and will be deemed to have accepted the right) to enforce this Section 22 of these Terms of Use against you. You hereby represent and warrant that: (i) you are not located in a country that is subject to a U.S. Government embargo, or that is on Title 15, Part 740 Supplement 1, Country Group E of the U.S. Code of Federal Regulations; and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties.

See our previous Terms of Use:

2021 Terms of Use

**ZILLOW**GROUP

About Us

Media Room

Investors

Careers

Privacy Policy

Terms of Use

Our Brands

- Zillow
- Trulia
- StreetEasy
- Hotpads



- Zillow Rentals
- Zillow Premier Agent
- Zillow Home Loans
- Zillow Closing Services
- ShowingTime+

Our Blogs

- Corporate
- Consumer
- Research
- Tech
- Mortgage Learning
- Agent Resources
- Landlord Resources

Follow Us

© 2006-2023 MFTB Holdco, Inc., a Zillow affiliate

Exhibit B

The Wayback Machine - https://web.archive.org/web/20220910164327/https://www.zillowgroup.com/terms-of-use/

# Terms of Use

**Updated January 12, 2021**

Welcome and thank you for your interest in Zillow and the Zillow family of businesses (Zillow, Inc. and its affiliated brands listed in Section 2, collectively, the "Zillow Companies," "us," "our," or "we" ). By clicking a registration or new account submission button, or by otherwise using our websites, networks, mobile applications, or other services provided by the Zillow Companies (collectively, the "Services"), or accessing any content provided by us through the Services, you agree to be bound by the following terms of use, as updated from time to time (the "Terms of Use").

**1. The Zillow Companies' Role.** The Zillow Companies, and the Services, may assist you in performing the various tasks in a real estate transaction. However, unless explicitly specified by the terms of use for a particular Service (each a "Product's Terms"), THE SERVICES ARE NOT INTENDED TO provide you with any financial, real estate, or related advice of any kind. You understand and agree that the Services may include advertisements. To help make the advertisements relevant and useful to you, the Zillow Companies may serve advertisements based on the information we collect through the Services. See the Privacy Policy for more details.

**A. Zillow, Inc**. Zillow, Inc. has a real estate broker license in certain states (see Section 21). However, unless provided for in your Product's Terms, Zillow, Inc. assumes no responsibility for any result or consequence related directly or indirectly to any action or inaction that you or any consumer takes based on the Services or any other information available through or in connection with the Services.

**2. The Zillow Companies' Brands and Businesses.** We operate the following affiliated brands, any use of any of the Services provided by the following affiliated brands is subject to these Terms of Use: (a) Zillow; (b) Trulia; (c) Hotpads; (d) StreetEasy; (e) Naked Apartments; (f) Out East; (g) Bridge Interactive Group; (h) Zillow Group Marketplace; (i) Mortech; (j) dotloop; (k) Signpost Homes; (l) Zillow Homes; (m) Zillow Closing Services; and (n) Zillow Home Loans. Services offered by each of these companies may be subject to a Product's Terms or additional terms of use as available on their respective websites, networks, mobile applications or otherwise.

A. **Affiliated Business Relationship Notice**: This is to give you notice of business relationships among the following providers. Zillow, Inc. ("ZINC," which operates Zillow.com and promotes Zillow Offers, among other programs); Zillow Group Marketplace, Inc.("ZGMI"); Signpost Homes, Inc. ("Signpost"); Zillow Homes, Inc. ("ZHO"), Zillow Home Loans, LLC ("ZHL"); Zillow Closing Services, LLC ("ZCS"), Zillow Closing Services AZNV, LLC ("ZCS-AZNV") Zillow Closing and Escrow Services CA, Inc ("ZCS CA")and Zillow Closing Services TX, LLC ("ZCS-TX") are affiliated companies and each may refer to you the services of another. ZINC, ZGMI, Signpost, ZHO, ZHL, ZCS, ZCS-AZNV, ZCS-TX are each indirectly wholly owned by Zillow Group, Inc. through one or more subsidiaries. Because of these relationships, any referrals of you by any of the Zillow Companies may provide the referred company, its direct or indirect parent (including Zillow Group), and their respective employees with a financial or other benefit.

B. **Zillow Group Marketplace and Zillow Home Loans**. Except for ZHL, the Zillow Companies do not provide or utilize any information for use in loan-related decisions, and you acknowledge and agree not to use any information obtained from ZGMI or any other Zillow Companies' Services for loan related decisions. If you choose to engage with ZHL, you will be subject to ZHL's separate Product's Terms. You can find more information about ZHL's mortgage lending services at https://www.zillowhomeloans.com.

**3. Eligibility; Accounts and Registration.** You must be at least 18 years of age to use the Services. By agreeing to these Terms of Use, you represent and warrant that: (a) you are at least 18 years of age; (b) you have not previously been suspended or removed from the Services; and (c) your registration and your use of the Services is in compliance with all applicable laws and regulations. To access some features of the Services, you may be required to register for an account and agree to a Product's Terms, to the extent applicable to that service, which may be incorporated herein or available on a separate Zillow Companies site. When you register for an account you will be asked to provide us with some information about yourself, such as email address, phone number, or other contact information. You agree that the information you provide is accurate and that you will keep it accurate and up-to-date at all times. When you register, you will be asked to provide a password. You are solely responsible for maintaining the confidentiality of your account and password, and you are responsible for all actions taken via your account. You may not share your user account(s) with others. Unless you have entered into a commercial agreement with us permitting you to use the Services for transactions on behalf of another person, you may only use the Services for transactions on your own behalf.

**4. Use of the Services; Restrictions.**

**A. Use of the Services.** As long as you comply with these Terms of Use, we grant you a non-exclusive, limited, revocable, personal, non-transferable license to use the Services, and to download and use any App (as defined in Section 4(B) below) on your mobile device in object code form, for your personal use. If you are a real estate or mortgage professional acting in your professional capacity, you may additionally use the Services to provide information, to the extent permitted by applicable law, to your clients and to take actions on behalf of your clients ("Pro Use"). If you use the Services for a Pro Use, you represent and warrant that you have obtained all required authorizations and consents from your client. Except as expressly stated herein, these Terms of Use do not provide you with a license to use, reproduce, distribute, display or provide access to any portion of the Services on third-party web sites or otherwise. The Services may include software for use in connection with the Services. The Services may not be used for transactions in commercial real estate, which includes, without limitation, commercially zoned properties and vacation rentals.

**B. Mobile Applications.** To use any mobile application feature of the Services (each, an "App"), you must have a compatible mobile device. We do not warrant that any App will be compatible with your mobile device. You may use mobile data in connection with an App and may incur additional charges from your wireless provider for using an App. You agree that you are solely responsible for any applicable charges. We may update any app and may automatically electronically update the version of any App that you have installed on a mobile device. You consent to all automatic upgrades, and understand that these Terms of Use will apply to all updated versions of an App. Any third-party open source software included in an App is subject to the applicable open source license and may be available directly from the creator under an open source license. These Terms of Use do not apply to your use of software obtained from a third-party source under an open source license.

**C. Use of Content.** Subject to the restrictions set forth in these Terms of Use, you may copy information from the Services without the aid of any automated processes and only as necessary for your personal use or Pro Use to view, save, print, fax and/or e-mail such information. Notwithstanding the foregoing, the aggregate level data provided on the [Zillow Local-Info Pages](#) (the "Aggregate Data") may be used for non-personal uses, e.g., real estate market analysis. You may only display and distribute derivative works of the Aggregate Data (e.g., within a graph), so long as the Zillow Companies are cited as a source on every page where the Aggregate Data is displayed, including "Data Provided by Zillow Group". Such citation may not include any of our logos without our prior written approval or imply any relationship between you and the Zillow Companies beyond that the Zillow Companies are the source of the Aggregate Data. You are prohibited from displaying any other Zillow Companies' data without our prior written approval.

**5. Prohibited Use.** BY USING THE SERVICES, YOU AGREE NOT TO:

- reproduce, modify, distribute, display or otherwise provide access to, create derivative works from, decompile, disassemble, or reverse engineer any portion of the Services, except as explicitly permitted by any Product's Terms to the extent applicable to that product's Services;
- provide/post/authorize a link to any of the Services (including but not limited to an agent profile page) from a third-party website that is not a real estate-related website owned or operated by a real estate or lending professional or institution;
- remove or modify any copyright or other intellectual property notices that appear in the Services;
- use the Services in any way that is unlawful, or harms the Zillow Companies, its service providers, suppliers, affiliates, or any other user;
- use the Services in any way to discriminate against any individual or class of individuals protected under federal, state or local laws, or which may have a discriminatory impact against any individual or class of individuals, or which otherwise promotes illegal, racist or discriminatory activities or outcomes;
- distribute or post spam or other unsolicited messages, chain letters, pyramid schemes, or similar communications through the Services;
- impersonate another person, misrepresent your affiliation with another person or entity, or make any representation to any third party under false pretenses;
- reproduce, publicly display, or otherwise make accessible on or through any other website, application, or service any reviews, ratings, or profile information about real estate, lending, or other professionals, underlying images of or information about real estate listings, or other data or content available through the Services, except as explicitly permitted by us for a particular portion of the Services;
- upload invalid data, viruses, worms, or other software agents to the Services;
- post, reproduce, publicly display, or otherwise make accessible any content, which we, in our sole judgement and discretion, consider illegal, offensive or objectionable including without limitation content that harasses, discriminates, demeans, threatens or disparages any individual or class of individuals;
- interfere with, or compromise the system integrity or security of the Services, or otherwise bypass any measures we may use to prevent or restrict access to the Services;

- conduct automated queries (including screen and database scraping, spiders, robots, crawlers, bypassing "captcha" or similar precautions, or any other automated activity with the purpose of obtaining information from the Services) on the Services;
- use any of the Zillow Companies' trademarks as part of your screen name or email address on the Services;
- access or use any of the Services to develop competitive products or services; or
- attempt to, or permit or encourage any third party to, do any of the above.

## 6. Fees.

**A. Generally.** You may be required to pay fees to access certain features of the Services. All fees are in U.S. dollars and are non-refundable. If we change the fees for all or part of any of the Services, including by adding fees or charges, we will provide you advance notice of those changes. If you do not accept the changes, we may discontinue providing the applicable part of the Services to you. Our authorized third-party payment processors will charge the payment method you specified at the time of purchase or as agreed to as part of the selected Service. You authorize us to charge all fees as described in these Terms of Use for the Services you select to that payment method. If you pay any fees with a credit card, we may seek pre-authorization of your credit card account before your purchase to verify that the credit card is valid and has the necessary funds or credit available to cover your purchase.

**B. Subscriptions.** The Services may include features that allow for automatically recurring payments for periodic charges ("Subscription Service"). If you decide to activate a Subscription Service, you authorize us to periodically charge, on a going-forward basis and until cancellation of either the recurring payments or your account, all accrued sums on or before the payment due date for the accrued sums. The subscription will continue unless and until you cancel your subscription, or we terminate it. You must cancel your Subscription Service before it renews in order to avoid billing of the next periodic subscription fee to your account. We will bill the periodic subscription fee to the payment method you provide to us during registration (or to a different payment method if you change your payment information). We may change the subscription fee for any subsequent subscription period but will provide you advance notice of any increase before it applies. Unless otherwise stated in your Product's Terms, you may cancel a Subscription Service through the settings page in your account; by contacting us at, consumercare@zillow.com; or, if applicable, by contacting your business consultant.

