UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: ZILLOW GROUP, INC. SESSION REPLAY SOFTWARE LITIGATION<br><br>This Order Relates To: All Actions | MASTER CASE NO. C22-1282JLR<br><br>ORDER |

On October 27, 2023, the Ninth Circuit Court of Appeals issued an order in *Jones v. Ford Motor Company*, --- F.4th ---, No. 22-35477, 2023 WL 7097365 (9th Cir. Oct. 27, 2023). That decision addresses issues relating to both Article III standing and statutory injury in a case alleging violations of the Washington Privacy Act, RCW 9.73.060. (*See generally id.*)  Having reviewed that decision, the court ORDERS the parties to submit supplemental briefing regarding the impact, if any, of *Jones* on the motions to dismiss filed by Defendants Zillow Group, Inc. ("Zillow") and Microsoft

ORDER - 1

Corporation ("Microsoft") (together, "Defendants").  (Zillow MTD (Dkt. # 53); Microsoft MTD (Dkt. # 54).)

Each party shall file a brief of no more than 3,000 words in length by no later than **Wednesday, November 8, 2023**.  Parties may file responses of no more than 1,500 words in length to the other parties' briefs by no later than **Friday, November 17, 2023**.  No reply briefs shall be filed unless requested by the court.  The Clerk is DIRECTED to renote the pending motions to dismiss (Dkt. ## 53-54) for November 17, 2023.

Dated this 30th day of October, 2023.

JAMES L. ROBART
United States District Judge