The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation*<br><br>This Document Refers to: All Actions | Master File No. 2:22-cv-01282-JLR<br><br>**NOTICE OF WITHDRAWAL OF ELIZABETH POLLOCK-AVERY** |

**PLEASE TAKE NOTICE** that Elizabeth Pollock-Avery, counsel of record for Plaintiff Ashley Popa, hereby withdraws her appearance as counsel of record in the above-captioned case, and therefore requests that her name be removed from the Court and the parties' service lists.

My employment at Lynch Carpenter, LLP has ended, and, as such, I will no longer be representing Plaintiff, but Plaintiff will continue to be represented by Interim Class Counsel that have previously made an appearance in this matter, and no prejudice will result to any party as a result of this withdrawal.

NOTICE OF WITHDRAWAL OF ELIZABETH POLLOCK-AVERY - 1

**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

1  DATED this 1st day of May, 2024.

2

3                                           */s/ Elizabeth Pollock-Avery*
                                            Elizabeth Pollock-Avery (admitted *pro hac vice*)
4                                           **LYNCH CARPENTER, LLP**
                                            1133 Penn Avenue, 5th Floor
5                                           Pittsburgh, PA 15222
                                            Telephone: 412-322-9243
6                                           elizabeth@lcllp.com

7
                                            *Counsel for Plaintiff*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27