The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation* <br><br> This Document Refers to: All Actions | Master File No. 2:22-cv-01282-JLR <br><br> **NOTICE OF WITHDRAWAL OF CAREY ALEXANDER** |

**PLEASE TAKE NOTICE** that pursuant to LCR 7(b)(3), Carey Alexander of Scott+Scott Attorneys at Law LLP ("Scott+Scott") hereby withdraws his appearance as counsel of record for Plaintiff Ashley Popa ("Plaintiff") in the above-captioned case. Plaintiff will continue to be represented by Interim Co-Lead Counsel Joseph P. Guglielmo of Scott+Scott.

DATED: August 26, 2024.

Respectfully submitted,

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**

/s/ *Carey Alexander*
Carey Alexander
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212)223-6335

NOTICE OF WITHDRAWAL OF CAREY ALEXANDER - 1
CASE NO. 2:22-cv-01282-JLR

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
212-223-6444

| | |
|---|---|
| 1 | calexander@scott-scott.com |
| 2 | *Counsel for Plaintiff* |
| 3 | |
| 4 | DATED: August 26, 2024 |

/s/ *Joseph P. Guglielmo*
Joseph P. Guglielmo
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6335
jguglielmo@scott-scott.com

*Co-Lead Counsel*

NOTICE OF WITHDRAWAL OF CAREY ALEXANDER - 2
CASE NO. 2:22-cv-01282-JLR

**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
212-223-6444