The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation* <br><br> This Document Refers to: All Actions | Master File No. 2:22-cv-01282-JLR <br><br> **NOTICE OF WITHDRAWAL OF CAREY ALEXANDER** |

**PLEASE TAKE NOTICE** that Carey Alexander is no longer with the firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), and it is hereby requested that his appearance as counsel of record for Plaintiffs Natalie Perkins and Kenneth Hasson ("Plaintiffs") be withdrawn in the above-captioned case. Plaintiffs will continue to be represented by Interim Co-Lead Counsel Joseph P. Guglielmo of Scott+Scott.

DATED: August 29, 2024

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6335
jguglielmo@scott-scott.com

*Plaintiffs' Co-Lead Counsel*

NOTICE OF WITHDRAWAL OF CAREY ALEXANDER - 1
CASE NO. 2:22-cv-01282-JLR

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
212-223-6444