THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In Re: Zillow Group, Inc. Session Replay Software Litigation*<br><br>This Document Refers to: All Actions | Master File No. 2:22-cv-01282-JLR<br><br>STIPULATED MOTION TO EXTEND DEADLINES AND [~~PROPOSED~~] ORDER |

Plaintiffs Natalie Perkins, Kenneth Hasson, Jamie Huber, David Kauffman, Ashley Popa, Jill Strelzin, Jill Adams, and Jill Adams as natural mother and next friend of her minor child, H.A. ("Plaintiffs") and Defendants Zillow Group, Inc. ("Zillow") and Microsoft Corporation ("Microsoft") (collectively, "Defendants," together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and request that the Court approve an extension to the standard briefing schedule should Defendants move to dismiss Plaintiffs' Second Amended Complaint. In support of the foregoing request for relief, the Parties state as follows:

1. On October 10, 2025, the Court issued an order lifting the stay entered in this case on January 5, 2024, Dkt. 81, and ordered the parties to file a joint statement regarding how this matter should proceed in light of the Ninth Circuit's decision in *Popa v. Microsoft Corp.*, --- F.4th ---, 2025 WL 2448824 (9th Cir. Aug. 26, 2025). Dkt. 86.

2. On October 31, 2025, the parties filed a joint statement in response to the Court's October 10 Order, where Plaintiffs requested leave to amend their operative complaint. Dkt. 87.

STIPULATED MOTION TO EXTEND
DEADLINES AND [~~PROPOSED~~] ORDER – 1
(NO. 2:22-CV-01282-JLR)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

3. On November 3, 2025, the Court granted Plaintiffs' leave to amend their complaint and ordered Plaintiffs to file an amended complaint within 30 days. Dkt. 88. The Court ordered Defendants to answer or respond to the amended complaint by no later than 60 days after the date Plaintiffs file their amended complaint. *Id.*

4. On December 3, 2025, Plaintiffs filed a Second Amended Complaint. Dkt. 89.

5. Good cause supports the requested extensions. The additional time will give Defendants more time to investigate the latest allegations in this matter. The requested extensions also account for pre-planned travel for Defendants' counsel. Further, the Parties do not expect these brief extensions to meaningfully affect the overall case schedule, especially given that this action has already been stayed for over twenty-two months and discovery is stayed pending the close of the pleading stage of this action.

6. Accordingly, the Parties stipulate and respectfully move the Court to enter an order extending the deadlines in this action as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Defendants to respond to the operative complaint | February 2, 2026 | Unchanged |
| Plaintiffs' deadline to Oppose Motion to Dismiss | February 23, 2026 | March 9, 2026 |
| Defendants' deadline to Reply in support of Motion to Dismiss | March 2, 2026 | March 30, 2026 |

STIPULATED MOTION TO EXTEND
DEADLINES AND [PROPOSED] ORDER – 2
(No. 2:22-cv-01282-JLR)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  DATED: December 16, 2025

2
3  **PERKINS COIE LLP**

4  By: *s/ Nicola Menaldo*
5      Nicola Menaldo, WSBA # 44459
    Anna Mouw Thompson, WSBA #52418
6      **PERKINS COIE LLP**
    1301 Second Avenue, Suite 4200
7      Seattle, WA 98101 3804
    Telephone: 206.359.8000
8      Fax: 206.359.9000
    Email: NicolaMenaldo@perkinscoie.com
9      Email: AnnaThompson@perkinscoie.com

10
    James G. Snell (*pro hac vice forthcoming*)
11     **PERKINS COIE LLP**
    3150 Porter Drive
12     Palo Alto, CA 94304-1212
    Phone: 650.838.4300 / 1.866.737.5461
13     Fax: 650.838.4350
    Email: JSnell@perkinscoie.com
14

15 *Attorneys for Defendant Microsoft Corporation*

16
17 By: *s/ Samantha Southall*
    James P. Savitt
18     **SAVITT BRUCE & WILLEY LLP**
    1425 Fourth Avenue, Suite 800
19     Seattle, WA 98101
    (226) 749-0500
20     jdsavitt@sbwllp.com

21
    Samantha L. Southall
22     **BUCHANAN INGERSOLL &**
    **ROONEY PC**
23     50 South 16th Street, Suite 3200
    Philadelphia, PA 19102
24     (215) 665-8700
25     Samantha.southall@bipc.com

26 *Attorneys for Defendant Zillow Group, Inc.*

STIPULATED MOTION TO EXTEND
DEADLINES AND [~~PROPOSED~~] ORDER – 3
(No. 2:22-cv-01282-JLR)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | |
|---|---|
| 1 | **TOUSLEY BRAIN STEPHENS PLLC** |
| 2 | |
| 3 | By: *s/ Ethan Binder* |
| | Kim D. Stephens, P.S., WSBA #11984 |
| 4 | kstephens@tousley.com |
| | Jason T. Dennett, WSBA #30686 |
| 5 | jdennett@tousley.com |
| | Kaleigh N. Boyd, WSBA #52684 |
| 6 | kboyd@tousley.com |
| | **TOUSLEY BRAIN STEPHENS PLLC** |
| 7 | 1200 Fifth Avenue, Suite 1700 |
| 8 | Seattle, Washington 98101 |
| | Telephone: 206.682.5600 |
| 9 | Fax: 206.682.2992 |