## 7. User Materials.

**A. UGC Definition; License Grant.** Certain portions of the Services may allow users to upload or otherwise provide the Zillow Companies images, photos, video, data, text, listings, and other content ("User Materials"). Absent any additional terms provided in your Product's Terms,by uploading or otherwise providing User Materials to the Services, you grant us an irrevocable, perpetual, royalty-free worldwide license to: (i) use, copy, distribute, transmit, publicly display, publicly perform, reproduce, edit, modify, prepare derivative works of or incorporate into other works, and translate your User Materials, in connection with the Services or in any other media; and (ii) sublicense these rights, to the maximum extent permitted by applicable law. We will not pay you for your User Materials or to exercise any rights related to your User Materials set forth in the preceding sentence. We may remove or modify your User Materials at any time. You are solely responsible for all User Materials made through your user account(s) on the Services or that you otherwise make available through the Services. For all User Materials, you represent and warrant that you are the creator and owner of the User Materials, or have the necessary licenses, rights, consents, and permissions (including all permissions required under applicable privacy and intellectual property law) to authorize the Zillow Companies and other users to access and use your User Materials as necessary to exercise the licenses granted by you under these Terms of Use. We will not use client contact information that is uploaded by agents into the Zillow Agent Hub portal for any purpose, unless that client contact information is otherwise provided to us directly by the client.

**B. UGC Disclaimer.** We are under no obligation to edit or control your User Materials or the User Materials of any other User and will not be in any way responsible or liable for any User Materials. We may, however, at any time and without prior notice, screen, remove, edit, or block any User content on the Services, including User Materials, that in our sole judgment violates these Terms of Use or we find otherwise objectionable, including any violation of our Good Neighbor Policy, described in Section 13(B). You understand that when using the Services, you may be exposed to User Materials of other users and acknowledge that User Materials may be inaccurate, offensive, indecent, or objectionable. You agree to waive, and do waive, any legal or equitable right or remedy you may have against us with respect to User Materials. We expressly disclaim any and all liability in connection with User Materials. If notified by a user or content owner that User Materials allegedly do not conform with these Terms of Use, we may investigate the allegation and determine in our sole discretion whether to remove those User Materials, which we reserve the right to do at any time and without notice. For more information on our handling of infringing content, please see Section 11 below.

## 8. 3rd Party/Linked Services/Sent information.

**A. Generally.** The Services include links to third-party products, services, and websites, as well as materials provided by third parties, and may include functionality that allows for the distribution of your User Materials or your personal information (collectively, your "User Information") to third parties not under the our control (each, a "Third-Party Provider"). Third-Party Providers are solely responsible for their services. You are responsible for your use and submission of User Information to any third party, and your dealings or business conducted with any third party arising in connection with the Services are solely between you and such third party. Your use of third-party sites, services, or products may be subject to associated third-party terms of use and privacy policies or other agreements, which you are solely responsible for complying with. We do not endorse, and take no responsibility for such products, services, Web sites, and materials, or a Third-Party Provider's use of your User Information. By using a tool that allows for User Information to be transferred, you agree that we may transfer the applicable User Information or other information to the applicable third-parties, which are not under our control. If you submit a contact form or otherwise indicate your interest in contacting a Third-Party Provider, you may receive telemarketing calls from the Third-Party Provider using the contact information you provided. Third-Party Providers may keep your contact information and any other information received by the Third-Party Provider in processing a contact or other request form. We are not responsible for any damages or costs of any type arising out of or in any way connected with your dealings with these third parties.

**B. Certain Third-Party Services.**

(i)Referrals and Lead Sales.As part of the Services, you may be connected with a real estate professional. You authorize us to make such referral or lead sale and acknowledge that we may be paid valuable consideration for facilitating such connection.   As part of the Services, you may be connected to a party that provides mortgage loan origination services, title and escrow services, or other settlement services. .  In the event that any of these parties have an affiliated relationship with any of the Zillow Companies, then one or more of the Zillow Companies may receive a financial or other benefit from the referral between such affiliates

(ii) Non-Affiliated Financial Products. If you choose to contact a non-affiliated bank, mortgage lender, financial institution, mortgage loan originator, loan broker, or other mortgage professional through the Services by filling out a contact, other request form or otherwise indicating your interest in contacting (or being contacted by) a Third-Party Provider (including requests for mortgage rate quotes) on the Services, you authorize the Zillow Companies, and Zillow Group Marketplace, Inc., in particular to provide the information you submit to the Third-Party Provider. If you include your name, contact information and other information in a request, your identity will no longer be anonymous to the Third-Party Provider. Your submission of information and any request for quotes through the Services is not an application for credit. In the case of non-affiliated financial products, the Zillow Companies are only providing an administrative service to consumers and participating Third-Party Providers. Loan approval standards are established and maintained solely by individual Third-Party Providers. Decisions in any related non-affiliated transactions are made by participating Third-Party Providers and are not made by the Zillow Companies and the Zillow Companies are not responsible for the underwriting activities or credit decisions of any Third-Party Provider. Any non-binding quotes provided by the Zillow Companies for Third-Party Providers' financial products are not intended to be official Loan Estimates as defined in the Real Estate Settlement Procedures Act or the Truth in Lending Act or otherwise serve as a disclosure of any specific loan terms or conditions under any state or federal law. Interest rates displayed through the Services are for informational purposes only and reflect non-binding  quotes of the terms a Third-Party Provider might offer an applicant fitting a consumer's anonymous profile. Actual interest rates may vary. Consumers should rely on their own judgment in deciding which available loan product, terms, and Third-Party Provider best suit their needs and financial means. Except as set forth in Section 8(b)(i) above or as otherwise disclosed to you or provided in other Product's Terms, the Zillow Companies: (a) are not a Third-Party Provider, loan originator, loan processor or underwriter; (b) do not aid or assist applicants in obtaining loans, solicit applicants  or Third-Party Providers for loans, or offer or negotiate terms of applications or loans; (c) do not take mortgage applications, make loans or credit decisions or prequalify or preapprove  applicants for loans; (d) are not an agent of either any consumer or any Third-Party Provider; (e) do not endorse, refer or recommend any Third-Party Provider that pays The Zillow Companies or the products of any Third-Party Provider that pays the Zillow Companies; (f) are not responsible for any errors or delays caused by consumers or any Third-Party Provider in the loan process; and (g) do not guarantee offer of, or acceptance into, any particular loan program or specific loan terms, conditions, or rates with any Third-Party Provider, or that any rates or terms will be the best available.

(iii) Rental Products. If you choose to submit your information in order to submit a background or credit check, you are subject to the Checkr and Experian terms as described in Section 8(C) below. We do not process, or store background or credit check information related to its rental products and do not control how a landlord uses background or credit check information in evaluating their applications. We do not guarantee any acceptance by a landlord of an application but do require all landlords using the Services to comply with the Fair Housing Act and other applicable laws.

**C. Additional Terms for Third Party Services.** Certain aspects of the Services include third-party tools that are subject to additional third-party terms, including, but not limited to, the following:

(i) Windows Live Virtual Earth. Windows Live Virtual Earth imagery is supplied by Microsoft Corporation, and use is subject to the Microsoft MapPoint Terms of Use available at http://www.microsoft.com/maps/assets/docs/terms.aspx.

(ii) Google Maps. Some of the Services implement the Google Maps web mapping service. Your use of Google Maps is subject to Google's terms of use, available at http://www.google.com/intl/en_us/help/terms_maps.html, and Google's Privacy Policy, available at https://www.google.com/intl/ALL/policies/privacy/index.html.

(iii) Stripe. Some of the Services allow you to use Stripe Connect to make payments to other users and may include additional processing or application fees detailed when you choose to connect to Stripe. Your use of Stripe is subject to the Stripe Connected Account Agreement, available at https://stripe.com/us/connect-account/legal. Additionally, by using Stripe, you agree not to use Stripe (and the Services generally) for any Prohibited Business purposes, as listed at https://stripe.com/us/prohibited-businesses.

(iv) Checkr. Some of the Services allow users to use our third-party background check partner's, Checkr's, services to submit an application and background check to a landlord. If you are a Renter using the Checkr services, you authorize Zillow to obtain your background check report, including criminal and eviction history, and to share that information with Landlords you submit an application to, and agree to the Checkr Terms of Use available at https://checkr.com/terms-of-service/. If you are a Landlord using the Checkr services, you agree to use the background check reports in compliance with the law, and agree to the Checkr Background Check Report Terms of Use, available at https://zillow.com/rental-manager/terms/Checkr-Terms-of-Use.

(v) Chase. Some of the Services allow you to use Chase to make payments to The Zillow Companies. Your use of the Chase payments feature is subject to the Chase Paymentech Privacy Policy, available at https://www.chasepaymentech.com/.

(vi) Plaid. The rental payments feature allows you to link your bank account through Plaid for the purposes of making or receiving rental payments. By using Plaid, you agree to your personal and financial information being transferred, stored, and processed by Plaid in accordance with the Plaid Privacy Policy, available at https://plaid.com/legal.

(vii) Experian. Some of the Services allow you to use the Experian Connect service to submit a request for a credit check be sent to a landlord. If you use the Experian services, you agree to the Experian Connect Terms and Conditions, available at https://connect.experian.com/legal/terms.html.

**9. Intellectual Property.** The Services are owned and operated by the Zillow Companies. The user interfaces, design, information, data, code, products, software, graphics, and all other elements of the Services (the "Zillow Companies' Materials") that we provide are protected by intellectual property and other laws and are the property of the Zillow Companies or the Zillow Companies' third-party licensors. Except as expressly allowed by these Terms of Use, you may not make use of the Zillow Companies' Materials, and the Zillow Companies reserve all rights to the Zillow Companies' Materials and Services not granted expressly in these Terms of Use.

Intellectual Property Notices:

Certain content on the Services is owned by ZIP+4 data and the United States Postal Service. To view a complete list of our issued patents and active trademarks, click here. The names of actual companies, products, and services mentioned herein may be the trademarks of their respective owners. Any rights not expressly granted herein are reserved. We do not assert copyright or grant any rights to the underlying images or descriptions of real estate listings provided through the Services. Any use of these images and descriptions is subject to the copyright owner's permission and the requirements of applicable law.

**10. Feedback.** If you choose to provide input and suggestions regarding the Services, including related to any of the Zillow Companies' Materials ("Feedback"), then you hereby grant us an unrestricted, perpetual, irrevocable, non-exclusive, fully-paid, royalty-free right to use the Feedback in any manner and for any purpose, including the improve the Services or create other products and services.

**11. DMCA; Claims of Copyright Infringement.** We respect the intellectual property rights of others and ask that everyone using the Services do the same. Anyone who believes that their work has been reproduced on the Services in a way that constitutes copyright infringement may notify our copyright agent in accordance with Title 17, United States Code, Section 512(c)(2), by providing the following information:

(i). Identification of the copyrighted work that you claim has been infringed;

(ii). Identification of the material that you claim is infringing and needs to be removed, including a description of where it is located on the Services so that the copyright agent can locate it;

(iii). Your address, telephone number, and, if available, e-mail address, so that the copyright agent may contact you about your complaint; and

(iv). A signed statement that the above information is accurate; that you have a good faith belief that the identified use of the material is not authorized by the copyright owner, its agent, or the law; and, under penalty of perjury, that you are the copyright owner or are authorized to act on the copyright owner's behalf in this situation.

Notices of copyright infringement claims should be sent as follows:

By mail:
Zillow, Inc.
1301 Second Avenue, Floor 31
Seattle, WA 98101
Attention: Copyright Agent

By e-mail:
If relating to content on Trulia.com and related websites: DMCA_notice_email@trulia.com
Otherwise: DMCA_notice_email@zillow.com

If you give notice of copyright infringement by e-mail, we may begin investigating the alleged copyright infringement; however, we must receive your signed statement by mail or as an attachment to your e-mail before we are required to take any action.