Joseph P. Guglielmo, (*pro hac vice*)
Ethan Binder (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ebinder@scott-scott.com

Tiffany Marko Yiatras, admitted pro hac vice
Francis J. "Casey" Flynn, Jr. (*pro hac vice forthcoming*)
**CONSUMER PROTECTION LEGAL, LLC**
308 Hutchinson Road
Ellisville, Missouri 63011-2029
Telephone: (314) 541-0317
tiffany@consumerprotectionlegal.com
casey@consumerprotectionlegal.com

Bryan L. Bleichner, admitted *pro hac vice*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue S, Suite 1700
Minneapolis, Minnesota 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940

E. Kirk Wood (*pro hac vice forthcoming*)
Sharika Robinson (*pro hac vice forthcoming*)
Marcela Jenkins (*pro hac vice forthcoming*)
**WOOD LAW FIRM, LLC**
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: (205) 908-4906
kirk@woodlawfirmllc.com

Gary F. Lynch (*pro hac vice forthcoming*)
Kelly K. Iverson (*pro hac vice forthcoming*)
Jamisen A. Etzel (*pro hac vice forthcoming*)
Nicholas A. Colella (*pro hac vice forthcoming*)
Patrick D. Donathen (*pro hac vice forthcoming*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
gary@lcllp.com
kelly@lcllp.com
jamisen@lcllp.com
nickc@lcllp.com
patrick@lcllp.com

Joshua B. Swigart (*pro hac vice forthcoming*)
**SWIGART LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, California 92108
Telephone: (866) 219-3343
Josh@SwigartLawGroup.com

Daniel G. Shay (*pro hac vice forthcoming*)
**SHAY LEGAL, APC**
2221 Camino Del Rio South, Suite 308
San Diego, California 92108
Telephone: (619) 222-7429
dan@shaylegal.com

Ari H. Marcus, admitted *pro hac vice*

STIPULATED MOTION TO EXTEND
DEADLINES AND [~~PROPOSED~~] ORDER – 4
(No. 2:22-cv-01282-JLR)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | |
|---|---|
| bbleichner@chestnutcambronne.com | **MARCUS ZELMAN LLC** |
| | 701 Cookman Avenue, Suite 300 |
| Kate M. Baxter-Kauf (*pro hac vice forthcoming*) | Asbury Park, New Jersey 07712 |
| | Telephone: (732) 695-3282 |
| Karen Hanson Riebel (*pro hac vice forthcoming*) | Facsimile: (732) 298-6256 |
| | ari@marcuszelman.com |
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | |
| 100 Washington Avenue South, Suite 2200 | Brian C. Gudmundson, admitted *pro hac vice* |
| Minneapolis, Minnesota 55401 | Rachel K. Tack, admitted *pro hac vice* |
| Telephone: (612) 339-6900 | **ZIMMERMAN REED LLP** |
| Facsimile: (612) 339-0981 | 1100 IDS Center |
| kmbaxter-kauf@locklaw.com | 80 South 8th Street |
| khriebel@locklaw.com | Minneapolis, Minnesota 55402 |
| | Telephone: (612) 341-0400 |
| Jonathan M. Jagher admitted *pro hac vice* | Facsimile: (612) 341-0844 |
| **FREED KANNER LONDON** | brian.gudmundson@zimmreed.com |
| **& MILLEN LLC** | rachel.tack@zimmreed.com |
| 923 Fayette Street | |
| Conshohocken, Pennsylvania 19428 | *Attorneys for Plaintiffs and the Putative Class* |
| Telephone: (610) 234-6486 | |
| jjagher@fklmlaw.com | |
| | |
| Douglas A. Millen | |
| Michael E. Moskovitz | |
| **FREED KANNER LONDON** | |
| **& MILLEN LLC** | |
| 2201 Waukegan Road, Suite 130 | |
| Bannockburn, Illinois 60015 | |
| Telephone: (224) 632-4500 | |
| dmillen@fklmlaw.com | |
| mmoskovitz@fklmlaw.com | |

STIPULATED MOTION TO EXTEND
DEADLINES AND [~~PROPOSED~~] ORDER – 5
(No. 2:22-cv-01282-JLR)

**ORDER**

The following briefing schedule shall apply to Defendant's motion to dismiss:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Defendants to respond to the operative complaint | February 2, 2026 | Unchanged |
| Plaintiffs' deadline to Oppose Motion to Dismiss | February 23, 2026 | March 9, 2026 |
| Defendants' deadline to Reply in support of Motion to Dismiss | March 2, 2026 | March 30, 2026 |

**SO ORDERED.**

Dated this 16th day of December, 2025.

THE HONORABLE JAMES L. ROBART

[PROPOSED] ORDER – 6
(NO. 2:22-CV-01282-JLR)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000