**12. Deactivation/Deletion /Changes to Agreement.** Except as stated in any Product's Terms, you may deactivate your account at any time by selecting "deactivate account" in your account settings. You can delete your account and all of your account data by submitting a request to "delete your data" at https://privacy.zillowgroup.com/. If you deactivate or delete your account, you remain obligated to pay all outstanding fees, if any, incurred prior to termination relating to your use of the Services. If you violate any provision of these Terms of Use, your permission from the Zillow Companies to use the Services will terminate automatically. In addition, we may, in our sole discretion, deactivate, suspend, or terminate your access to your account and the Services at any time for any reason, with or without notice. We may alter, suspend or discontinue the Services or any portion of the Services without notice. We will not be liable whatsoever for any change to the Services or any suspension or termination of your access to, or use of the Services. We reserve the right to change these Terms of Use at any time in its sole discretion on a going-forward basis. We will make commercially reasonable efforts to notify you of any material changes to these Terms of Use. Your continued use of the Services after any updates are effective will represent your agreement to the revised version of the Terms of Use. Your continued use of the Services after the effectiveness of such changes will constitute acceptance of, and agreement to, any such changes. You further waive any right you may have to receive specific notice of such changes to these Terms of Use. You are responsible for regularly reviewing these Terms of Use.

**13. Privacy Policy/Other Terms.**

**A. Privacy Policy.** The Zillow Companies will collect, use, store, and disclose personal information in accordance with our Privacy Policy. Please consult the Privacy Policy for more information, which is incorporated into, and made a part of, these Terms of Use.

**B. Other Terms.** Your use of the Services is subject to all additional guidelines, rules, Product's Terms, and agreements applicable to the Services or certain features of the Services that we may post on, or link to, from the Services, such as rules applicable to a particular product or content available through the Services, including, without limitation, the Good Neighbor Policy, the Listing Quality Policy, Self-Tour Terms and Conditions , the Rentals User Terms, the Respectful Renting Pledge, the 3D Home Terms and Guidelines, and the Video Walkthrough Guidelines. If you are a non-affiliated Third-Party Provider  who has created an industry professional account with Zillow Group, you are subject to the NMLS Data Terms.  Additionally, if you are a non-affiliated Third-Party Provider who  participates in any Services offered by Zillow Group Marketplace, Inc. you are also subject to the Zillow Group Market Place, Inc.'s Lender Terms of Use.  All such terms are incorporated into, and made a part of, these Terms of Use.

**14. Indemnification.** You agree to indemnify, defend, and hold harmless the Zillow Companies, their affiliates, and their respective directors, officers, employees, and agents from any and all claims and demands made by any third party due to or arising out of: (a) your access to or use of the Services; (b) your breach of these Terms of Use; (c) your violation of any law or the rights of a third party; (d) any dispute or issue between you and any third party; (e) any User Materials you upload to, or otherwise make available through, the Services; (f) your

willful misconduct; and (g) any other party's access to or use of the Services using your account and password. The Zillow Companies reserve the right, at their own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and in that case, you agree to corporate with the Zillow Companies' defense of that claim.

**15. No Warranties.** THE ZILLOW COMPANIES PROVIDE THE SERVICES "AS IS," "WITH ALL FAULTS" AND "AS AVAILABLE," AND THE ENTIRE RISK AS TO SATISFACTORY QUALITY, PERFORMANCE, ACCURACY, AND EFFORT IS WITH YOU. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE ZILLOW COMPANIES AND ITS SUPPLIERS MAKE NO REPRESENTATIONS, WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED. THE ZILLOW COMPANIES AND THEIR SUPPLIERS EXPRESSLY DISCLAIM ANY AND ALL WARRANTIES OR CONDITIONS, EXPRESS, STATUTORY AND IMPLIED, INCLUDING WITHOUT LIMITATION: (A) WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANLIKE EFFORT, ACCURACY, TITLE, QUIET ENJOYMENT, NO ENCUMBRANCES, NO LIENS AND NON-INFRINGEMENT; (B) WARRANTIES OR CONDITIONS ARISING THROUGH COURSE OF DEALING OR USAGE OF TRADE; AND (C) WARRANTIES OR CONDITIONS OF UNINTERRUPTED OR ERROR-FREE ACCESS OR USE. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU THROUGH THE SERVICES OR ANY MATERIALS AVAILABLE THROUGH THE SERVICES WILL CREATE ANY WARRANTY REGARDING ANY ZILLOW COMPANIES' ENTITY OR THE SERVICES THAT IS NOT EXPRESSIVELY STATED IN THESE TERMS OF USE. YOU ASSUME ALL RISK FOR ANY DAMAGE THAT MAY RESULT FROM YOUR USE OF OR ACCESS TO THE SERVICES, YOUR DEALING WITH ANY OTHER USER, AND ANY MATERIALS, INCLUDING ALL USER AND ZILLOW COMPANIES' MATERIALS, AVAILABLE THROUGH THE SERVICES. YOU UNDERSTAND AND AGREE THAT YOUR USE OF THE SERVICES, AND USE, ACCESS, DOWNLOAD, OR OTHERWISE OBTAINMENT OF MATERIALS THROUGH THE SERVICES AND ANY ASSOCIATED SITES OR SERVICES, ARE AT YOUR OWN DISCRETION AND RISK, AND THAT YOU ARE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR PROPERTY (INCLUDING YOUR COMPUTER SYSTEM OR MOBILE DEVICE USED IN CONNECTION WITH THE SERVICES), OR THE LOSS OF DATA THAT RESULTS FROM THE USE OF THE SERVICES OR THE DOWNLOAD OR USE OF THOSE MATERIALS. SOME JURISDICTIONS MAY PROHIBIT A DISCLAIMER OF WARRANTIES AND YOU MAY HAVE OTHER RIGHTS THAT VARY FROM JURISDICTION TO JURISDICTION.

**16. Limitation of Liability/Exclusive Remedy.** IN NO EVENT WILL THE ZILLOW COMPANIES OR ANY OF THEIR AFFILIATES BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL, OR PUNITIVE DAMAGES (INCLUDING DAMAGES FOR LOSS OF PROFITS, GOODWILL, OR ANY OTHER INTANGIBLE LOSS) ARISING OUT OF, BASED ON, OR RESULTING FROM THESE TERMS OF USE OR YOUR USE OR ACCESS, OR INABILITY TO USE OR ACCESS, THE SERVICES OR ANY MATERIALS ON THE SERVICES, WHETHER BASED ON: (A) BREACH OF CONTRACT; (B) BREACH OF WARRANTY; (C) NEGLIGENCE; OR (D) ANY OTHER CAUSE OF ACTION, EVEN IF THE ZILLOW COMPANIES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE ZILLOW COMPANIES ASSUME NO LIABILITY OR RESPONSIBILITY FOR ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF MATERIALS; (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO OR USE OF THE SERVICES; (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION STORED THEREIN; (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM THE SERVICES; (V) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE THAT MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY; (VI) ANY ERRORS OR OMISSIONS IN ANY MATERIALS OR FOR ANY LOSS OR DAMAGE INCURRED AS A RESULT OF THE USE OF ANY MATERIALS POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE THROUGH THE SERVICES; OR (VII) USER MATERIALS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY. THE AGGREGATE LIABILITY OF THE ZILLOW COMPANIES AND ANY OF THEIR AFFILIATES TO YOU FOR ALL CLAIMS ARISING OUT OF OR RELATING TO THE USE OF, OR INABILITY TO USE, ANY PORTION OF THE SERVICES OR OTHERWISE UNDER THESE TERMS OF USE, WHETHER UNDER CONTRACT, TORT, OR OTHERWISE, IS LIMITED TO THE GREATER OF: (1) THE AMOUNT YOU HAVE PAID TO THE ZILLOW COMPANIES FOR THE SERVICES IN THE 12 MONTHS PRIOR TO THE EVENTS OR CIRCUMSTANCES GIVING RISE TO THE CLAIMS; OR (2) $100. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL DAMAGES. ACCORDINGLY, THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU. EACH PROVISION OF THESE TERMS OF USE THAT PROVIDES FOR A LIMITATION OF LIABILITY, DISCLAIMER OF WARRANTIES, OR EXCLUSION OF DAMAGES IS INTENDED TO AND DOES ALLOCATE THE RISKS BETWEEN THE PARTIES UNDER THESE TERMS. THIS ALLOCATION IS AN ESSENTIAL ELEMENT OF THE AGREEMENT OF THE PARTIES. THE LIMITATIONS IN THIS SECTION WILL APPLY EVEN IF ANY LIMITED REMEDY FAILS ITS ESSENTIAL PURPOSE.

**17. Choice of Law; Disputes.** These Terms of Use are governed by the laws of the State of Washington, without giving effect to its conflict of laws' provisions. You agree to submit to the personal and exclusive jurisdiction and venue in the state and federal courts sitting in King County, Washington for any and all disputes, claims and actions arising from or in connection with the Services or otherwise under these Terms of Use. The Zillow Companies operate the Services from its offices in Washington, and we make no representation that the Services are appropriate or available for use in other locations.

**18. General.** You agree not to export from anywhere any part of the Services provided to you, or any direct product thereof, except in compliance with, and with all licenses and approvals required under, applicable export laws, rules and regulations. All Services used by the U.S. Government are provided with the commercial license rights described herein. These Terms of Use may only be amended by a written agreement signed by authorized representatives of the parties to these Terms of Use. If any part of these Terms of Use is determined to be invalid or unenforceable, then the invalid or unenforceable provision will be replaced with a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of these Terms of Use will continue in effect. The section titles in these Terms of Use are solely used for the convenience of the parties and have no legal or contractual significance. We may assign this Agreement, in whole or in part, at any time with or without notice to you. You may not assign these Terms of Use, or assign, transfer or sublicense your rights, if any, in the Services. Our failure to act with respect to a breach, or our choice to otherwise waive breach, by you or others does not waive its right to act with respect to subsequent or similar breaches. Except as expressly stated herein, these Terms of Use, and all expressly incorporated terms and agreements, constitute the entire agreement between you and the Zillow Companies with respect to the Services and supersede all prior or contemporaneous communications of any kind between you and the Zillow Companies with respect to the Services. The following sections of these Terms of Use shall survive any termination of these Terms of Use: 3, 5-8, 10-12, and 14-22.

**19. Consent to Communications.** By using the Services, you consent to receiving certain electronic communications from us as further described in the Privacy Policy. Please read the Privacy Policy to learn more. You agree that any notices, agreements, disclosures, surveys, or other communications that we send to you electronically will satisfy any legal communication requirements, including that those communications be in writing.

The Services may provide web forms, links, or contact information, including phone numbers, that can connect you with the Zillow Companies or third parties, such as real estate agents and Third-Party Providers. Communications through these methods may be routed through a third-party service ("Communications Service"). Calls may be recorded or monitored for quality assurance, training, or customer service purposes. You will be notified at the beginning of a call if it may be recorded or monitored. You consent to such recording and monitoring by the Zillow Companies or the Communications Service. We also use the Communications Service to track phone calls and text messages between you and real estate professionals so that we and the real estate professional can access certain details about the contact.  As part of this process, we and the Communications Service will receive in real time, and store, data about your call or text message, including the date and time of the call or text message, your phone number, and the content of the text message. You consent to these practices by us and the Communications Service. The information is subject to the Privacy Policy.

**20. Notice to California Residents.** If you are a California resident, under California Civil Code Section 1789.3, you may contact the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs in writing at 1625 N. Market Blvd., Suite S-202, Sacramento, California 95834, or by telephone at (800) 952-5210 in order to resolve a complaint regarding the Service or to receive further information regarding use of the Service.

**21. Contact Information and License Disclosures.** The Services are offered by Zillow, Inc. and its affiliates, located at 1301 Second Avenue, Floor 31, Seattle, WA 98101. You may contact the Zillow Companies by sending correspondence to that address or emailing consumercare@zillow.com.   See a complete list of Zillow, Inc.'s real estate brokerage licenses, here.

Zillow Group Marketplace, Inc. is a wholly-owned subsidiary of Zillow, Inc. and has its headquarters at 1301 Second Ave., 30th floor, Suite 3000-A, Seattle, Washington 98101. The Nationwide Mortgage Licensing System (NMLS) Identification Number for Zillow Group Marketplace, Inc. is 1303160. To see a complete list of Zillow Group Marketplace, Inc.'s licenses, see Licensing and Disclosures, EQUAL HOUSING OPPORTUNITY.

Zillow Home Loans, LLC is a wholly-owned subsidiary of Zillow, Inc., and has its headquarters at 10975 El Monte, Overland Park, KS 66211.  The NMLS Identification Number for Zillow Home Loans, LLC is 10287.  To see a complete list of Zillow Home Loans, LLC's licenses, see this Licensing page. ZILLOW HOME LOANS, LLC IS AN EQUAL HOUSING LENDER.

Zillow Closing Services, LLC, Zillow Closing Services AZNV, LLC and Zillow Closing Services TX, LLC are wholly-owned subsidiaries of Zillow Group, Inc.  Licensing information for the Zillow Closing Services entities can be found here.

**22. Notice to Apple Users.** If you are using our mobile applications on an iOS device, the terms of this Section 22 apply. You acknowledge that these Terms of Use are between you and the Zillow Companies only, not with Apple, and Apple is not responsible for the Services or related Materials. Apple has no obligation to furnish any maintenance or support services with respect to the Services. If the Services fail to conform to any applicable

warranty, you may notify Apple and Apple will refund any applicable purchase price for the mobile application to you; and, to the maximum extent permitted by applicable law, Apple has no other warranty obligation with respect to the Services. Apple is not responsible for addressing any claim by you or any third party relating to the Services or your possession or use of the Services, including: (a) product liability claims; (b) any claim that the Services fail to conform to any applicable legal or regulatory requirement; and (c) claims arising under consumer protection or similar legislation. Apple is not responsible for the investigation, defense, settlement or discharge of any third-party claim that the Services or your possession and use of the mobile application infringe that third party's intellectual property rights. You agree to comply with any applicable third-party terms when using the Services. Apple and Apple's subsidiaries are third party beneficiaries of Section 22 of these Terms of Use, and upon your acceptance of these Terms or Use, Apple will have the right (and will be deemed to have accepted the right) to enforce this Section 22 of these Terms of Use against you. You hereby represent and warrant that: (i) you are not located in a country that is subject to a U.S. Government embargo, or that is on Title 15, Part 740 Supplement 1, Country Group E of the U.S. Code of Federal Regulations; and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties.

About Us

Media Room

Investors

Careers

Privacy Policy

Terms of Use

Our Brands

- Zillow

- Trulia

- StreetEasy

- Hotpads

- Zillow Rentals

- Zillow Premier Agent

- Zillow Home Loans

- Zillow Closing Services

- ShowingTime

Our Blogs

- Corporate

- Consumer

- Research

- Tech

- Mortgage Learning

- Agent Resources

- Landlord Resources

Follow Us

Exhibit C



# Privacy Policy

The information we collect, why we use it, who we share it with, and how we protect it, along with the tools you can use to manage your privacy.

**Effective Date:** January 2023

When you use Zillow Group services to find, buy, rent, or sell your home, get a mortgage, or connect to a real estate pro, we know you're trusting us with your data. We also know we have a responsibility to respect your privacy, and we work hard to do just that. This Privacy Notice explains what personal data we collect, why we use it, who we share it with, and how we protect it, along with the tools you can use to manage your privacy. We periodically revise this Notice to reflect new and evolving laws that govern privacy. This Privacy Notice is not a contract and does not create any legal rights or obligations.

**Who We Are**: Zillow Group offers a wide range of offerings that focus on all stages of your home journey: searching, renting, buying, selling, financing, and home improvement.

We know that everyone's home journey is different, and that deciding on the right place to call home is an intimate, personal experience. Along with a wealth of information about homes, neighborhoods, market conditions, local real estate professionals, and financing options, we also use the information you give us to provide our services and help you find your next home.

We carefully evaluate how we use data to make sure that we're using your information to provide value **for you**. On this page, we aim to explain everything you need to know about your privacy at Zillow. If you have any questions that we haven't answered here, you can always contact us at [privacy@zillow.com](mailto:privacy@zillow.com).

When we use the terms "Zillow Group", "we", "us", or "our" in this Privacy Notice, we are referring to Zillow, Inc. and its affiliated brands.

**Our Offerings**: When we use the terms "offerings" or "services," we are referring to our Internet websites, mobile applications, and other services that link to this Privacy Notice and that we offer and manage on our own behalf, including:

- Our corporate websites that link to this Privacy Notice;
- Rental tools;
- Connections (such as connecting you to a lender or agent); and
- Other offerings we may make available through our sites and apps.

This Privacy Notice does not cover or address:

- Our business-facing brands, such as dotloop, ShowingTime, ShowingTime+, Mortech, and Bridge Interactive, all of which have their own Privacy Notices;
- Zillow Home Loans and Zillow Closing Services, each of which has its own Privacy Notice;
- Disclosures or rights we may provide to you in relation to the United States Fair Credit Reporting Act (FCRA) or the United States Gramm-Leach-Bliley Act (GLBA);
- Disclosures or rights we may provide to you in relation to U.S. state-specific financial privacy laws;
- Offerings that we provide solely on behalf of our business partners; and
- Personal data and privacy practices relating to job applicants, employees and other Zillow Group personnel.

We separately provide notices required under the GLBA, containing GLBA- and state-specific financial privacy law disclosures in connection with GLBA-covered services. If you would like to obtain another copy of a GLBA notice we previously provided to you, please contact us at [privacy@zillow.com](mailto:privacy@zillow.com).

For offerings provided on behalf of our customers who are real estate professionals (such as real estate agents, builders, third-party lenders, and landlords), please refer to the privacy notice of the real estate professional with whom you have a relationship for information on how they engage us to process your personal data.For individuals based outside the United States and Canada, this Privacy Notice applies solely to their browsing and actions on our website(s) accessible at: www.zillow.com; www.trulia.com; www.hotpads.com; www.zillowgroup.com; www.streeteasy.com, and www.outeast.com.

# Quick links

**What is Personal Data?**

**Our Collection and Use of Personal Data**

**Our Disclosure of Personal Data**

**Choices About Your Data**

**Third-Party Tracking and Interest-Based Advertising**

**Children's Personal Data**

**Region-Specific Disclosures**

**Third-Party Websites**

**Updates to this Privacy Notice**

**Contact us**

**Additional U.S. State Privacy Disclosures**

**What is Personal Data?**

When we use the term "personal data" in this Privacy Notice, we mean information that identifies, relates to, describes, is reasonably capable of being associated with, or could reasonably be linked, directly or indirectly, to an individual or household. It does not include aggregated or de-identified information that is maintained in a form that is not capable of being associated with or reasonably linked to an individual.

**Our Collection and Use of Personal Data**

The personal data we collect, the way we collect it, and how we use it will depend on how you are interacting with us and the type of services you use.

**Information We Collect As You Use Our Services**

*Collection of Personal Data*

As is true of most digital platforms, we and our third-party providers collect certain personal data automatically when you visit or interact with our websites, mobile apps, and other online services. This includes things like your home search history, homes you view, purchase activity, what you've clicked on and other uses of our websites, and the amount of time you spend looking at different parts of our websites.

Specifically, we and our third party partners may use tracking technologies to automatically collect commercial information, preferences, and internet, network and device information, including:

- **Information about how you access our services**, such as the website from which you came and the website to which you are going when you leave our websites, how frequently you access the services, when and whether you open emails or click the links contained in emails, whether you access the services from multiple devices and other actions you take on the services.
- **Information about how you use the services**, such as the pages you visit, the links you click, the ads you view and click on, purchase information and your checkout process, your location when you access or interact with our services, and other similar actions.
- **Information about the computer, tablet, smartphone or other device you use**, such as your IP address, browser type, Internet service provider, platform type, device type/model/manufacturer, operating system, date and time stamp, a unique ID that allows us to uniquely identify your browser, mobile device, or your account

(including, e.g., a persistent device identifier or an Ad ID), and other such information (referred to herein as "Log Data").

- **Analytics Data**, such as information about your activity when you visit our sites or use our apps; this can include clicks, mouse movements, forms you fill out, and similar information. We use this to better understand what features and parts of the website are most useful, and which ones may need to be improved.

- **Cookies, pixels, and other tracking**: We and our partners use various tools to collect data when you visit our sites and apps, including cookies, pixel tags, and other similar technologies. Cookies are bits of electronic data that can be transferred to your computer or other device to identify your browser. When you use Zillow, we and our partners may use cookies and other tools to gather information about how you view and use our services and content, and to connect your activity with other data we store about you. The use of cookies helps us serve you better by understanding what you're interested in, tracking trends, measuring the effectiveness of ads, saving your preferences, and storing information you may want to retrieve on a regular basis, such as your favorite homes. We also allow approved partners to collect data from your browser or device for advertising and measurement purposes using their own cookies or similar tools; these are categorized as "Advertising Cookies," and you can choose whether to disable them via either our Privacy Center or the "Cookie Preference" link at the bottom of our websites.

This information allows us to improve your customer experience. For example, we may use this information to enhance and personalize your user experience, to monitor and improve our websites and services, and for other internal purposes.  We may also use this information to: (a) remember information so that you will not have to re-enter it during your visit or the next time you visit the Sites; (b) provide custom, personalized content, and information; (c) identify and contact you across multiple devices; (d) provide and monitor the effectiveness of our services; (e) perform analytics and detect usage patterns on our services; (f) diagnose or fix technology problems; (g) detect or prevent fraud or other harmful activities; and (h) otherwise to plan for and enhance our services.

We and our third party partners may collect information through tracking technologies for personalized advertising purposes. To learn more about our advertising practices and your choices relating to advertising, please see "Third-Party Tracking and Interest-Based Advertising."

**Information You Give Us or Create Using Our Services**

*Collection of Personal Data*

When you use our services, websites, or apps, we collect personal data from you. We might also collect personal data about you from our business partners, payment processors, service providers, and other third parties who collect personal data on our behalf. This information might include:

- **Account Registration and Profile Information**: If you register for an account through our services or complete a Zillow profile, we collect account identifiers (including a username and password, as well as internal identifiers we assign to individual accounts to allow our systems to connect account information stored in different databases) and account history and records (including services you've used or interacted with, the date and type of account creation, account status, log in activity, transactions, the services we provide, messages received in connection with the services, and your activity on our websites and mobile applications). We use this information to create and administer your account, provide you with the relevant services and information, communicate with you regarding your account and your use of the services, for customer support purposes, and to send you communications by email, push notification, or by text message, in accordance with your preferences.
- **Customer Service and Communication History**: Including name, address, email, customer service requests, Account Identifiers, Account History and the contents of requests and correspondence with us (including recordings of phone calls, where permitted by law).
- **Feedback Information**: If you submit a review, feedback or other comments, we collect your contact information (such as first and last name, email address, and phone number) and any feedback and ratings relating to our services and products, including reviews you create of real estate pros.
- **Inquiries and Communication**:  If you communicate with us or otherwise submit an inquiry or question (e.g., via webform), we collect your contact information (such as first and last name, email address, and phone number), account identifiers and history (described above), and any other personal data you choose to provide in the content of your message or communication.  We use this information to investigate and respond to your inquiries, to facilitate communication with us, to provide you with requested information, to enhance the services we offer, and to manage and grow our business.  If you represent a company or agency interested in partnering with us, we will also collect your professional and employment information in order to respond to your inquiries, communicate with you, to manage and grow our organization and to facilitate a business relationship.  Our websites and online services provide you the ability to connect with us through an online web form that collects contact information (such as first and last name, email address, phone number, company name, and title with company), area(s) of interest or concern, and a custom message.

- **Location Data**: Including general geographic location reflected in the Log Data we collect or more precise location when you choose to share it with us through your device or browser settings.
- **Newsletters and Email Communication**: Many of our websites and online services provide you an opportunity to sign up for our newsletters and email communications by providing your email address. We use your email address to communicate with you about our services and exciting developments at Zillow Group, which may include marketing communications. Please see the "Choices About Your Data" section below for additional information about opting out of our marketing communications.
- **Payment Information**: We and our third-party service providers collect information relating to your transactions with us, including details regarding payments you've made through our sites or apps. We use third-party payment tools to process and store payment information like credit card numbers or bank account information. We don't store this information ourselves.

Although we often collect the personal data described above directly from you, we may also collect certain information through our business partners, service providers, and other third parties that collect it on our behalf, such as communications providers, data brokers, payment processors, payment system providers, and information technology providers.

Please note that we link the personal data we collect in connection with our services with the other personal data that we collect and may use it for the purposes we describe in more detail in the other sections of this Privacy Notice.

**Other Collection of Personal Data**

In addition to the personal data collected above, we may also collect personal data as follows:

- **Affiliates**:  We may receive information about you collected by other Zillow Group companies, businesses, brands, and affiliated entities in our family of companies, so that information you provide to one brand may be used by us to better provide you services and communicate with you.
- **Business Partners**: Our business partners, such as agent partners, lending partners, builders, property managers, and other real estate professionals collect personal data in connection with their services and often share some or all of this information with us. For example, we receive information about transactions you complete with partners with whom we've connected you through our services.
- **Business Representatives**: We collect professional personal data about representatives of third-party businesses, including representatives of our customers and business partners, in connection with our services and the operation of our business, which may include:
    - *Contact Information*: Including full name, email address, mailing address, and telephone number.
    - *Professional Information*: Including job title, job function, company name and characteristics, professional background, and nature of the relationship with us.
    - *Tax and Payment Information*: Including a personal tax identification number, bank account information, and payment information where you are a representative of a sole proprietor or similar legal structure that uses personal tax and account information in lieu of separate business information.
    - *Inquiry Information*: Including the contents of emails, texts, and other communications and, where permitted by law, recordings of calls with us.
    - *Feedback Information*, including information provided in response to surveys we may conduct with customers or business partners, or unsolicited feedback received regarding our services and business.
- **Office and Event Visitors**: We collect personal data about visitors to our physical offices and events, which may include:
    - *Contact Information*: Including full name, email address, mailing address, and telephone number.
    - *Professional Information*: Including job title, job function, company name, professional background, and nature of the relationship with us.
    - *Visit Information*: Including the purpose of the visit and any restrictions or preferences while on premise (such as dietary restrictions).
    - *Security Information*: Including a copy of a government ID (such as a driver's license) and a record of the visitor's access to our office or event, any use by the visitor of our computer systems, and images or video recordings of the visitor while on premises (where permitted by law).
- **Service Providers**: Our service providers, such as payment processors and marketing providers, collect personal data and often share some or all of this information with us. For example, we receive personal data from payment processors to confirm that an individual's payment for the services was accepted. We use this information to comply with our legal obligations, to monitor activity to identify and provide you with promotions and offers, and to prevent fraud, protect our rights and the rights of others, to inform our marketing and advertising activities, and to help provide our services.
- **Information Providers**: We may from time to time obtain information from third-party information providers to correct or supplement personal data we collect. For example, we may obtain updated contact information from third-party information providers to reconnect with you.

- **Publicly Available Information**: We may collect personal data from publicly available sources, such as information you publicly post or tag us in on social media sites or elsewhere online, and information contained in public records databases, such as government records or public review websites, to supplement the personal data identified above. We will use this information to conduct market research, verify your identity, prevent fraud, and improve our services.

**Other Uses of Personal Data**

In addition to the uses identified above, we use the personal data we collect to:

- Facilitate our day-to-day business operations, such as helping you find your next home, or connect with a real estate agent, lender, landlord, or other real estate professional;
- Create and maintain the services, develop new products and services, and improve existing products and services;
- Aggregate information we receive from you and third parties to help understand individual needs, customize our services and offerings, and provide everyone better service;
- Conduct research and analytics designed to understand our customer base and improve and grow our business, products, services, and customer experience;
- Communicate with you to provide technical or administrative support;
- Prevent, investigate, and defend against fraud or unlawful or criminal activity, access to, or use of personal data and our data system services;
- Enforce, investigate, and resolve disputes and security issues and to enforce our Terms of Service and any other contracts;
- Comply with legal obligations and other governmental demands;
- Understand your preferences and interests to better serve you on your home-finding journey;
- Personalize your individual experience, including providing educational resources and pointing you to homes you might be interested in or offerings of ours that might help you find your next home; and
- For any other lawful, legitimate business purpose.

**Our Disclosure of Personal Data**

We may disclose your personal data in the instances described below.  For further information on your choices regarding your information, see the "Choices About Your Data" section below.

We disclose your personal data in the following ways:

- **Within Zillow Group**: We are able to offer the products and services we make available because of the hard work of the entire Zillow Group team. Zillow Group entities disclose your personal data to other Zillow Group entities for purposes and uses that are consistent with this Privacy Notice and applicable law. For example, one part of Zillow might share your personal data with another in order to ensure that all the people helping in your home journey are working together for you.
- **Business Partners**: At your direction, we may share your personal data with our business partners in order to provide you with our products and services. For example, if you ask us to, we'll share your contact information with a real estate agent or mortgage lender.
- **Marketing Partners**: We coordinate and share your personal data with our marketing partners, including advertising networks, social networks, and marketing communication providers, in order to communicate with you about our products and services and market our products and services to you. We may also share aggregated demographic information with third parties interested in advertising on our online services to assist them in understanding the audience they would be reaching, but this information is not designed to identify any specific individual.
- **Service Providers**: We share information with third party vendors and service providers that perform services for or on our behalf, which may include identifying and serving targeted advertisements, providing mailing or email services, tax and accounting services, customer service, product fulfillment, payments processing, photo sharing, data processing and enhancement services, fraud prevention, web hosting, analytic services, or other online functionality, subject to appropriate contractual terms protecting the confidentiality and use of such data. We never allow service providers to use your personal data for their own purposes.
- **Business Transaction or Reorganization**: We may take part in or be involved with a corporate business transaction, such as a merger, acquisition, joint venture, or financing or sale of company assets. We may disclose your personal data to a third party during negotiation of, in connection with, or as an asset in such a corporate business transaction. Your personal data may also be disclosed in the event of insolvency, bankruptcy, or receivership.
- **Legal Obligations and Rights**: We may disclose your personal data to third parties, such as legal advisors and law enforcement:
    - In connection with the establishment, exercise, or defense of legal claims;
    - To comply with laws and regulations or to respond to lawful requests and legal process;

- To protect our rights and property and the rights and property of our agents, customers, and others, including to enforce our agreements, policies, and terms of use;
- To detect, suppress, or prevent fraud;
- To reduce credit risk and collect debts owed to us;
- To protect the health and safety of us, our customers, or any person; or
- As otherwise required by applicable law.
- For Zillow's policy on government and civil requests for information, please see Government and Civil Information Requests.

- **Otherwise with Consent or At Your Direction**: We may disclose your personal data to certain other third parties or publicly with your consent or direction. If you post a comment or review our website or a comment on our social media sites, the information you provide may be displayed publicly online for others to view.

**Choices About Your Data**

**Profile Access and Data Sharing**. You may access and update your profile information, such as your user name, address, or billing information, and may change some of your data sharing preferences on your account page.

**Location and Device Permissions**. You may control location tracking by adjusting your location services options on the "Settings" app on your mobile device.  We may continue to approximate your location based on your IP address when you access the services through a computer or device. If you would like to update your device content access permissions, such as permissions to access your camera, you can do so in the "Settings" app on your mobile device.

**Promotional Messages**. You can stop receiving promotional email communications from us by following the "unsubscribe" instructions provided in such communications.  We make every effort to promptly process all unsubscribe requests. You may still receive service-related communications, including account verification, transactional communications, changes/updates to features of the services, and technical and security notices.

**Third Party Tracking and Interest-Based Advertising**. We participate in interest-based advertising and use third party advertising companies to serve you targeted advertisements based on your browsing history. To learn more about our advertising practices and your choices relating to advertising, please see "Third-Party Tracking and Interest-Based Advertising."

**Third-Party Tracking and Interest-Based Advertising**

We may participate in interest-based advertising and use third party advertising companies to serve you targeted advertisements based on your browsing history. We may permit third party online advertising networks, social media companies, and other third-party services to collect information about your use of our websites, including our mobile apps, over time so that they may play or display ads on our services, on other websites, apps, or services you may use, and on other devices you may use. Typically, though not always, the information used for interest-based advertising is collected through tracking technologies, such as cookies, Flash objects, web beacons, embedded scripts, mobile SDKs, location-identifying technologies, and similar technology (collectively, "tracking technologies"), which recognize the device you are using and collect information, including clickstream information, browser type, time and date you visited the site, device ID or AdID, geolocation, and other information. We may share a common account identifier (such as an e-mail address or user ID) or hashed data with our third-party advertising partners to help identify you across devices. We and our third-party partners may use this information to make the advertisements you see online more relevant to your interests, as well as to provide advertising-related services such as reporting, attribution, analytics, and market research.

We, or our third-party partners, may link your various devices so that content you see on one device can result in relevant advertising on another device. We may share a common account identifier (such as a hashed email address or user ID) or work with third-party partners who use tracking technologies or statistical modeling tools to determine if two or more devices are linked to a single user or household. We, and our partners, can use this cross-device linkage to serve interest-based advertising and other personalized content to you across your devices (including to improve your user experience), to perform analytics, and to measure the performance of our advertising campaigns.

**Your Choices**

As noted above, depending on your browser or mobile device, you may be able to set your browser to delete or notify you of cookies and other tracking technology by actively managing the settings on your browser or mobile device. You may be able to limit interest-based advertising through the settings on your mobile device by selecting "limit ad tracking" (iOS) or "opt-out of interest based ads" (Android).  Please note that opt-outs are browser specific, so opting out on one browser will not affect a second browser, or device. Moreover, if you buy a new device, use a different browser, or clear all your cookies, you will have to opt out all over again. To learn more about interest-based advertising and how you may be able to opt-out of some of this advertising, you may

wish to visit the Network Advertising Initiative's online resources, at http://www.networkadvertising.org/choices, and/or the DAA's resources at www.aboutads.info/choices. You may also be able to opt-out of some – but not all – interest-based ads served by mobile ad networks by visiting http://youradchoices.com/appchoices and downloading the mobile AppChoices app. Note that some of these opt-outs may not be effective unless your browser is set to accept cookies. If you delete cookies, change your browser settings, switch browsers or computers, or use another operating system, you may need to opt-out again.

**Children's Personal Data**

Our websites and online services are not directed to, and we do not intend to or knowingly collect or solicit personal data from children under the age of 13. If you are under the age of 13, please do not use our websites or online services or otherwise provide us with any personal data either directly or by other means. If a child under the age of 13 has provided personal data to us, we encourage the child's parent or guardian to contact us as described below to request that we remove the personal data from our systems. If we learn that any personal data we collect has been provided by a child under the age of 13, we will promptly delete that personal data.

**Region-Specific Disclosures**

We may choose or be required by law to provide different or additional disclosures relating to the processing of personal data about residents of certain countries, regions, or states. Please see below for disclosures that may be applicable to you:

- If you are a resident of the State of California, Colorado, Connecticut, Utah, or Virginia in the United States, please see below for additional U.S. state-specific privacy disclosures.
- If you are a resident of the State of Nevada in the United States, Chapter 603A of the Nevada Revised Statutes permits a Nevada resident to opt out of potential future sales of certain covered information that a website operator has collected or will collect about the resident. To submit such a request, please contact us at privacy@zillow.com.

**Third-Party Websites**

Our websites and online services may include links to or redirect you to third-party websites, plug-ins and applications, including social media services where you may connect with us. Third-party websites may also reference or link to our websites and online services. Except where we post, link to, or expressly adopt or refer to this Privacy Notice, this Privacy Notice does not apply to, and we are not responsible for, any personal data practices of third-party websites and online services or the practices of other third parties. To learn about the personal data practices of these third parties, please visit their respective privacy notices or policies.

**Updates to this Privacy Notice**

We will update this Privacy Notice from time to time. When we make changes to this Privacy Notice, we will change the "Last Updated" date at the beginning of this Privacy Notice. If we make material changes to this Privacy Notice, we will notify you. All changes shall be effective from the date of publication unless otherwise provided in the notification.

**Contact Us**

If you have any questions or requests in connection with this Privacy Notice or other privacy-related matters, please send an email to privacy@zillow.com.

Alternatively, inquiries may be addressed to:

Zillow, Inc.
Attn: Consumer Care
1301 Second Avenue

Floor 31
Seattle, WA 98101

**Additional U.S. State Privacy Disclosures**

These Additional U.S. State Privacy Disclosures supplement the above information by providing additional information about our personal data processing practices relating to individual residents of the States of California, Colorado, Connecticut, Utah, and Virginia. Unless otherwise expressly stated, all terms defined in our Privacy Notice retain the same meaning in these Disclosures.

**Additional Personal Data Disclosures**

*Sensitive Information*

The following personal data elements we collect may be classified as "sensitive" under certain privacy laws ("sensitive information"):

- Social Security number, driver's license number, and passport number;
- Credit/debit card number plus expiration date and security code (CVV), and financial account number and routing number;
- Username and password; and
- Precise geolocation data.

We use this sensitive information for the purposes set forth in the "Our Collection and Use of Personal Data" section of our Privacy Notice, to enter into and perform a contract with you, to comply with legal and regulatory requirements, to protect the life or physical safety of you or others, or as otherwise permissible for our internal business purposes consistent with applicable laws.

We do not sell your sensitive information, and we do not process or otherwise share sensitive information for the purpose of targeted advertising.

**De-identified Information**

We may at times receive or process personal data to create de-identified data that can no longer reasonably be used to infer information about, or otherwise be linked to, a particular individual or household. Where we maintain deidentified data, we will maintain and use the data in de-identified form and not attempt to re-identify the data except as required or permitted by law.

**Your Privacy Choices**

Depending on your state of residency and subject to certain legal limitations and exceptions, you may be able to exercise some or all of the following rights:

| | |
|---|---|
| ***The Right to Know*** | The right to confirm whether we are processing your personal data and, under some state laws, to obtain certain personalized details about the personal data we have collected about you, including: The categories of personal data collected; The categories of sources of the personal data; The purposes for which the personal data were collected; The categories of personal data disclosed to third parties (if any), and the categories of recipients to whom the personal data were disclosed; The categories of personal data shared for cross-context behavioral advertising purposes (if any), and the categories of recipients to whom the personal data were disclosed for those purposes; and The categories of personal data sold (if any), and the categories of third parties to whom the personal data were sold.data and, under some state laws, to obtain certain personalized details about the personal data we have collected about you, including:The categories of personal data collected;The |

| | |
|---|---|
| | categories of sources of the personal data;The purposes for which the personal data were collected; The categories of personal data disclosed to third parties (if any), and the categories of recipients to whom the personal data were disclosed;The categories of personal data shared for cross-context behavioral advertising purposes (if any), and the categories of recipients to whom the personal data were disclosed for those purposes; andThe categories of personal data sold (if any), and the categories of third parties to whom the personal data were sold. |
| ***The Right to Access & Portability*** | The right to obtain access to the personal data we have collected about you and, where required by law, the right to obtain a copy of the personal data in a portable and, to the extent technically feasible, readily usable format that allows you to transmit the data to another entity without hindrance. |
| ***The Right to Correction*** | The right to correct inaccuracies in your personal data, taking into account the nature of the personal data and the purposes of the processing of the personal data. |

| | |
|---|---|
| ***The Right to Deletion*** | The right to have us delete the personal data we maintain about you. |
| ***The Right to Opt-Out of Sales or Sharing of Personal Data*** | The right to direct us not to "sell" your personal data to third parties for monetary or other valuable consideration, or "share" your personal data to third parties for cross-context behavioral advertising purposes and targeted advertising purposes. |
| ***"Shine the Light"*** | California residents that have an established business relationship with us have rights to know how their personal data is disclosed to third parties for their direct marketing purposes under California's "Shine the Light" law, or the right to opt out of such practices (Civ. Code §1798.83). |

Depending on your state of residence, you may also have the right to not receive retaliatory or discriminatory treatment in connection with a request to exercise the above rights. However, the exercise of the rights described above may result in a different price, rate, or quality level of product or service where that difference is reasonably related to the impact the right has on our relationship or is otherwise permitted by law.

**Submitting Privacy Rights Requests**

To submit a request to exercise one of the privacy rights identified above, please:

- Navigate to our **Privacy Center**; or
- Email us at privacy@zillow.com.

We may need to verify your identity before processing your request. In order to submit a request, you'll need to log in to your account with us so we can verify your identity. If you can't log in or don't have an account, we may not be able to link you to any personal data of yours on our systems, but we'll do our best. In certain circumstances, we may decline a request to exercise the rights described above, particularly where we are unable to verify your identity or locate your information in our systems. We will use personal data provided in connection with a Rights Request only to review and comply with the request.

*To Exercise Your Right to Opt-Out of Personal Data Sales or Sharing for Targeted Advertising*

Unless you have exercised your Right to Opt-Out, we may disclose your personal data to third parties who may use such information for their own purposes in accordance with their own privacy policies.  Under some state laws, disclosing personal data for online advertising like this may be considered a "sale of personal data" or "sharing for targeted advertising."

Zillow allows certain companies to place tracking technologies like cookies and pixels on our sites, which allow those companies to receive information about your activity on Zillow that is associated with your browser or device. The companies may use that data to serve you more relevant ads on our sites or others. Except for this kind of selling or sharing, Zillow doesn't otherwise sell any of your personal data.  You always have control over whether these technologies work on your devices. At any time, you can use our cookie preference tools to manage what kinds of cookies and other tracking technologies you're comfortable with. Check out our Privacy Center for information about how to access these tools. You can also disable cookies altogether by adjusting the settings on your browser. However, if you choose to disable some or all cookies, many parts of our services may no longer work. For more information, see the "Third-Party Tracking and Interest-Based Advertising" section in the Privacy Notice.

You do not need to create an account with us to exercise your Right to Opt-Out. However, we may ask you to provide additional personal data so that we can properly identify you to track compliance with your opt-out request. We will only use personal data provided in an opt-out request to review and comply with the request. If you choose not to provide this data, we may be able to process your request only to the extent we are able to identify you in our data systems.

To exercise the Right to Opt Out of Personal Information Sales or Sharing: Navigate to our **Privacy Center** or email privacy@zillow.com with sufficient information to identify you and your request.

**Submitting Authorized Agent Requests**

In certain circumstances, you are permitted by law to use an authorized agent to submit requests on your behalf through the designated methods set forth above where we can verify the authorized agent's authority to act on your behalf. In order to verify the authorized agent's authority, we generally require evidence of either: (i) a valid power of attorney; or (ii) a signed letter containing your name and contact information, the name and contact information of the authorized agent, and a statement of authorization for the request. Depending on the evidence provided and your state of residence, we may still need to separately reach out to you to confirm the authorized agent has permission to act on your behalf and to verify your identity in connection with the request.

**Appealing Privacy Rights Decisions**

Depending on your state of residence, you may be able to appeal a decision we have made in connection with your privacy rights request. All appeal requests should be submitted via email to privacy@zillow.com.

**Minors**

We do not sell the personal data of consumers we know to be less than 16 years of age, unless we receive affirmative authorization (the "Right to Opt In") from either the minor who is between 13 and 16 years of age, or the parent or guardian of a minor less than 13 years of age.

If you are under the age of 18 and you want to remove your name or comments from our website or publicly displayed content, please contact us directly at privacy@zillow.com. We may not be able to modify or delete your information in all circumstances.

If you wish to submit a privacy request on behalf of your minor child in accordance with applicable jurisdictional laws, you must provide sufficient information to allow us to reasonably verify your child is the person about whom we collected personal information and you are authorized to submit the request on your child's behalf (i.e., you are the child's legal guardian or authorized representative).

**California-Specific Disclosures**

The following disclosures only apply to residents of the State of California.

*California Categories of Personal Data*

California law requires we provide disclosures to you about what personal data we collect by reference to the enumerated categories of personal data set forth within California law. To address this obligation, we have identified the relevant enumerated California personal data category for the personal data, sources and purposes described in the "Our Collection and Use of Personal Data" section of our Privacy Notice below:

- **Identifiers**, including Account Registration and Profile Information, information related to your feedback, inquiries, and communications, credit and identity information relating to data used to identify you, full name, IP

address, and government identification number (including Social Security number, passport number, and driver's license number).

- **Customer Records**, including Account Registration and Profile Information, Security/Authentication Information, and Payment Information.
- **Protected Classification Characteristics**, including age, date of birth, gender, and sex.
- **Commercial Information**, including Account Registration and Profile Information relating to your purchases, Profile Information relating to your transactions, preferences, and interests, and Feedback Information.
- **Internet/Network Information**, including information about how you access and use the services, Log Data, and Analytics Data.
- **Geolocation Data,** including general geographic location or more precise location with your consent or when permitted by law.
- **Sensory Information**, including, where permitted by law, recordings of phone calls between us and individuals, and image and video recordings of visitors to our offices or events.
- **Profession/Employment Information**, including the business or organization you represent, your title with that business or organization, and information relating to your role with the business or organization.
- **Sensitive Information**, including Social Security number, driver's license number, passport number, credit/debit card number plus expiration date and security code (CVV), financial account number and routing number, username and password, and precise geolocation.
- **Other Personal Data**, including any information you provide us in connection with signing up for newsletters, email communications, and surveys, personal data you permit us to see when interacting with us through social media, and personal data you provide us in relation to a question, request, inquiry, survey, contest, or promotion.
- **Inferences**, including our predictions about interests and preferences and related Service Profile Information.

We collect this data from the following sources: directly from you, from our business partners and affiliates, from your browser or device when you visit our mobile app(s) or use our Services, or from third parties that we permit to share information with us. Please see "Our Collection and Use of Personal Data" section of our Privacy Notice for more information about the sources of personal data we collect. We disclose all of these categories of personal data for a business purpose to service providers or other third parties at the consumer's direction, as outlined in the "Our Disclosure of Personal Data" section of our Privacy Notice.

*Retention of Personal Data*

We strive to retain your personal data only for as long as is reasonably necessary to fulfill the purpose for which it was collected. However, if necessary, we may retain your personal data for longer periods of time, until set retention periods and deadlines expire, for instance where we are required to do so in accordance with legal, tax and/or accounting requirements set by a legislature, regulator, or other government authority.

To determine the appropriate duration of the retention of personal data, we consider the amount, nature and sensitivity of the personal data, the potential risk of harm from unauthorized use or disclosure of personal data and if we can attain our objectives by other means, as well as our legal, regulatory, tax, accounting, and other applicable obligations.

Therefore, we retain personal data for as long as you use our services for the purposes explained in our Privacy Notice, including maintaining a user account. When you discontinue the use of our services, we will retain your personal data for as long as necessary to comply with our legal obligations, to resolve disputes and defend claims, as well as for any additional purpose based on the choices you have made, such as to receive marketing communications.

Once retention of your personal data is no longer necessary for the purposes outlined above, we will either delete or de-identify the personal data or, if this is not possible (for example, because personal data has been stored in backup archives), then we will securely store your personal data and isolate it from further processing until deletion or deidentification is possible.

*"Shine the Light" Disclosures*

The California "Shine the Light" law gives residents of California the right under certain circumstances to request information from us regarding the manner in which we share certain categories of personal information (as defined in the Shine the Light law) with third parties for their direct marketing purposes. To opt out of this type of sharing, please visit our Privacy Center or email us at privacy@zillow.com.

*Consumer Rights Metrics 2021* You can find data that reflects the California consumer rights requests that we have processed in the 2021 calendar year (January 2021 – December 2021) by clicking here.

See our previous Privacy Policies:

Effective March 7, 2022

Effective January 1, 2020

Effective June 25, 2019

ZILLOWGROUP

About Us

Media Room

Investors

Careers

Privacy Policy

Terms of Use

Our Brands

- Zillow
- Trulia
- StreetEasy
- Hotpads
- Zillow Rentals
- Zillow Premier Agent
- Zillow Home Loans
- Zillow Closing Services
- ShowingTime+

Our Blogs

- Corporate
- Consumer
- Research
- Tech
- Mortgage Learning
- Agent Resources
- Landlord Resources

**Follow Us**

    

© 2006-2023 MFTB Holdco, Inc., a Zillow affiliate

Exhibit D

The Wayback Machine - https://web.archive.org/web/20220801210928/https://www.zillowgroup.com/zg-privacy-policy/

# Privacy Policy

The information we collect, why we use it, who we share it with, and how we protect it, along with the tools you can use to manage your privacy.

**Effective Date:** March 7, 2022

When you use Zillow Group services to find, buy, rent, or sell your home, get a mortgage, or connect to a real estate pro, we know you're trusting us with your data. We also know we have a responsibility to respect your privacy, and we work hard to do just that.  This policy explains what information we collect, why we use it, who we share it with, and how we protect it, along with the tools you can use to manage your privacy.

- Introduction
- Information collected by Zillow
- Why Zillow uses your information
- Sharing your information
- Privacy tools and choices
- Protecting your information
- Applicability of this policy
- Legal disclosures
- Contacting Zillow
- Changes to this policy

## Introduction

We offer a wide range of services that focus on all stages of the home lifecycle: renting, buying, selling, financing, and home improvement.

We know that everyone's home journey is different, and that deciding on the right place to call home is an intimate, personal experience.  Along with a wealth of information about homes, neighborhoods, market conditions, local real estate professionals, and financing options, we also use the information you give us to provide our services and help you find your next home.

We carefully evaluate how we use data to make sure that we're using your information to provide value **for you**. On this page, we aim to explain everything you need to know about your privacy at Zillow.   If you have any questions that we haven't answered here, you can always contact us at privacy@zillow.com.

## Information collected by Zillow

When you use our services, we collect a variety of information from and about you and your devices.  Some of this information identifies you directly (like an email address) while some of it is associated with you through your account, profile, or device (like the homes you choose to save or your location data).

The kind of data we collect about you depends on how you use Zillow.  If you only use our services to browse for homes, we'll have less information about you than if we help you sell your home, get a mortgage, sign your lease, or if you use any of our other transaction services.  Even if you don't have an account with us, we may still

collect some data about you, like your email address and phone number if you choose to contact a real estate agent through our platform, or your IP address and other device information when you browse our sites or use our apps.

# Information you give us or create using our services

When you use our services, we often ask you for information about yourself.  This usually includes basic things like your name, email address, and phone number.  If you use our transaction services, we might ask you for more sensitive data like your income, housing history, and credit score.  If you contribute information, such as agent reviews, we'll store that as well.

You may also provide information about other people through our services. For example, if you share a home listing with someone, we will collect that person's email address as part of your account information.

Below are some examples of what information we collect for our main products and services and how we collect it.

## Zillow Offers

Zillow Offers extends cash offers on residential real estate in select U.S. cities.  If you ask for an offer on your home, we will ask you for information about you and your home. This includes contact information (such as an email address or phone number), identifying information about you, and details about your home.  We may also take some photos of your home so we know what types of repairs may be necessary.  If we agree to buy your home, we'll need to collect more information from you that is typical of any real estate transaction, including financial information.

We collect similar contact and transaction-related information from you if you are interested in purchasing a Zillow-owned home.  If you choose to tour a Zillow-owned home, we collect information to verify your identity. Zillow may collect information about you from third parties if needed to verify your identity.

## Home Search

When you use Zillow's home search brands (including Zillow, Trulia, HotPads, StreetEasy, NakedApartments, and OutEast) to find a home to buy or rent, we give you lots of tools to find your next home.  If you tell us what you're looking for, such as the type of home or number of bedrooms, we save that information so that we can tailor your search results to what you're looking for.

We also help you connect with local real estate agents, homebuilders, property managers, mortgage loan officers, and other real estate professionals.  If you choose to contact one of these pros through our platform, we ask for your name, email address, and phone number so that we can reach you and connect you with the right person.

You can also claim your home on Zillow and edit home facts such as the square footage, number of bathrooms, and most recent renovation year.  We link the information you provide to your account.

## Rental Tools

You can use Zillow to apply for rental housing, sign your lease, and even pay your rent.  When you choose to use these features, we collect information from you to process your transaction.

During the rental application process, we collect your information like your email address and phone number, employment history, rental history, income, and credit score.  You can use our tools to pull your credit report and criminal background check to include in your application, but Zillow doesn't store your Social Security number and we don't collect or see the credit or background check reports. We partner with Experian and Checkr to generate those reports and make them available only to you and the landlords you choose to send them to. Your landlord may retain copies of your application and any related documents you submit. Any copies retained by your landlord are subject to the privacy policies of your landlord.

When you pay your rent through Zillow, we collect your transaction information, but we don't store your payment account details.  Instead, we use trusted partners to collect and store that data.  If you use your bank account to pay your rent, our service provider Plaid collects personal and financial information from your bank or other financial institution. By using Zillow to make your rent payments, you are granting Zillow and Plaid the right, power, and authority to act on your behalf to access and transmit your personal and financial information from the relevant financial institution. Your information will be transferred, stored, and processed by Plaid in accordance with the Plaid Privacy Policy.

If you sign your lease documents through Zillow, we will collect and store your contact information, signature, and any other information contained in the lease documents, which can vary by state and city. In certain cases, your landlord may direct Zillow to share certain information you provide in your application, details of your payment transactions, or a copy of your lease with third parties for business purposes, such as for the purpose of purchasing insurance.

## Zillow Home Loans and Zillow Closing Services

This privacy policy does not apply to Zillow Home Loans or Zillow Closing Services.  To understand what kind of information Zillow Home Loans collects, please read the Zillow Home Loans Privacy Policy.  To understand what kind of information Zillow Closing Services collects, please read the Zillow Closing Services Privacy Policy.

## Services and Products for Professionals

If you are a real estate professional, you may be able to connect your third-party email account (such as Gmail) to your Zillow account.  If you enable that connection, Zillow will access your messages, contacts, and settings only to provide the requested services to you.  We do not access or collect any of the contents of your email messages in providing interest-based advertising.  We use information received from Gmail APIs only in compliance with Google's Limited Use Requirements.

We also collect your contact and payment details, along with professional information such as brokerage affiliation, associated listings and sales, and licensing history.

## Information from Public Sources and Third Parties

Zillow collects information from public sources, such as county and state tax and property records, government agencies, and multiple listing services (or MLS).  Most of this information is about properties, not people.  But some information we collect, like the identity of a property's owner or real estate license information, may relate to individuals.

We also collect information about you from various third parties in order to provide better service to you, or as part of the employment application process.  This may include demographic information and other attributes about you.

# Information we collect as you use our services

Along with the information you give us directly, we collect a variety of information automatically as you use Zillow services.

## Activity information

We collect information about how you use Zillow.  This includes things like your home search history, homes you view, purchase activity, what you've clicked on and other uses of our features, and the amount of time you spend looking at different parts of our websites.  When you call or text Zillow or a real estate professional using our platform, we collect data about your call or text, including the date and time of the call or text, your phone number, and the content of the call or text.

## Device information

Like other websites and apps, we collect data about the browsers and devices you use to access Zillow.  The data we collect includes browser or device model and settings, operating system, unique identifiers, and the version of the app you're using. We also collect data about how your browsers and devices interact with our services, including IP address, crash reports, system activity, and the date, time, and the URL of the site you visited before Zillow.

You can control our collection of certain data, such as your mobile device model or the language your mobile device uses, by adjusting the privacy and security settings on your mobile device.

## Location Information

If you enable location services on your mobile device, Zillow collects the location of your device.  We use that information to provide you with location-based information and ads, like homes and real estate professionals in your area, and to offer location-based services, like allowing you to unlock and tour Zillow Offers homes on your own schedule and claiming your home on Zillow.  If you don't want to use these features, you can turn off location services on your device.

We also collect location information for similar purposes from your browser if you enable it.  You can disable access through your browser settings.

## Cookies, pixel tags, and other tracking technologies

We and our partners use various tools to collect data when you visit our sites and apps, including cookies, pixel tags, and other similar technologies. Cookies are bits of electronic data that can be transferred to your computer or other device to identify your browser.

When you use Zillow, we and our partners may use cookies and other tools to gather information about how you view and use our services and content, and to connect your activity with other data we store about you. The use of cookies helps us serve you better by understanding what you're interested in, tracking trends, measuring the effectiveness of ads, saving your preferences, and storing information you may want to retrieve on a regular basis, such as your favorite homes. We also allow specific, approved partners to collect data from your browser or device for advertising and measurement purposes using their own cookies or similar tools.

At any time, you can use our cookie preference tools to manage what kinds of cookies and other tracking technologies you're comfortable with.  Check out our for information about how to access these tools.  You can also disable cookies altogether by adjusting the settings on your browser. However, if you choose to disable some or all cookies, many parts of our services may no longer work.

In addition, if you give your email address to us, we may use a scrambled, unreadable form (called a "hashed" version) of your email address to deliver tailored ads to you on Zillow or on other websites, including via Facebook's Custom Audience Feature or other similar tools. Click here to learn about how you can control the ads you see on Facebook.

For information about how you can manage your cookie preferences, check out the section of this policy called "Your privacy tools and choices."

## Social networks

If you use social media logins (like Google and Facebook) to log in to Zillow, we may access your public social media profile information.  You can always limit this sharing using your social media service settings.

## Inferences

To improve our services and make them more useful to you, we use data about your activity to understand and infer your preferences.  For example, if you usually search for homes for rent rather than homes to buy, we may assume that you are not looking to buy a home and show you more information helpful for renters.

## Commercial Information

We collect information about the products and services you purchase or consider purchasing from us.  This includes products for professionals, such as our advertising products, as well as consumer services like Zillow Offers.

## Audiovisual information

If you visit a home owned by Zillow, we may capture your likeness and voice using cameras and audio recording equipment for safety reasons.

# Why Zillow uses your information

## Completing your transactions

When you use Zillow to complete real estate transactions, like buying or selling your home, applying to rental housing, or signing a lease, we use your personal information to verify your identity and process and complete your transaction.

## Providing and improving our services

We use your information to provide our services to you. This includes things like returning home search results and processing your rental application.  We also use your information to improve our existing services and develop new ones.  For example, we track how you use our websites and apps and use that information to troubleshoot issues and adjust things to improve your experience.

## Communicating with you and connecting you with others

We use the contact information you provide us, like your phone number and email address, to communicate with you about our services.  This includes things like responding to comments, questions, and requests you send us. It also includes notifying you of transaction or service updates and changes.  We may also inform you about our services, offers, promotions, news, and other updates we think may be of interest to you.

If you ask us to, we also use your information to connect you to real estate professionals, like when you want to contact an agent to discuss a home you find for sale on our platform.

## Personalizing your experience

We use the information we collect about you and your activity on our services to personalize the services we offer.  We also use it to show advertising, content, or features that we think you might like.  This includes things like customized search results that match your preferences and prior search criteria and, if you ask us to, connecting you to a real estate professional best suited to help you.

If we know you're working with a particular real estate agent, we may share information about your saved homes and searches with that agent to let them serve you more effectively.  You control what we share with real estate pros you find on our platform.

## Other uses of your information

We also use your data to detect, investigate, and prevent fraudulent transactions and other illegal activities and to protect the rights and property of Zillow, its customers, and others.

Occasionally, there may be a reason we'd like to use your information in a way that isn't described here.  If that happens, we'll let you know so you can decide if you're comfortable with it.

# Sharing your information

We understand that sharing information with third parties is a big responsibility.  We're committed to sharing information only when needed for a legitimate business or legal purpose, and then only with recipients who will protect it.

## Information you ask us to share

We share information when you ask us to share it. For example, if you choose to contact a real estate agent, mortgage lender, investor, builder, property manager, or other real estate pro through our platform, we will send them your name and contact information. Similarly, if you apply for rental housing through Zillow, your application information will be sent to the landlords you select.

## Service providers and business partners

When Zillow hires a service provider to help operate our business, we may need to give them access to information to provide their service.  We allow them to use the information only to perform the service we've asked them to perform.  We vet all service providers carefully, and Zillow always remains responsible for the privacy of your information that is shared with our service providers.

When Zillow partners with other businesses to offer products and services to you, we may share information with those partners only as needed to provide those products and services and only subject to the terms of this privacy policy.

## Legal and compliance transfers

When Zillow needs to share data to satisfy a legal or regulatory requirement, including responding to a subpoena or other lawful government request for data, we will share information only as necessary to comply with that requirement.  We'll tell you before sharing your information in these situations unless we're prohibited from doing so.  For more information about how we respond to requests for data, see Government and Civil Information Requests.  We may also share information if needed to enforce our legal rights, detect or prevent fraud or security concerns, and protect public safety.

If Zillow is involved in a merger, acquisition, or any form of transfer or sale of some or all of its business, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, we may share your information in connection with that transaction.

## Public and deidentified data

We may share information that is collected from public sources or that you choose to share publicly (such as public reviews and home facts) with third parties.  We may also share aggregated and/or deidentified information that cannot reasonably be used to identify you.

## Sales of personal information

Zillow allows certain companies to place tracking technologies like cookies and pixels on our sites, which allow those companies to receive information about your activity on Zillow that is associated with your browser or device.  The companies may use that data to serve you more relevant ads on our sites or others.  Under some state laws, sharing data for online advertising like this may be considered a "sale" of information.  Except for this kind of sharing, Zillow doesn't sell any of your information.

You always have full control over whether these technologies work on your devices.  You can disable them entirely using our cookie consent preference tools (see the Zillow Privacy Center for instructions), or by clicking the "Do Not Sell My Information" link on our websites.

# Privacy tools and choices

## Accessing and deleting your information

We've made a variety of privacy tools available on our sites.  Using the Zillow Privacy Center, you can see what kind of data we've collected about you and the types of third parties we share it with.  You can also download a copy of your Zillow, Trulia, and HotPads data and take it with you to a service outside of Zillow. If you'd like to delete your Zillow, Trulia, or HotPads data or close your account, you can do that using the Zillow Privacy Center as well.

We provide these tools for your benefit and we will never discriminate against you for using them. But if you choose to delete your data or close your account, we won't be able to offer you services that require us to use your data.

## Managing cookie preferences

The Zillow Privacy Center has information about how to use tools on our websites and apps to manage what kinds of cookies are allowed to load when you use Zillow.

Zillow's third-party ad servers, ad network providers, and third-party advertisers provide ad content that appears on Zillow. To measure how effective those ads are and to make them more relevant, ad providers may use their own tracking technologies to collect your information. These are used to record users' activity, such as the pages visited, and to learn what types of information are of most interest to the users. For more information regarding the choices you have about these technologies (such as opting out), visit the Network Advertising Initiative, Digital Advertising Alliance, Omniture, and PrivacyChoice.

## Managing communications preferences

### Email subscriptions

Zillow may send you email for a variety of reasons.  For example, if you save a search, we'll send you emails with new homes on the market that match your search.  If you save a home, we'll keep you posted on status updates like when that home has an open house scheduled and when it has an offer pending.  When you use our transaction services, we'll send you status updates and other information about your transaction.  If you have an account with Zillow, you can select your preferences through your account settings. Also, you can manage the types of email you receive by following the instructions included in each email we send you. Even if you unsubscribe from some email subscriptions, we may still need to email you with important transactional or other non-advertising information.

### Calls and texts

Some of our services allow you to provide your phone number to us.  If you give us your number, we may call or text you, for example, to give you information about getting an offer on your home through Zillow Offers. We will contact you through these methods only in accordance with applicable legal requirements, and you always have the ability to opt out of further calls or texts.

## Protecting your information

We understand that no matter how we collect your information, we have a responsibility to protect it.  We take that responsibility seriously.  We build security into our products and features from the ground up to help protect data from unauthorized access, disclosure, alteration, and destruction.

We're always looking for threats and take reasonable steps to respond to those threats, protecting the information users share with us.  Of course, no method of Internet transmission or data storage can provide guaranteed protection to your information.  If anything should ever happen to your information, we'll let you know as soon as we can and try our best to make it right.

Zillow is based in the United States and the information we collect is governed primarily by U.S. law.  Where we are subject to the privacy laws of other countries, we comply with those requirements.  If you access or use our services or provide information to us, your information will be processed and stored in the United States, where

you may not have the same rights and protections as you do under your local law.

# Applicability of this policy

This policy applies to every service of ours that links to it, including Zillow, Inc.  It does not apply to Zillow Home Loans, which has a separate privacy policy available here, or Zillow Closing Services, which has a separate privacy policy available here.

Our apps and services may link to other companies' websites. Some features may also involve the sharing of your information with third-party websites. These third-party websites may collect information about users on those websites.  Zillow doesn't control those sites, and this privacy policy does not apply to these external websites and third parties.

# Legal Disclosures

In this section, we've provided some legally required disclosures under state privacy laws.  There shouldn't be anything surprising in this section, and we've tried to explain our privacy practices in plain English throughout the rest of the policy.

Under the California Consumer Privacy Act or CCPA, California residents have certain rights regarding their data, including:

- The right to know the categories of personal information we've collected and the categories of sources from which we got the information (see Information collected by Zillow and the chart just below)
- The right to know the business purposes for sharing personal information (see Why Zillow uses your information)
- The right to know the categories of third parties with whom we've shared personal information (see Sharing your information)
- The right to access the specific pieces of personal information we've collected and the right to delete your information (see Privacy tools and choices)

California residents also have the right to not be discriminated against if they choose to exercise their privacy rights.

# Categories of Personal Information under the California Consumer Privacy Act

| Category and sources of Information | How we use it | Types of individuals affected | How we share it |
|---|---|---|---|
| **Identifiers** We collect this information from our users, customers, and business partners.  We also generate identifiers internally. | To enable use of our sites, services, and products, to communicate with you, to understand how our users interact with our sites, and to improve our offerings | People who use our sites or mobile applications; create a user account; receive a Zillow Offer; send us an inquiry about buying a home, product, or service from us; ask to be connected to a real estate pro; purchase advertising from us;obtain a service from us; and real estate pros who connect with users | We share this data with our service providers and with business partners, including those to whom you instruct us to send this information |

| | | | |
|---|---|---|---|
| **Personal information under [California Civil Code section 1798.80](#)** We collect this information from our users, customers, and business partners | To enable use of our sites, services, and products, to communicate with you, to understand how our users interact with our sites, and to improve our offerings | People who create a user account; receive a Zillow Offer; send us an inquiry about buying a home, product, or service from us; ask to be connected to a real estate pro; purchase advertising from us; obtain a service from us; and real estate pros who we connect with users | We share this data with our service providers and with business partners, including those to whom you instruct us to send this information |
| **Protected classifications** We collect this information from our users and business partners | To understand how our users interact with our sites, and to conduct research into housing and real estate trends and markets | People who buy or sell a home from/to us; use our rental application submission service; enter into a business partnership with us; | We don't share |
| **Commercial information** We collect this information from our customers, and generate it internally during transactions with our customers | To transact with you if you use our services or products, and to enable transactions you've requested | People who sell us a home; buy a home, product or service from us; purchase advertising from us | We share this data with our service providers and with business partners, including those to whom you instruct us to send this information |
| **Biometric information** | We don't collect this data | None | None |
| **Electronic network activity information** We collect this information from our users and customers | To enable use of our sites, services, and products, to communicate with you, to understand how our users interact with our sites, and to improve our offerings | People who use our sites or mobile applications | We share this data with our service providers and with business partners, including those to whom you instruct us to send this information |
| **Geolocation data** We collect this information from our users and customers | To enable use of our sites, services, and products, to understand how our users interact with our sites, and to improve our offerings | People who use our sites or mobile applications and allow us to collect their location data | We share this data with our service providers |

| | | | |
|---|---|---|---|
| **Audio, electronic, visual, thermal, olfactory, or similar information** We collect this information from our users and customers | To identify you, to enable use of our sites, services, and products, and for safety purposes | People who call us; visit or tour a Zillow-owned home | We share this data with our service providers |
| **Professional or employment-related information** We collect this information from our customers and business partners | To provide services or products you've requested | People who use our rental application services; contact us in a business-to-business context; obtain a mortgage loan from us; buy a home from us | We share this data with our service providers and with business partners, including those to whom you instruct us to send this information |
| **Education information** We collect this information from our customers | To provide services or products you've requested | People who use our rental application services; obtain a mortgage loan from us; buy a home from us | We share this data with our service providers and with business partners, including those to whom you instruct us to send this information |
| **Inferences** We generate these internally | To understand how our users interact with our sites, to develop and offer more relevant and useful services and products, and to improve the products and services we offer | People who use our sites or mobile applications, including users who: receive a Zillow Offer; ask to be connected with real estate pros; or apply for a mortgage through us | We don't share |

*While California law applies only to California residents, we believe everyone should have the same privacy rights regardless of where you live.  So our privacy tools are available to all of our users.  You can access these tools through the Zillow Privacy Center.*

# Contacting Zillow

If you have any questions about this privacy policy, or the privacy practices of Zillow, please check out the Privacy Support Center for FAQs and other information.

You can also email us at privacy@zillow.com, or you can write to us at:

Zillow, Inc.
Attn: Consumer Care
1301 Second Avenue, Floor 31
Seattle, WA 98101

# Changes to this policy

We are always reviewing our privacy practices to make sure they comply with this policy.  Sometimes, we'll need to update the policy to reflect changes in our products, technology, and uses of data. We won't change the policy in a way that reduces your rights or significantly changes the way we use or share data without telling you ahead of time and giving you a chance to stop using our services if you want.

See our previous Privacy Policies:

[Effective January 1, 2020](#)

[Effective June 25, 2019](#)

---

About Us

Media Room

Investors

Careers

Privacy Policy

Terms of Use

Our Brands

- Zillow
- Trulia
- StreetEasy
- Hotpads
- Zillow Rentals
- Zillow Premier Agent
- Zillow Home Loans
- Zillow Closing Services
- ShowingTime

Our Blogs

- Corporate
- Consumer
- Research
- Tech
- Mortgage Learning
- Agent Resources
- Landlord Resources

Follow Us

**<u>CERTIFICATE OF SERVICE</u>**

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on September 8, 2023.

_____
Meghan Parker

CERTIFICATE OF SERVICE
No. 2:22-cv-01282-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500